# Exhibit 5

| | |
|---|---|
| **From:** | Claire Y. Choo <cchoo@dankolaw.com> |
| **Sent:** | Thursday, August 25, 2016 12:17 PM |
| **To:** | Kate Swift |
| **Cc:** | Sahar Hayeri; Kristine Meredith |
| **Subject:** | RE: Galinis v. Bayer - Deadlines |

It is my practice to not respond when I receive self-serving emails such as yours. My lack of substantive response does not indicate agreement.

**From:** Kate Swift [mailto:kate.swift@bartlit-beck.com]
**Sent:** Wednesday, August 24, 2016 6:11 PM
**To:** Claire Y. Choo <cchoo@dankolaw.com>
**Cc:** Sahar Hayeri <shayeri@dankolaw.com>; Kristine Meredith <kmeredith@dankolaw.com>
**Subject:** RE: Galinis v. Bayer - Deadlines

Claire –

Following up on our conversation just now, I understand that you are going to file a motion to compel in the morning, and that you and Kristine are unwilling to discuss narrowing your 30(b)(6) topics to Bayer in any way.

You also rejected my request that we wait to see what Mrs. Galinis's prescribing physician says in her deposition tomorrow, so that we could discuss what further Kaiser marketing discovery you might need in light of her testimony.  As I said on our call, I am always willing to have such discussions.

Have a good night,
Kate

Katherine M. Swift **|** Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300, Chicago, IL  60654
P:  312.494.4405  F:  312.494.4440  C: 773.531.6118
kate.swift@bbhps.com  |  www.bartlit-beck.com

**From:** Claire Y. Choo [mailto:cchoo@dankolaw.com]
**Sent:** Wednesday, August 24, 2016 7:23 PM
**To:** Kate Swift <kate.swift@bartlit-beck.com>
**Cc:** Sahar Hayeri <shayeri@dankolaw.com>; Kristine Meredith <kmeredith@dankolaw.com>
**Subject:** RE: Galinis v. Bayer - Deadlines

I'm available now.  (650) 453-3600.

**From:** Kate Swift [mailto:kate.swift@bartlit-beck.com]
**Sent:** Wednesday, August 24, 2016 5:22 PM
**To:** Claire Y. Choo <cchoo@dankolaw.com>
**Cc:** Sahar Hayeri <shayeri@dankolaw.com>; Kristine Meredith <kmeredith@dankolaw.com>
**Subject:** RE: Galinis v. Bayer - Deadlines

Claire – I emailed Kristine several hours ago and never heard back.

Are you or Kristine available to discuss?

---

**From:** Claire Y. Choo [mailto:cchoo@dankolaw.com]
**Sent:** Wednesday, August 24, 2016 7:18 PM
**To:** Kate Swift <kate.swift@bartlit-beck.com>
**Cc:** Sahar Hayeri <shayeri@dankolaw.com>; Kristine Meredith <kmeredith@dankolaw.com>
**Subject:** RE: Galinis v. Bayer - Deadlines

Kate,

Neither Kristine nor I have heard from you today regarding any proposals. I will be filing the motion to compel tomorrow morning.

Thanks,

Claire

---

**From:** Kate Swift [mailto:kate.swift@bartlit-beck.com]
**Sent:** Wednesday, August 24, 2016 1:00 PM
**To:** Claire Y. Choo <cchoo@dankolaw.com>
**Cc:** Sahar Hayeri <shayeri@dankolaw.com>
**Subject:** RE: Galinis v. Bayer - Deadlines

Claire – We have a proposal for you that I am going to try and discuss with Kristine today. We'd ask that you hold off on filing your motion. Thanks.

---

**From:** Claire Y. Choo [mailto:cchoo@dankolaw.com]
**Sent:** Tuesday, August 23, 2016 11:05 PM
**To:** Kate Swift <kate.swift@bartlit-beck.com>
**Cc:** Sahar Hayeri <shayeri@dankolaw.com>
**Subject:** Galinis v. Bayer - Deadlines

Hi Kate,

I will be filing a motion to compel in the next day or so. I wanted to find out if Bayer would be amenable to extending the discovery cut off date (currently September 22, 2016) as well as the other subsequent deadlines and whether or not that is an issue I should bring up with the Court now. I believe an additional 60 days for each of the remaining deadlines in the case (i.e., discovery cut-off, expert reports, expert depos, *Daubert* motions, etc.) would be sufficient.

Please let me know your thoughts.


Claire Y. Choo
Attorney

