# Exhibit 5

EXHIBIT 13
Deponent S. Galinis
Date 8-3-16
Gina Carbone, CSR

DATE OF ER VISIT: 06/07/2008

EMERGENCY ROOM PHYSICIAN: Naveenpal S. Bhatti, MD

CHIEF COMPLAINT: Altered mental status.

HISTORY OF PRESENT ILLNESS: This is a 38-year-old female, otherwise very healthy, typically has no problems. Recently, started Yaz, which is a birth control pill. Approximately six weeks ago, the patient apparently got up and went to the bathroom at approximately 4 a.m. This was told to us per family, however, at approximately 4:45 a.m., the patient apparently fell out of bed. The husband thinks that she was last normal at approximately 4:35 a.m. to 4:40 a.m. He noted her to be altered, not able to speak, her face was twisted. He stated she was unable to get up, he called the ambulance. When EMS arrived, she was noted to be altered with left hemiparesis, left facial droop. She was then brought in code 3 as a possible stroke. Per family, the patient is otherwise healthy, has no medical problems. They went to Great America yesterday. She did not hit her head and did not pass out. She went to sleep with no problems. There is no family history that they are aware of.

PAST MEDICAL HISTORY: None.

MEDICATIONS: Bentyl, Toradol, and birth control pill.

**ALLERGIES: PENICILLIN.**

SOCIAL HISTORY: No alcohol, tobacco, or illicit drug use.

REVIEW OF SYSTEMS: No travel. No sick contacts. Otherwise systems reviewed are negative.

FAMILY HISTORY: Noncontributory.

PHYSICAL EXAMINATION: The patient is awake, significant dysarthria. No evidence of expressive or motor aphasia. She is protecting her airway. Vital signs: Temperature 97.5, pulse 87 and regular, respirations 20, and blood pressure 140/80. Oxygen saturation 100% on room air.

HEENT: Eyes, the patient's pupils are approximately 3 mm to 4 mm and reactive bilaterally. The patient does have a right gaze preference. She does not appear to be able to look past midline to the left. Eyes, ears, nose, and throat, tympanic membranes are visualized bilaterally. No hemotympanum noted. Oral mucosa is moist. The patient is protecting her airway.

---

Washington Hospital
Healthcare System

Washington Township Health Care District
2000 Mowry Ave, Fremont, CA 94538 510/797-1111

EMERGENCY ROOM REPORT
Page 1 of 3

PATIENT: Galinis, Susan
DOCTOR: Naveenpal S. Bhatti, MD
PT. TYPE:
DATE: 06/07/2008
MR #: [redacted]
Acct #: [redacted]

ORIGINAL

GalinisS-SocialSecurDisab-  00042

| | |
|---|---|
| NECK: | Supple and nontender. No evidence of trauma. |
| CHEST: | No pain to palpation on the anterior chest wall. |
| RESPIRATORY: | Clear breath sounds bilaterally. No crackles, wheezes, or rales. |
| ABDOMEN: | Flat abdomen. Nontender to light or deep palpation. No guarding, rebound, or rigidity noted. Normal bowel sounds. No hepatosplenomegaly. |
| MUSCULOSKELETAL: | The patient has dense left arm and leg hemiparesis. |
| NEUROLOGIC: | The patient has a left facial droop. The patient is protecting her airway. The patient's tongue does deviate to the right. The patient again is unable to look past midline to the left. No strength in the left arm or left leg. Upgoing Babinski in the left foot. Right side is essentially normal. |

MEDICAL DECISION MAKING: The patient appears to have a significant dense stroke. I am unsure of the etiology. This did not appear to be a conversion disorder to me. The patient does have significant slurred speech. The patient is awake, alert, and oriented x 3. A stroke protocol was immediately initiated. CT scan of the head was done and my initial read showed what appeared to be a right middle cerebral artery clot; within 10 minutes the CAT scan result did conform the same. We were within the window for thrombolytics. I felt due to the patient's age and the dense nature of her stroke, I felt lytics would be indicated for this patient. We initially called Dr. Khalsa and paged him; we did not get a response. I then called the operator to call him directly; it took a few minutes for the family number to wake Dr. Khalsa up. I spoke with Dr. Khalsa at exactly 7:10. At the same point, I was asking for thrombolytics to be prepared.

The stroke nurse, Doug and Clay were both available at this point to aid. Thrombolytics again were felt to be necessary by me again due to the patient's significant symptoms, what appeared to be a dense clot in the right middle cerebral artery and again the patient's age reduced the patient's risk of serious complications. The patient's husband as well as family members were present. I specifically spoke with each one of them concerning the benefits and risks of the thrombolytics. I explained to them my thoughts and they agreed to give the medication. Dr. Khalsa had also agreed at the time I spoke to him of the same intent of giving the medications. Dr. Khalsa then called back within a few minutes to suggest that I look for a tertiary care center for this patient for followup in addition to possible intra-arterial thrombolytics. The patient is a Kaiser member, so we phoned to Kaiser EPRP at 7.30. I spoke with Dr. Wagner who expeditiously obtained a bed for this patient. The critical care transport RN team arrived at approximately 8:15 to pick the patient up, it is currently 8:20. They are preparing to shift the patient to Kaiser Redwood City. There appears to be a neurologic interventionalist as well as a neurologic team prepared for her to give the appropriate medications. The patient developed slightly low blood pressure of 110 systolic. She was given normal saline at 500 mL bolus. The patient is currently in stable condition. She has not improved or gotten worse. She had no complaints of headache. She still has this significant dense stroke. The family is present at the bedside and have agreed with all plans uptil now. The Kaiser EPRP

| | | |
|---|---|---|
| **Washington Hospital Healthcare System** | PATIENT: | Galinis, Susan |
| | DOCTOR: | Naveenpal S. Bhatti, MD |
| Washington Township Health Care District 2000 Mowry Ave, Fremont, CA 94538 510/797-1111 | PT. TYPE: | MR #: |
| **EMERGENCY ROOM REPORT** Page 2 of 3 | DATE: | 06/07/2008     Acct #: |

ORIGINAL

GalinisS-SocialSecurDisab-     00043

FINAL IMPRESSION:
1. Dense right middle cerebral artery ischemic stroke.
2. Large right middle cerebral artery clot.

CONDITION: Stable.

PROGNOSIS: Undetermined.

Electronically Signed by
Naveenpal S. Bhatti, MD 06/13/2008 14:09

_____

Naveenpal S. Bhatti, MD

NSB/his
d:06/05/2008
t:06/12/2008 2:02 P
Doc #:750339

| | | |
|---|---|---|
| Washington Hospital Healthcare System | PATIENT: Galinis, Susan | |
| | DOCTOR: Naveenpal S. Bhatti, MD | |
| Washington Township Health Care District 2000 Mowry Ave, Fremont, CA 94538 510/797-1111 | PT TYPE: | MR #: |
| EMERGENCY ROOM REPORT Page 3 of 3 | DATE: 06/07/2008 | Acct #: |

ORIGINAL