# Exhibit 14

Expert Report of April Zambelli-Weiner, Ph.D.

Review of Drospirenone containing Combination Oral Contraceptives and Risk of Arterial Thrombotic Events

Expert Report of April Zambelli-Weiner, Ph.D., M.P.H.

December 21, 2016

Expert Report of April Zambelli-Weiner, Ph.D.

## 5. Methods

As set forth below, in performing my review and formulating my opinions for this report, I conducted a literature search and have completed a review of the published epidemiological literature concerning drospirenone-containing combination oral contraceptive (DRSP-COC) exposure and arterial thromboembolism. My analysis included a critical review of the epidemiological literature available and a causal assessment utilizing the Bradford Hill guidelines. I employed methods that are generally accepted by the scientific community and performed my review and analysis in the same manner as I do in the ordinary course of my work as an epidemiologist.

I identified studies through a search of the National Institutes of Health, National Library of Medicine PubMed database using the keywords "combination oral contraceptive" and "drospirenone" in combination with "arterial thromboembolism," "myocardial infarction," and "ischemic stroke." Results were limited to clinical trials and observational studies involving humans and in English; papers were excluded if they were strictly venous thromboembolism (VTE) studies. Relevant studies were also identified through examination of citation lists.

Individual studies were reviewed for internal validity. An analysis of internal validity considers how well the study design controls for potential bias; bias is simply defined as systematic error introduced by deficiencies in study design and/or data collection methods. Examples of potential biases include selection bias and measurement bias. Selection bias refers to systematic differences in study comparison groups that may influence the outcome. Measurement bias occurs when a measurement process (be it instrumentation or human) systematically overstates or understates the true value of the measurement. Ultimately, a review of any individual study for internal validity constitutes a professional judgment call about the ability to draw correct conclusions about relationships.

### 5.1. Epidemiologic Methods

Epidemiology is the study of the occurrence of illness and disease in human populations, especially the cause(s) (etiology) and determinants of patterns of disease. A principal aim of epidemiological studies is to determine how and why disease rates vary among populations and what factors are associated with increased risk of disease. Another major objective is to quantify the magnitude of the relationship between risk factors and disease. Epidemiologists use standardized methods and tools to describe disease occurrence in a given population, to identify populations at high risk, and to evaluate causal factors. Epidemiologists interpret results within the context of available information and data in order to critically assess the totality of the entire body of evidence. This