# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>Honorable David R. Herndon |

This Document Relates To:

*Susan Galinis, et al. v. Bayer Corporation, et al.*    Case No. 3:09-cv-20079-DRH-PMF
[N.D. Cal. Case No. 3:09-cv-4980-EDL]

## DECLARATION OF KRISTINE K. MEREDITH IN SUPPORT OF PLAINTIFF GALINIS'S OPPOSITION TO BAYER'S *DAUBERT* AND SUMMARY JUDGMENT MOTIONS

I, Kristine K. Meredith, declare as follows:

1. I am a member in good standing of the California State Bar and a partner at the law firm of Danko Meredith, counsel of record for Plaintiff Susan Galinis. I am fully familiar with the facts of this case as well as the facts set forth herein, and respectfully submit this declaration in support of Plaintiff's oppositions to Bayer's summary judgment and *Daubert* motions.

2. Attached hereto as exhibits are true and correct copies of the documents described in the following chart. Those documents identified by a "BHCPYAZ" Bates number (e.g., BHCPYAZ008972298) have been produced by Bayer in this litigation.

| EX. | DOCUMENT DESCRIPTION |
|---|---|
| 1. | Declaration of Dr. Bruce T. Adornato<br>    1.1 - Expert Report, dated 2016-12-21<br>    1.2 - Addendum to Expert Report, dated 2017-02-07 |
| 2. | Declaration and 2016-12-18 Expert Report of Dr. Jack Goldberg |
| 3. | Declaration and 2016-12-20 Expert Report of Dr. John Griffin |
| 4. | Declaration and 2016-12-21 Expert Report of Dr. Richard Luciani |
| 5. | Declaration and 2016-12-21 Expert Report of Dr. Gary Martinovsky |
| 6. | Declaration of Suzanne Parisian<br>    6.1 - Expert Report, dated 2011-12-27<br>    6.2 - Expert Report, dated 2015-04-08<br>    6.3 - Expert Report, dated 2016-12-21 |
| 7. | Declaration and 2016-12-21 Expert Report of Dr. Charles Stier |
| 8. | Declaration of Dr. April Zambelli-Weiner<br>    8.1 - Expert Report, dated 2016-02-05<br>    8.2 - Supplemental Expert Report, dated 2017-02-17 |

| EX. | DOCUMENT DESCRIPTION |
|---|---|
| 9. | Excerpts from the deposition of Dr. Mary Ann Co-Asino, taken 2016-08-25 |
| 10. | Excerpts from the deposition of Dr. Marie Foegh, taken 2011-03-17 |
| 11. | Excerpts from the deposition of Susan Galinis, taken 2016-08-03 |
| 12. | Excerpts from the deposition of Dr. Dana Gossett, taken 2017-03-21 |
| 13. | Minutes of 2005-04-06 Global Brand Team Meeting (BHCPYAZ020211373-77) |
| 14. | Email re: Yasmin Strategy, dated 2003-07-14 (BHCPYAZ008972298-300) |
| 15. | Email re: 01/01184-CDS, dated 2001-06-21 (BHCPYAZ001634978-79) |
| 16. | PowerPoint entitled, "Yasmin: History Leading to Approval" (BHCPYAZ001250106-126) |
| 17. | Memorandum from FDA Center for Drug Evaluation and Research, dated 2003-1-16 |
| 18. | Letter from Department of Health & Human Services, dated 2003-6-26 (BHCPYAZ01262185-88) |
| 19. | Email re: YAZ – FDA Letter, dated 2004-07-01 (BHCPYAZ015694644) |
| 20. | Email, dated 2004-6-2, and attached draft white paper from Dr. Gregory Burkhard (BHCPYAZ015732194) |
| 21. | Email from Dr. Dinger re: draft white paper, dated 2004-08-12 (BHCPYAZ016167167-68) |
| 22. | Email re: EURAS publication, dated July 23, 2004 (BHCPYAZ021912679-80) |
| 23. | Email re White Paper FINAL and attached white paper (BHCPYAZ015694644) |
| 24. | Kaiser Permanente Drug FAQs for Clinicians re: Yasmin (BHCPYAZ029731874-76) |
| 25. | H.A.A.M. Van Vliet, et al., *Prothrombotic changes in users of combined oral contraceptives containing drospirenone and cyproterone acetate*, J. Thromb. Haemost., 2004; 2:2060 |
| 26. | H.A.A.M. Van Vliet, et al., *Association between sex hormone-binding globulin levels and activated protein C resistance in explaining the risk of thrombosis in users of oral contraceptives containing different progestogens*, 20 Human Reproduction 563 (2005) |

| EX. | DOCUMENT DESCRIPTION |
|---|---|
| 27. | Email re DRSP Lessons Learned April 2005, dated 2005-4-1, and attached PowerPoint (BHCPYAZ012344260-90) |
| 28. | Gordon D. O. Lowe, *Common risk factors for both arterial and venous thrombosis*, 140 Br. J. Haematol. 488 (2008) |
| 29. | M. Levi, *Arterial and venous thrombosis: more in common than previously thought*, 69 Neth. J. Med. 3 (2011) |
| 30. | Paolo Prandoni, *Venous and arterial thrombosis: Two aspects of the same disease?*, 1 Clin. Epidemiol. 1 (2009) |
| 31. | Patrick K.Y. Goon, et al., *Arterial disease and venous thromboembolism: A modern paradigm?*, 96 J. Thomb. Haemost. 111 (2006) |
| 32. | Emanuele Previtali, et al., *Risk factors for venous and arterial thrombosis*, Blood Transfus., Apr. 2011, at 120 |
| 33. | Stephen Sidney, et al., *Recent combined hormonal contraceptive (CHCs) and the risk of thromboembolism and other cardiovascular events in new users*, 87 Contraception 93 (2013) |
| 34. | Ray, et al., *Evaluating medication effects outside of clinical trials - new-user designs* 158 Am. J. of Epidemiology 915 (2003) |
| 35. | Samy Suissa Disclosure of Potential Conflicts of Interest, dated 2016-7-8, downloaded from http://dx.doi.org/10.1111/1471-0528.14358, Supporting Information, file s04 |
| 36. | Carlos Martinez, Samy Suissa, et al., *Testosterone treatment and risk of venous thromboembolism:population based case-control study*, BMJ 2016;355:i5968 |
| 37. | Excerpts from the deposition of Dr. Charles Stier, taken 2017-2-28 |
| 38. | Email to Dr. Dinger re: "Defence Studies – status reports, budget," dated 2006-6-28 (BSPYAZ002337618) |
| 39. | Excerpts from the deposition of Dr. Mary Ann Co-Asino, taken 2016-10-19 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 10, 2017.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 10, 2017, I electronically filed the foregoing Declaration Of Kristine K. Meredith In Support Of Plaintiff Galinis's Opposition To Bayer's *Daubert* And Summary Judgment Motions on the CM/ECF filing system in Case Number 3:09-cv-20079-DRH-PMF in the Southern District of Illinois, thereby sending notice of said filing to all counsel of record in this matter.

_____
Jadah McCoy