# EXHIBIT 5

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF <br><br> MDL     No. 2100 <br><br> Honorable David R. Herndon |

This Document Relates to:

Susan Galinis, et al. v. Bayer Corporation, et al.          Case No. 3:09-cv-20079-DRH-PMF

**Declaration of Gary Martinovsky, M.D. in Support of Galinis' Opposition to Bayer's Motion for Summary Judgment and Bayer's *Daubert* Motion to Exclude VTE Studies and <u>Testimony That Yasmin Has a Higher Stroke Risk Than Other Oral Contraceptives</u>**

I, Gary Martinovsky, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. The statements in these reports are true and correct to the best of my knowledge, and I continue to hold the opinions stated therein to a reasonable degree of scientific certainty. I respectfully submit this declaration in support of *Galinis' Opposition to Bayer's Motion for Summary Judgment and Bayer's Daubert Motion to Exclude VTE Studies and Testimony That Yasmin Has a Higher Stroke Risk Than Other Oral Contraceptives.*

2. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Gary Martinovsky, M.D., dated December 9, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of August, 2017 in Richmond, California

_____
Gary Martinovsky, M.D.