# EXHIBIT 8

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL   No. 2100<br><br>Honorable David R. Herndon |

This Document Relates to:

Susan Galinis, et al. v. Bayer Corporation, et al.        Case No. 3:09-cv-20079-DRH-PMF

**Declaration of April Zambelli-Weiner in Support of Galinis' Opposition to Bayer's Motion for Summary Judgment and Bayer's *Daubert* Motion to Exclude VTE Studies and Testimony That Yasmin Has a Higher Stroke Risk Than Other Oral Contraceptives**

I, April Zambelli-Weiner, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. The statements in these reports are true and correct to the best of my knowledge, and I continue to hold the opinions stated therein to a reasonable degree of scientific certainty. I respectfully submit this declaration in support of *Galinis' Opposition to Bayer's Motion for Summary Judgment and Bayer's Daubert Motion to Exclude VTE Studies and Testimony That Yasmin Has a Higher Stroke Risk Than Other Oral Contraceptives.*

2. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of April Zambelli-Weiner, Ph.D., M.P.H., dated February 5, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of the supplemental report of April Zambelli-Weiner, Ph.D., M.P.H., dated February 17, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __8th__ day of August, 2017 in __Baltimore, MD__

_____
April Zambelli-Weiner