EXHIBIT 8.2

# Review of Drospirenone containing Combination Oral Contraceptives and Risk of Arterial Thrombotic Events

## Supplemental Report of April Zambelli-Weiner, Ph.D., M.P.H.

February 17, 2017

I have reviewed the expert reports of Dr. Kurt Barnhart, dated January 20, 2017 and Dr. Dana Gossett, dated January 19, 2017 and provide the following commentary and response to certain opinions and assertions put forth by Drs. Barnhart and Gossett.

1. **The assertion that utilizing a Bradford Hill Criteria in the assessment of the epidemiological evidence related to an association between combination oral contraceptives (COCs) containing drospirenone (DRSP) and thrombotic events, specifically including arterial thromboembolism (ATE), was misplaced.**

As outlined in my initial report, my assignment was to provide "expert review and assessment of the epidemiological evidence related to an association between combination oral contraceptives (COCs) containing drospirenone (DRSP) and thrombotic events, specifically including arterial thromboembolism (ATE)." This included **both** an assessment of the association between DRSP and ATE **and** an assessment of the comparative risk of DSRP against other COCs. Dr. Barnhart states that, "These are criteria used in epidemiology to establish whether exposure to a drug is causally related to a particular outcome," agreeing (along with Dr. Gossett) that Bradford Hill is an appropriate method to assess causality of ATEs by DSRP. He further states that he also agrees that there is an association between DSRP and ATE, while Dr. Gossett states that, "I would concur with Dr. Zambelli-Weiner that the Bradford-Hill criteria for assessing causality clearly support a causal or contributory relationship between COC use and the development of VTE and ATE." The defense experts are thus in agreement that a Bradford Hill analysis is entirely appropriate in my assessment of the epidemiological evidence related to an association between combination oral contraceptives (COCs) containing drospirenone (DRSP) and thrombotic events, specifically including arterial thromboembolism (ATE) as per the assignment I was requested to undertake.

Despite Dr. Barnhart's assertion that, "The Bradford Hill criteria are not meant to assess evidence of a differential risk," the Bradford Hill Criteria can and have been used regularly in comparative risk assessments. The American Heart Association recommends using the Bradford Hill criteria to determine causality in comparative effectiveness research according to their policy statement (Gibbons et al.). A 2009 study on Gadolinium-based contrast agents and nephrogenic systemic fibrosis utilized the criteria as part of an analysis to determine causation and differences of risk among contrast agents (Agarwal et al.). A 2006 study on antipsychotic drugs and diabetes notes that the criteria "have been widely applied by epidemiologists and others when addressing the causation of disease in a broad range of situations." The authors go on to note two themes that emerge in the studies reviewed for their Bradford Hill analysis; 1.) Treatment with any antipsychotic is associated with more diabetes than no treatment, 2.) Treatment with second generation antipsychotics is associated with more diabetes that treatment with a conventional antipsychotic. (Holt and Peveler).

2

2. **The assertion that the ATEs and VTEs were inappropriately conflated and treated as a single pathology.**

Dr. Barnhart makes the assertion that, "Dr. Zambelli-Weiner also inappropriately conflates VTE and ATE throughout her report, treating them as a single pathology." This is not true. My report reveals that I considered two separate endpoints as part of this evaluation: (1) All thrombotic and thromboembolic events (TTEs) and (2) arterial thrombotic events (ATEs) only.

Aside from the fact that ATE and TTEs **were** considered separately, all lines of evidence (epidemiologic, biologic/mechanistic, and regulatory) support the consideration of total thrombotic events as an endpoint. An editorial in *The Netherlands Journal of Medicine* concerning arterial and venous thrombosis states, "The days of a clear separation between arterial and venous thrombosis seem to be over" (Peeters et al.). Specifically, changes in coagulation, inflammation and immune response underlie the development of both VTE and ATE (Previtali et al.). An article in the *British Journal of Haemotology* in 2008 also noted that "there is increasing evidence from epidemiological studies for an association between VTE and arterial thromboembolism" as part of a review on common risk factors for ATE and VTE (Lowe).

While some studies report separately on venous thrombotic and arterial thrombotic events, many epidemiological studies and analyses– including both the EURAS study and the FDA analysis contained in the memorandum dated January 16, 2003 - present analyses of combined thrombotic events. In addition, the sponsor studies were only designed to look at VTE risk and are likely underpowered to examine ATE risk. The association between VTE and ATE, the risk factors and mechanisms shared between the two, as well as the limitations and design choices of the available epidemiological studies done to date, make a combined endpoint a scientifically valid methodological choice in the study of ATE risk.

3. **The assertion that there is no observation of prevalent user bias with respect to ATE and there is no evidence of increased rates of ATE in new users.**

Dr. Barnhart asserts, "I agree with Dr. Zambelli-Weiner that the risk of VTE is highest during the first months of COC use and decreases over time and that accounting for this in studies assessing VTE risk is important. However, the same changes in risk over duration of use have not been observed with respect to ATE." This assertion is incorrect.

In fact, according to an FDA report (Combined Hormonal Contraceptives (CHCs) and the Risk of Cardiovascular Disease Endpoints), "DRSP was associated with higher risk of ATE in new users overall with this finding restricted to women in the 35-55 years age group only." The FDA study was the only study that looked at whether there was increased risk of ATEs among new users, and found that prevalent user bias did exist.

In addition, and as discussed in my original report, there is a large evidence base showing that the risk of cardiovascular events (which includes both VTEs and ATEs) can be elevated in new users of COCs. Also noted in my prior report, researchers have posited that the same 'biological trigger' is responsible for activating coagulation and inflammatory pathways in both arterial and venous thromboembolism (Prandoni). There is sufficient data, as well as enough known about the similar mechanism of action, to anticipate a variable hazard related to risk of ATE in DSRP users, and to design and analyze studies accordingly. Hence, the FDA chose to look at new user risk in their study.

According to FDA Best Practices (FDA Guidance on Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data), "one design increasingly being used is the new (incident) user design, which is based on the first exposure to or use of the drug of interest. This approach merits discussion here, as it provides advantages over the prevalent user design, which is susceptible to survivor bias. The prevalent user design can also be susceptible to other biases that arise from controlling for covariates in the causal pathway."

A report from the Agency for Healthcare Research and Quality (AHRQ), the lead Federal agency charged with improving the safety and quality of America's health care system, states, "There are well-recognized advantages in studying new initiators of treatments, which is why **the new user design is considered the gold standard in pharmacoepidemiology**." The report also has the following to say about new user design:

> *The new-user design is the logical solution to the problems resulting from inclusion of persons who are persistent with a treatment over prolonged periods because researchers can adjust for confounding at initiation without the concern of selection bias during followup. Additionally, the new-user approach avoids the problem of confounders' potentially being influenced by prior treatment* (Velentgas et al.).

Apart from the existing evidence that ATE risk is elevated in the first year, the general thrombogenicity of COCs has been well established. Given that knowledge, researchers should draw from the evidence base of other similar drugs with known thrombogenicity. Female hormone replacement therapy studies show that both ATE and VTE risk is elevated in the first year (Rosendaal, Helmerhorst, and Vandenbroucke; Ray). Other drugs which have been shown to be thrombogenic, such as COX-2 Inhibitors, also show increased risk of ATE in the first year (Levesque).

In conclusion - even if there were no studies specifically showing increased risk of ATE in the first year of DSRP exposure - the known increased risk for new users of VTEs in COC users coupled with increased risk in new users of similar and other drugs with established thrombogenicity provides a sufficient evidence base to establish a high likelihood for similar bias in studies of DRSP and COCs.

4. **The assertion that the FDA (Sidney) study has an "aberrant" definition of new use.**

In his supplemental report dated 1/20/17 Dr. Barnhart asserts, "the Sidney study heavily relied on by Dr. Zambelli-Weiner has an aberrant definition of new use." In his previous report dated 5/26/15 Dr. Barnhart further states "I am not aware of any other study looking at YAZ or any other COC that uses this definition of "new user"."

The FDA study by Sidney and colleagues cites the Ray 2003 article when describing their study as having a "new user design." The same article is cited by FDA in their industry guidance document entitled "Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data." The Ray 2003 authors define a new-user design as follows:

> *A new-user design begins by identifying all of the patients in a defined population (both in terms of people and time) who start a course of treatment with the study medication. Study follow-up for endpoints begins at precisely the same time as initiation of therapy, or $t_0$. The study is further restricted to patients with a minimum period of nonuse (washout) prior to $t_0$. The study should include all patients in the study population meeting these criteria. Data for all patient characteristics are obtained at a time just before $t_0$ (Ray)..*

Sidney's application of the Ray 2003 definition and FDA guidance involves establishing a minimum washout period, in this case 6-months. The authors state:

> *We identified new users, defined as first exposure to any study CHC or comparator CHC during the 2001–2007 study period and no previous use of any CHC—study, comparator or non-study CHC — during the study period. Additionally, women whose first exposure to a study or comparator CHC occurred during the first 6 months of 2001 were required to have no previous use of any CHC during the 6 months preceding cohort entry (Sidney et al.).*

This definition of new users, including the establishment of a minimum period of non-use is: (1) aligned with FDA guidance, (2) aligned with established and generally accepted practices in the field of pharmacoepidemiology, and (3) aligned with studies in the peer-reviewed literature. In fact, there are numerous studies that employ a new-user definition that is similar to, or less stringent than, the definition employed by Sidney and colleagues in the FDA study, including Bayer's own studies (Zöller et al.; Seeger et al.; Sohn et al.).

Most importantly, the FDA advises that the definition should be clearly defined and well-reasoned by consideration of the research question:

> *If employing a new user design (Ray), the investigator should operationally define new use and **provide a rationale for this definition in the context of the study question**. This information will allow reviewers to critically evaluate the accuracy of the exposure definition (Guidance). [Emphasis added]*

5

The concern with studies of COCs and thromboembolic endpoints is the well-established thrombogenicity of earlier generation COCs and the increased hazard in the period of initial (i.e., first-ever) use. A new user definition in this context should seek to define new users as first-ever users to the extent possible, so as not to deplete the study population of susceptible individuals and create a survivorship bias. Initiators, or individuals starting a particular drug for the first time, should not be confused with new (first-ever) users. In a database study, the goal is to maximize the likelihood that an initiator is a true new user and this is accomplished through the establishment of longer washout periods (Cox et al.). The Sidney study employs the most stringent criteria available within the context of a database study to identify true new-users (i.e., first-ever users) and mitigate bias.

I hold all opinions set forth in this report to a reasonable degree of scientific certainty and reserve the right to supplement my opinions in this matter should further information come to my attention.

_____
April Zambelli-Weiner, PhD, MPH


WORKS CITED

Agarwal, R. et al. "Gadolinium-Based Contrast Agents and Nephrogenic Systemic Fibrosis: A Systematic Review and Meta-Analysis." *Nephrology Dialysis Transplantation* 24.3 (2008): 856–863. *CrossRef*. Web.

Cox, Emily et al. "Good Research Practices for Comparative Effectiveness Research: Approaches to Mitigate Bias and Confounding in the Design of Nonrandomized Studies of Treatment Effects Using Secondary Data Sources: The International Society for Pharmacoeconomics and Outcomes Research Good Research Practices for Retrospective Database Analysis Task Force Report—Part II." *Value in Health* 12.8 (2009): 1053–1061. *CrossRef*. Web.

Gibbons, R. J. et al. "The American Heart Association's Principles for Comparative Effectiveness Research: A Policy Statement From the American Heart Association." *Circulation* 119.22 (2009): 2955–2962. *CrossRef*. Web.

Guidance, FDA FDA Draft. "Best Practices for Conducting and Reporting Pharmacoepidemiologic Safety Studies Using Electronic Healthcare Data Sets." *FDA Draft Guidance* (2011): n. pag. *Google Scholar*. Web. 17 Feb. 2017.

Holt, R. I. G., and R. C. Peveler. "Antipsychotic Drugs and Diabetes—an Application of the Austin Bradford Hill Criteria." *Diabetologia* 49.7 (2006): 1467–1476. *CrossRef*. Web.

Levesque, L. E. "Time Variations in the Risk of Myocardial Infarction among Elderly Users of COX-2 Inhibitors." *Canadian Medical Association Journal* 174.11 (2006): 1563–1569. *CrossRef*. Web.

Lowe, Gordon D. O. "Common Risk Factors for Both Arterial and Venous Thrombosis." *British journal of haematology* 140.5 (2008): 488–495. Web.

Ouellet-Hellstrom, R., D. J. Graham, and J. A. Staffa. "Combined hormonal contraceptives (CHCs) and the risk of cardiovascular disease endpoints." *FDA Office of Surveillance and Epidemiology* (2011): 1-57.

Peeters, A. C. T. et al. "A Clinical and Cardiovascular Survey of Ehlers-Danlos Syndrome Patients with Complete Deficiency of Tenascin-X." (2004): n. pag. *Google Scholar*. Web. 17 Feb. 2017.

Prandoni, Paolo. "Venous and Arterial Thrombosis: Two Aspects of the Same Disease?" *Clinical Epidemiology* 1 (2009): 1–6. Print.

Previtali, Emanuele et al. "Risk Factors for Venous and Arterial Thrombosis." *Blood Transfus* 9.2 (2011): 120–138. Print.

Ray, W. A. "Evaluating Medication Effects Outside of Clinical Trials: New-User Designs." *American Journal of Epidemiology* 158.9 (2003): 915–920. *CrossRef*. Web.

Rosendaal, F. R., F. M. Helmerhorst, and J. P. Vandenbroucke. "Female Hormones and Thrombosis." *Arteriosclerosis, thrombosis, and vascular biology* 22.2 (2002): 201–210. Print.

Seeger, John D. et al. "Risk of Thromboembolism in Women Taking Ethinylestradiol/drospirenone and Other Oral Contraceptives." *Obstetrics and gynecology* 110.3 (2007): 587–593. Web.

Sidney, Stephen et al. "Recent Combined Hormonal Contraceptives (CHCs) and the Risk of Thromboembolism and Other Cardiovascular Events in New Users." *Contraception* 87.1 (2013): 93–100. Web.

Sohn, Minji et al. "Atypical Antipsychotic Initiation and the Risk of Type II Diabetes in Children and Adolescents: ATYPICAL ANTIPSYCHOTICS AND TYPE II DIABETES." *Pharmacoepidemiology and Drug Safety* 24.6 (2015): 583–591. *CrossRef*. Web.

Velentgas, Priscilla et al. *Developing a Protocol for Observational Comparative Effectiveness Research: A User's Guide*. Government Printing Office, 2013. *Google Scholar*. Web. 3 Feb. 2017.

Zöller, Bengt et al. "Family History of Venous Thromboembolism Is a Risk Factor for Venous Thromboembolism in Combined Oral Contraceptive Users: A Nationwide Case-Control Study." *Thrombosis Journal* 13.1 (2015): n. pag. *CrossRef*. Web. 17 Feb. 2017.