# EXHIBIT 14



PLAINTIFF'S
EXHIBIT
700
4/20/11          16

**From:** Jeff Frick
**Sent:** Monday, July 14, 2003 11:10 AM
**To:** Barry Lee; Beth Bell
**Subject:** Yasmin Strategy for FDA call on Monday

Attached is an e-mail that was sent to Schering this weekend. We have not yet received a response. Please review our suggestions first, before working on the following points. It will provide you a basis on our response strategy.

In order to prepare for the FDA discussions, please provide me with all documentation on competitive activity with respect to VTE (please include medium used to communicate, time-line of initiative, and estimated reach and frequency of program. We may use this information with the FDA to support our stance that spontaneous event reporting is inflated.

If labeling changes come, then we need to plan to deal information dissemination. Please work on the following:

Please look back at desorgestrel and identify the time frame when third generation, became controversial. If possible try to determine how Organon dealt with this issue. Ortho switched from desorgestrel promotion to Cyclen promotion and attempted to bury Organon. What type of impact did these labeling changes and Ortho activity have on Desogen? If labeling changes come, then we will need to quickly train speakers and the sales force on this data. Please develop an educational and issues management plan for such an event. Let's keep this plan within a small internal group since we still plan to discuss the need for labelling changes with the FDA. If labeling does not change, we will still need to plan to communicate EURAS data.

Thanks,

jeff


----- Forwarded by Jeff Frick/MV/USR/SHG on 07/14/03 06:51 AM -----


        Jeff Frick
07/13/03 11:00 AM


To:     Juergen Dr. Dinger/BE/USR/SHG@SCHERINGGROUP
cc:     Philip Smits/BE/USR/SHG@SCHERINGGROUP
Rolf Dr. Schuermann/BE/USR/SHG@SCHERINGGROUP
Marie Foegh/MV/USR/SHG@SCHERINGGROUP
Don Atkinson/MV/USR/SHG@SCHERINGGROUP
Maureen Cronin/BE/USR/SHG@SCHERINGGROUP
Reinhard Franzen/WA/USR/SHG@SCHERINGGROUP
Ann-Mari Bresky/MV/USR/SHG@SCHERINGGROUP
June Bray/MV/USR/SHG@SCHERINGGROUP
Sharon Brown/MV/USR/SHG@SCHERINGGROUP
Nancy Velez/MV/USR/SHG@SCHERINGGROUP
Lawrence Platkin/WA/USR/SHG@SCHERINGGROUP
Subject:     Yasmin Strategy for FDA call on Monday

Dear Juergen,

The FDA will be calling Berlex on Monday to suggest next steps for labelling changes for Yasmin. Outlined below is potential strategy that evolved from discussions with Jeff Borenstein this weekend. If you agree with this approach, then we will need confidence intervals calculated for the EURAS study by early Monday our time. We are having a meeting Monday at 8:30 am EST with the Berlex task force. I have asked Maureen to set up a teleconference for 9 am with the Schering task force.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BHCPYAZ008972298

Thanks,

jeff

----- Forwarded by Jeff Frick/MV/USR/SHG on 07/13/03 10:12 AM -----

"Borenstein, Jeff, M.D." <Jeff.Borenstein@cshs.org>
07/12/03 11:59 PM

To:     "'jeff_frick@berlex.com'" <jeff_frick@berlex.com>
cc:
Subject:     Yasmin

Hi Jeff,

Background

To summarize our conversation today, I believe that from the perspective of
the FDA, the issue of VTE is simply an unknown. On the one hand, they have
surveillance data that suggests a potentially higher rate. As this data is
not comparative, and no true denominator is known, these data are difficult
to interpret. However, they may be appropriate for comparing across
different OC brands, assuming no selection bias in prescribing or
ascertainment/reporting bias in the report of outcomes. The potential for
bias can be postulated in any such situation, but as a regulatory agency,
without proof and some ability to quantitate the effects of bias, the FDA
has no way to incorporate this concern in their interpretation of the data.

The EURAS and Ingenix data will be extremely helpful, when sufficient
experience has accumulated. As neither study is powered at this point to
conclusively evaluate the relative risk of VTE with Yasmin, I'm not certain
how the FDA can incorporate these data at the present time.

Strategy to Avoid Labeling Change

One possible approach is to determine the 95% confidence limits and the
absolute risk difference based on the EURAS data before Monday's FDA call.
What you could then state is that you know the rates of VTE and ATE so far
favor Yasmin, and that the 95% confidence intervals define a range of
possibilities for the estimate of this effect. These estimates will range
from positive to negative (i.e., the RR will cross 1), but they will be
weighted towards the beneficial end, considering your results thus far. You
could then state this in terms of a risk difference, saying, for example,
that, based on the EURAS data, X more VTEs per 100,000 could occur with
Yasmin, but that as many as Y more VTEs might be averted: Y will be greater
than X. The X more VTEs will still be a problem for the FDA from both a public
health and liability perspective. We have
not shown an additional benefit for Yasmin beyond contraception. Therefore, we need to suggest a benefit that could
offset the potential risk so that FDA can refer to if the "X rate" becomes a reality.

You could then add, as you suggested, that the antihypertensive
effect of Yasmin still would support a positive risk-benefit profile, even
if it were to turn out, in the end, that the rates of VTE with Yasmin were
higher.

You could try to support the positive risk-benefit argument with data from
an article I gave Marie Foegh recently (Schwingl PJ et al., Estimates of the
risk of cardiovascular death attributable to low dose oral contraceptives in
the United States; American Journal of Obstetrics and Gynecology 1999;

2

BHCPYAZ008972299

180(10):241-9).  The authors conclude the attributable risk for CVD events from OCs is very small. This is not the point. In this article, they calculated that the risk of death from CVD in OC users varied from 0.65 per 100,000 to 29.41 per 100,000, depending on age and smoking. They stated that 25-50% of all myocardial infarctions in this group are fatal compared to 1 in 100 cases of VTE.  From a mortality standpoint, even a rate of 20 VTEs/100,000 WY more with Yasmin will only result in 0.2/100,000 additional deaths.  By comparison, reducing CVD death by reducing BP with Yasmin by 10% (i.e., by 0.07 to 2.94 per 100,000), for example, would lead to a net benefit, except in those at extremely low risk for CVD death.


Approach if FDA Still Insists on Labeling Change

If the FDA insists that labeling changes must be made, then I would suggest that you request a description of the known facts be added without editorial comment.  You could probably have something like "Based on spontaneous VTE reports, the rate of VTE with Yasmin may be higher than other OCs.  Early prospective controlled data representing 35,000 WY of experience shows Yasmin may have a lower rate than other OCs, with a potential risk difference of X to Y."  You could then offer to update the information as new data become available.  I believe that the EURAS data, possibly combined with the Ingenix data if the FDA can wait until the end of October (and assuming these data support the early EURAS results) would persuade most clinicians that Yasmin is probably safe in this regard.  It may also help to raise the general issue of VTE in OC users and possibly avert inappropriate Yasmin prescribing.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BHCPYAZ008972300