MICHAEL S. DANKO (SBN 111359)
mdanko@dankolaw.com
KRISTINE K. MEREDITH (SBN 158243)
kmeredith@dankolaw.com
CLAIRE Y. CHOO (SBN 252723)
cchoo@dankolaw.com
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672

Attorneys for Plaintiffs
SUSAN GALINIS and RICHARD GALINIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN GALINIS & RICHARD GALINIS,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | Case No. 3:09-cv-04980-SI<br><br>**DECLARATION OF CLAIRE Y. CHOO IN SUPPORT OF: (1) PLAINTIFF'S OPPOSITION TO BAYER'S *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY ON GENERAL CAUSATION (DOC # 102) AND (2) PLAINTIFF GALINIS'S OPPOSITION TO BAYER'S MOTION FOR SUMMARY JUDGMENT (DOC #103)**<br><br>Hearing Date: June 14, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Judge: Hon. Susan Illston |

I, Claire Y. Choo, declares as follows:

1.  I am an attorney with the firm Danko Meredith, the attorneys of records for plaintiffs Susan Galinis and Richard Galinis in this matter. I am admitted to practice before this court.

2.  I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently thereto. This declaration is being made in support of Plaintiffs' Opposition to Bayer's Daubert Motion to Exclude Expert Testimony On General

1

DECL. OF CLAIRE Y. CHOO IN SUPPORT OF (1) PLTF. OPPO. TO DAUBERT MOTION (DOC #102) AND (2) PLTF. OPPO. TO MOT. FOR SUMMARY JUDGMENT (DOC #103)
Case No. 3:09-cv-04980-SI

Causation (Doc #102) and Plaintiff Galinis's Opposition to Bayer's Motion for Summary Judgment (Doc #103).

3. Attached hereto as **Exhibit 1.1** is a true and correct copy of the expert report of Dr. Bruce T. Adornato dated December 17, 2016.

4. Attached hereto as **Exhibit 3.1** is a true and correct copy of the expert report of Dr. John Griffin dated December 20, 2016.

5. Attached hereto as **Exhibit 8.1** is a true and correct copy of the expert report of Dr. April Zambelli-Weiner dated December 21, 2016.

6. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Mary Ann Co-Asino taken in this action on August 25, 2016.

7. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the deposition of Susan Galinis taken in this action on August 3, 2016.

8. Attached hereto as **Exhibit 23** is a true and correct copy of an email from Maureen Cronin dated August 16, 2014 and the attachment to the email which was the final version of the Yasmin & VTE White Paper, Bates-numbered BHCPYAZ015694645.

9. Attached hereto as **Exhibit 38** is a true and correct copy of an email to Dr. Dinger re: "Defence Studies – status reports, budget," dated June 28, 2016, Bates-numbered BSPYAZ002337618.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed at Redwood Shores, California on May 6, 2019.

          */s/ Claire Y. Choo*
          Claire Y. Choo