MICHAEL S. DANKO (SBN 111359)
mdanko@dankolaw.com
KRISTINE K. MEREDITH (SBN 158243)
kmeredith@dankolaw.com
CLAIRE Y. CHOO (SBN 252723)
cchoo@dankolaw.com
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672

Attorneys for Plaintiffs
SUSAN GALINIS and RICHARD GALINIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN GALINIS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BAYER CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 09-cv-04980-SI<br><br>**DECLARATION OF CLAIRE Y. CHOO IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL FILING RE PENDING *DAUBERT* MOTION [ECF NO. 58]**<br><br>Date: June 14, 2019<br>Time: 10:00 A.M.<br>Judge: Hon. Susan Illston<br>Courtroom: 1 – 17th Floor |

I, Claire Y. Choo, declares as follows:

1. I am an attorney with the firm Danko Meredith, the attorneys of records for plaintiffs Susan Galinis and Richard Galinis in this matter. I am admitted to practice before this court.

2. I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently thereto. This declaration is being made in support of Plaintiffs' Supplemental Filing re Pending *Daubert* Motion [ECF. No. 58].

3. Attached hereto as **Exhibit 1** is a true and correct copy of Case Management Order Number 47 Regarding Motions to Exclude Testimony of Plaintiffs' Regulatory Expert Witnesses dated December 16, 2011 from MDL No. 2100.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Case Management Order Number 48 Regarding Motions to Exclude Testimony of Plaintiffs' Expert Witness David Green, M.D., Ph.D. dated December 16, 2011 from MDL No. 2100.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Case Management Order Number 49 Regarding Motions to Exclude Testimony of Plaintiffs' Witnesses (Rinder, Stier, Maggio, and Rosing) dated December 16, 2011 from MDL No. 2100.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Case Management Order Number 50 Regarding Motions to Exclude Testimony of Plaintiffs' Expert Witnesses (Furburg, Gertsman, Hulley, and Madigan) dated December 16, 2011 from MDL No. 2100.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Case Management Order Number 51 Regarding Motions to Exclude Testimony of Dr. Bercy-Roberson and of Dr. DiSciullo dated December 16, 2011 from MDL No. 2100.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Case Management Order Number 52 Regarding Motions to Exclude Testimony of Robert Johnson dated December 16, 2011 from MDL No. 2100.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed at Redwood Shores, California on May 7, 2019.

*/s/ Claire Y. Choo*