UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GALINIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | Case No. 09-cv-04980-SI<br><br>**ORDER RE: DISCOVERY DISPUTE**<br>Re: Dkt. No. 120 |

The parties have filed a joint discovery dispute statement regarding defendant's request that plaintiff Susan Galanis provide updated authorizations for the release of additional medical records. Dkt. No. 120. Defendant states that most recent authorization plaintiff signed allowed it to collect her medical records through July 2017. *Id.* at 2. Defendant argues it is entitled to an updated authorization for the release of medical records since July 2017 because this case is set for trial in December 2019, *see* Dkt. No. 112, and plaintiff plans to put her medical condition at issue by arguing that after taking defendant's birth control pill, she suffered a stroke that left her with continuing pain, cognitive deficits, and more, and a need for ongoing medical care. Dkt. No. 120 at 1. Plaintiff does not dispute that she is putting her medical condition at issue but argues that defendant is not entitled to further authorizations for records because the discovery cut-off in this case (as previously set by the MDL transferee court in the Southern District of Illinois) was in September 2016. *Id.* at 3. Plaintiff says there is no good cause to modify the scheduling order setting the discovery cut-off and argues that allowing defendant to seek these additional records may result in defendant seeking to re-open other discovery matters. *Id.* at 4 (citing Fed. R. Civ. P. 16(b)(4)).

The Court disagrees with plaintiff and finds there is good cause to modify the prior

scheduling order, in light of the medical issues that plaintiff has raised in this case, and the fact that trial will occur more than two years after the most recent medical records that defendant has obtained. Plaintiff has previously authorized defendant to obtain her medical records, and allowing defendant to get updated records in order to prepare for trial will not re-open discovery.

Accordingly, the Court **GRANTS** defendant's request and **ORDERS** that plaintiff provide defendant an updated medical records authorization so that defendant may collect medical records since the last collection in 2017. **Plaintiff shall provide such authorization no later than May 24, 2019.**

**IT IS SO ORDERED**.

Dated: May 17, 2019

SUSAN ILLSTON
United States District Judge