# Exhibit 14

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology**
**Office of Pharmacovigilance and Epidemiology**
**Epidemiologist Study Comparison Review**

Date:                          November 3, 2011

Reviewer(s):                   Rita Ouellet-Hellstrom, PhD, MPH
                               Associate Director
                               FDA Principal Investigator (PI)
                               Division of Epidemiology II (DEPI II)

Office Director                Gerald Dal Pan, MD, MHS, Acting Director
                               Office of Surveillance and Epidemiology (OSE)

Division Director              Judy Staffa, PhD, RPh, Director
                               Division of Epidemiology II (DEPI II)

Drug Name(s):                  3.0 mg of drospirenone with 30 μg of ethinyl estradiol (EE)
                               (Yasmin); 6.0 mg norelgestromin with 750 μg EE (Ortho
                               Evra); 11.7 mg etonogestrel/2700 μg EE (NuvaRing);
                               **_Comparators_**
                               0.10 mg of levonorgestrel/20 μg EE (LNG1)
                               0.15 mg levonorgestrel and 30 μg EE (LNG2)
                               1.0 mg norethindrone acetate/20 μg EE (NETA)
                               0.18 – 0.25 mg of norgestimate/35 μg EE (NGM)

Subject:                       Review of the FDA-funded Study: Combined Hormonal
                               Contraceptive (CHC) and the Risk of Cardiovascular
                               Disease Endpoints; October 22, 2011 v2.

OSE RCM #:                     2008-1629

TSI #:                         770

TEAM MEMBERS                   David J Graham, MD, MPH (OPE)
                               Marlene Hammer (OSE)
                               Adrienne Rothstein, Pharm D (DPV II)
                               Mark Miller, Pharm D (DPV II)
                               Daniel Davis, MD, MPH (DRUP)
                               Mark Levenson, PhD (DB7)
Acknowledgements               Patty Greene, Pharm D (DEPI II), Drug Use Specialist
                               CDR David Money, MPH, RPh, USPHS

1

**Table of Contents**

EXECUTIVE SUMMARY ............................................................................................ 2
1   Background ...................................................................................................... 5
  1.1   Drospirenone ............................................................................................ 5
  1.2   Norelgestromin ........................................................................................ 6
  1.3   Etonogestrel ............................................................................................ 7
  1.4   Combined Hormonal Contraceptive (CHC) Study Rationale ............................ 8
2   Review Methods and Materials .......................................................................... 8
3   Final Study Report ........................................................................................... 9
  3.1   Objective ................................................................................................ 9
  3.2   Study Design .......................................................................................... 10
    3.2.1   Data Source ...................................................................................... 10
    3.2.2   Study Population and Time Period ........................................................ 10
    3.2.3   Study Contraceptives and Comparators ................................................ 10
    3.2.4   Exclusion Criteria .............................................................................. 11
    3.2.5   Exposure .......................................................................................... 11
    3.2.6   Outcome ........................................................................................... 12
    3.2.7   Covariates and confounders ................................................................ 12
    3.2.8   Statistical Analyses ........................................................................... 13
  3.3   Study Results ......................................................................................... 14
4   COMMENTS/DISCUSSION ................................................................................ 16
  4.1   FDA-funded Study Results Highlights ...................................................... 16
    4.1.1   Exposure Definitions .......................................................................... 19
  4.2   Known Confounders Adjusted in the Study ............................................... 22
    4.2.1   Age and Age-Specific Incidence Rates .................................................. 22
    4.2.2   Incidence Rate Comparisons ............................................................... 24
    4.2.3   Site or Population Source .................................................................... 27
    4.2.4   Exclusions ........................................................................................ 28
    4.2.5   Time Trends ...................................................................................... 29
    4.2.6   Duration of Use ................................................................................. 29
    4.2.7   Duration of Use: Comparison of VTE Risk ............................................. 30
  4.3   Other Potential Confounders and Prescribing Patterns ............................... 30
    4.3.1   Measured Covariates .......................................................................... 31

1

4.3.2    Prescribing Patterns ........................................................................ 32

4.3.3    Unmeasured Covariates ................................................................... 33

4.4      Unmeasured but Suspected Confounders ........................................................ 36

5   CONCLUSIONS And Recommendations.................................................................. 37

6   REFERENCES ...................................................................................... 39

7   APPENDIX A....................................................................................... 43

8   APPENDIX B....................................................................................... 45

9   APPENDIX C....................................................................................... 47

Reference ID: 3039539

## EXECUTIVE SUMMARY

Several contraceptive products approved in 2001 quickly became very popular forms of contraception, particularly among young women, and were considered relatively safe because of their lower estrogen content compared to older hormonal products.  Safety concerns for serious thrombotic and thromboembolic adverse events as well as death, however, became a public concern soon after their market introduction.

Although several epidemiologic studies were initiated by the manufacturers of these new contraceptive products at the request of U.S. and European regulatory authorities around the time of their approval, the studies were designed mainly to evaluate one specific product compared to one or a group of other contraceptive products.  In addition, based on reports submitted to the Adverse Event Reporting System (AERS), the FDA had concerns about the ability of some of the epidemiologic studies to identify and characterize all thrombotic and thromboembolic events and deaths (including sudden deaths) that could be related to these products.

For these reasons, FDA sponsored an epidemiologic study involving data from insurance claims and medical record data.  The objective of the FDA-funded study was to assess cardiovascular risks, including the risk of thrombotic and thromboembolic events and death.  The newer products selected for study were those that had sufficient numbers of users to allow for an evaluation of these risks compared to those associated with use of older, more frequently prescribed contraceptives at the sites selected.  If an increased risk was observed, the FDA-funded study would subsequently attempt to assess user characteristics and prescribing patterns that might help explain the increased risk.  It was recognized at the time that a more in-depth assessment of potential reasons for increased risk would not be possible using only claims and electronic medical records and would require physician and patient contact, something that could be conducted later if needed.

The FDA-funded study was conducted at two HMO sites (Kaiser Permanente North and South California) and two state Medicaid programs (Tennessee and Washington) each associated with an academic institution.  In addition to having access to data from a large group of young reproductive age women, reasons for selecting study sites included: 1) the ability of the investigators to validate study outcomes with medical records; 2) the ability of the sites to link to state vital status files to identify deaths quickly; and 3) the ability of the sites to facilitate physician and patient contact if and when needed.  Diversity of populations was favored over similarity to maximize the capture of possible reasons for an increased risk if observed.

The FDA-funded study was designed as a retrospective cohort study of women age 10 to 55 years who were current users of the study contraceptives from January 1, 2001 to December 31, 2007.  Two exposure cohorts, one of current users and the other of new users, were created for evaluation.  The study contraceptives included Yasmin (3.0 mg of

2

drospirenone/30 µg of ethinyl estradiol)[a], referred to as DRSP in this review; Ortho Evra (6.0 mg norelgestromin and 0.750 µg EE), (referred to as NGMN); and the NuvaRing (0.18–0.25 mg etonorgestrel/ 2700 µg EE) referred to as ETON in this review.  Although known to be underpowered, ETON was included nonetheless because of its potential to provide information on continuous hormonal exposure along with Ortho Evra.

For each study contraceptive in the primary analysis, the comparison group included a composite of frequently prescribed products that contained the progestin levonorgestrel, norethindrone, or norgestimate combined with 20 µg to 35 µg of ethinyl estradiol (COMP).  As a secondary analysis following recent published studies, comparisons of the risk for serious thrombotic and thromboembolic events were also made for each study contraceptive with the levonorgestrel products containing 30 µg of estrogen (LNG2).

As expected, age-specific incidence rates per 10,000 person-years (PY) adjusted for site show a VTE and ATE risk increasing with age for DRSP, NGMN, and COMP.  These rates were higher in New Users than All Users.  Among All Users but not New Users, age and site-adjusted VTE incidence rates per 10,000 PY were higher for the exposure CHCs (DRSP - 10.2; NGMN – 9.8; ETON - 11.9) than for COMP (6.0) or LNG2 (6.6).

Similar to the EURAS study, age- and site-adjusted ATE incidence rates per 10,000 PY were higher for COMP (1.4) and LNG2 (1.6) than DRSP (1.1) and NGMN (1.1).  Age-adjusted mortality rates were also slightly higher in the comparator groups also but only for All Users in the FDA-funded study.

In the Cox Proportional Hazard analyses which adjusted for age, site, and year of entry into the study, results show an increased VTE risk for DRSP (HR = 1.7), NGMN (HR = 1.6), and ETON (HR = 1.6) when compared to COMP in All Users and only for DRSP in New Users.  Comparisons with LNG2 in these analyses show an increased risk only for DRSP for All Users and New Users.  The increased VTE risks were reported for women younger than 35 years of age and the increased ATE risk was reported for women 35 years of age and older only for DRSP.

The results of the FDA-funded study are consistent with the published studies demonstrating an increased VTE risk among current users of DRSP and NGMN, particularly among women younger than 35 years of age.  This study is also the first to report an increased ATE risk among older DRSP users.  Linkage to state mortality files did not reveal any large discrepancy in missed ATE and VTE case identification.  The increased VTE risk reported for ETON needs further evaluation because it is a new finding.

This study also demonstrated the importance of considering differences in population sources, population characteristics, and comparators when comparing one product type with another.  Possible channeling by clinicians towards prescribing some CHCs for specific non-contraceptive benefits provided by these products (e.g., dysmenorrhea,

---

[a] *Although Yaz contains the same amount of drospirenone (3.0 mg) as Yasmin, it contains only 20 µg of ethinyl estradiol (EE) instead of 30 and is taken for an additional 3 days.  Yaz was not included in the FDA-funded study nor was it analyzed in any of the studies discussed or referenced in this review.*

Reference ID: 3039539

menorrhagia, acne, Polycystic Ovarian Syndrome) in addition to contraception needs to be considered.

The study was carefully done, is comprehensive, and all hospitalized outcomes have been validated with medical records. One site also validated outpatient deep vein thrombosis (DVTs). In addition, the study was able to link records to state mortality files, evaluated two different exposure cohorts (All Users and New Users), and the contribution of known confounders in two very different US populations (Medicaid and large HMO).

Like other claims-based studies, however, the study is limited in that it captures only information available in the claims databases or in electronic medical records for cases only. Limitations also include the absence of data on key covariates (obesity/ body mass index (BMI), smoking, personal and family history of VTE, lifetime use of hormonal contraceptives) and the inability to validate all outpatient DVTs by chart review (except at only one site). The small number of ATEs limited the power for analyses of these outcomes, though the rates were consistent with published data.

The FDA-funded study as well as most postmarketing studies, however, identified all users of study combined hormonal contraceptives (CHCs) from claims databases or electronic medical records. Therefore, the studies very likely would capture the experience of all CHC users, not just the experience of women who use CHCs mostly for contraception. And even though some studies excluded women with known risk factors for experiencing VTEs, none have assessed possible channeling by prescribers and potential risk associated with CHC use for non-contraceptive benefits. If women using CHCs mostly for the non-contraceptive benefits of CHCs are at increased risk of VTE by nature of their condition, and if specific CHC products are preferred in treating those conditions (channeling), then differences in risk estimates observed between the CHC products would be attributed to a specific product but would more likely be the result of the health condition.

None of the studies to date provides a definitive answer as to the safety of DRSP and NGMN with regard to thrombotic and thromboembolic events (TTE). The entire body of studies provides conflicting evidence that cannot be easily reconciled by any single difference among studies. Most of these studies have unique strengths and limitations, but the challenge lies in trying to reconcile multiple methodological differences between studies conducted in very different populations, often using different comparators and different exposure definitions. There is a history that newer contraceptive products are observed to have associations with increased risk for thrombotic and thromboembolic events, and the Agency would like to better understand whether channeling of newer products to patients already at higher risk for these events may play a role. The FDA-funded study was originally designed to be the first phase in a multi-phase study designed to address many of the unresolved questions perceived by the Agency to possibly provide alternative explanations for the risks seen, other than the individual drugs themselves.

Since FDA cannot at this time determine whether the increased risk seen for thrombotic and thromboembolic events in some of the epidemiologic studies is actually not due to use of the DRSP and NGMN products, we believe that, because of the consistency in recent reports for an increased risk, product labeling should reflect that very real possibility. However, the Agency advocates further study of this issue, as part of a larger

4

effort to better understand the risk for thrombotic and thromboembolic events associated with all newer contraceptive agents.  Such studies should assure the comparability of population sources, study design, exposure definitions, and adequate capture and adjustment of age, non-contraceptive co-indications, other co-morbid diseases (e.g. ob/gynecological conditions), and known confounders such as BMI, smoking, and personal and family history of thrombotic and thromboembolic events.

The Final Report, presenting results from the risk assessment phase of this study achieved its objectives.

# 1   BACKGROUND

Several contraceptive products approved in the early 2000's quickly became very popular forms of contraception, particularly among young women, and were considered relatively safe because of their lower estrogen content compared to older hormonal products containing ≥ 50 µg of ethinyl estradiol (EE).  Safety concerns for serious thrombotic and thromboembolic adverse events as well as death, however, became a public concern soon after their market introduction.  Between 2002 and 2010, over 800 million prescriptions[b] for combined hormonal contraceptives (CHCs) have been dispensed, the majority of which were dispensed to women younger than 35 years of age.  Of these, 55 million were prescriptions for the 3 mg drospirenone with 30 µg ethinyl estradiol (EE), 41 million were for norelgestromin with 0.75 µg EE prescriptions, and 28 million were for the approximately 11.7 mg etonorgestrel with 2700 µg EE.

These safety concerns stimulated adverse event reporting, which made appropriate review and interpretation of the reports received in FDA's Adverse Event Reporting System (AERS) challenging.  Despite a low incidence of venous thromboembolic events in this population, an increase in risk for these adverse events among users could put many young women at risk of a major life-threatening event. FDA was concerned about its ability to interpret the postmarketing information available in the AERS database.

## 1.1   DROSPIRENONE

In May 2001, Yasmin (3.0 mg of drospirenone/30 µg EE), referred to as DRSP in this review, was the first drospirenone-containing contraceptive to be approved for contraception in May 2001 in the United States.  Yaz was the second drospirenone containing contraceptive approved for contraception in March 2006.  Although Yaz contains the same amount of drospirenone (3.0 mg) as Yasmin, it contains only 20 µg of ethinyl estradiol (EE) compared to Yasmin's 30 µg.  In addition, one active Yaz pill is taken over 24 instead of 21 days.  Yaz was also approved for premenstrual dysphoric disorder (PMDD) in October 2006, and acne in January 2007.  None of the studies published to date (including the FDA-funded study) evaluated the VTE and ATE risk for Yaz that contains 20 µg EE.

Although labels for hormonal contraceptives (including Yasmin and Yaz) warn prescribers and users of the increased thrombotic risks associated with use of

---

[b] *Source: SDI Vector One®: National, Years 2002-2010 Data Extracted September 2011.*

Reference ID: 3039539

contraceptive steroids, due to its spironolactone-like activity, drospirenone-containing contraceptive labels also contraindicate its use in women with

- o Renal insufficiency
- o Hepatic dysfunction
- o Adrenal Insufficiency

The progestin drospirenone was thought to increase cardiac arrhythmia risks and sudden deaths among users because of its propensity to increase potassium levels. The label, therefore, has a bold warning that long-term users of drugs that could increase serum potassium such as NSAIDS, potassium-sparing diuretics, potassium supplementation, ACE inhibitors, angiotensin-II receptor, heparin and aldosterone antagonists "should have their serum potassium levels checked during the first treatment cycle" with a drospirenone product.

At approval in 2001, the Division of Reproductive and Urologic Drug Products (DRUP) requested a postmarketing plan and evaluation at the time of approval and modified later to include thrombotic and thromboembolic events and deaths. When concerns of thrombotic and thromboembolic risks surfaced, a US postmarketing study to assess the risks of venous thromboembolic events (VTE) as well as arterial thrombotic events (ATE) and death was initiated in addition to the European (German) Study.

Two prospective observational studies were funded by the sponsor and were ongoing at the time the FDA-funded study was initiated. The European Active Surveillance Study (EURAS)[1] included DRSP users and two groups of comparators: LNG and other contraceptives. Once enlisted, each woman was contacted every six months during the study period to obtain information on adverse events and changes in contraceptive use. The study implemented a very aggressive loss-to-follow-up protocol. The US-based study, conducted by i3 Ingenix[2,3], identified DRSP initiators quarterly for the first year beginning June 11, 2001 then semiannually through June 30, 2004 during which time the investigators matched each DRSP user to two other contraceptive initiators based on their respective propensity scores or probability of being prescribed DRSP. Neither of these two studies showed any increased risk of VTE, ATE, or death associated with use of DRSP compared to any comparator group evaluated. These studies capture the experience of contraceptive users who had comparable baseline characteristics and, in the EURAS study, used these products mainly for contraception.

While the FDA-sponsored study was underway, several retrospective observational studies[4,5,6,7] were published that did show an increased risk for VTE associated with use of DRSP. Neither these two sponsor-funded studies nor any of the studies published since nor the FDA-funded study has evaluated the VTE and ATE risks associated specifically with the product Yaz which contains a lower dose of EE although taken over 24 days instead of the 21 days for Yasmin.

## 1.2 NORELGESTROMIN

Ortho Evra (6.0 mg norelgestromin with 0.75 μg EE), (referred to as NGMN in this review), is a combination transdermal patch approved for the prevention of pregnancy on November 20, 2001. Like labels for most hormonal contraceptives, the NGMN label

Reference ID: 3039539

warns prescribers and users of the possible increased thrombotic risks associated with being overweight and smoking. Because systemic estrogen exposure levels for the NGMN patch during use were reported to be 55% to 60% higher and peak concentrations lower than those produced by an oral contraceptive containing 0.18 to 0.25 mg norgestimate with 35 μg EE, FDA had concerns about the safety of the product.

The two postmarketing studies conducted by the sponsor were case-control studies.[8,9,10] The first study reported no increased VTE risk for NGMN (Odds Ratio (OR) 0.9; 95% confidence interval (CI) = 0.5-5.6)[9] for non-fatal idiopathic cases. The second study initially reported a 60% increased VTE risk for cases identified by codes only and a twofold increased VTE risk for chart verified cases (OR 2.2; 95% CI – 1.3-3.8).[8] These studies were initially considered complementary, but quickly became two separate studies when results differed. The studies were designed to measure the relative incident risk of ATE [acute myocardial infarction (AMI) and stroke] and VTE [pulmonary embolism (PE) and deep vein thrombosis (DVT)] in NGMN users compared to users of a norgestimate product containing 35 μg of ethinyl estradiol (EE), an estrogen dose believed to be more comparable to the newly revised levels of estrogen exposure in the patch. Both studies included two-year extensions funded by the sponsor as part of their phase IV postmarketing commitment. One added two years of additional data collection to the initial study,[11] while the other re-did the analyses at two additional time periods to identify new cases and controls then pooled the results of all three analyses.[12,13]

Because one of these two postmarketing studies showed a twofold increased VTE risk, the label was amended in November 2005 with a boxed warning that women 15 to 44 years of age who choose to use the NGNM patch may be at increased VTE risk.

## 1.3   ETONOGESTREL

NuvaRing, referred to as ETON in this review, is a non-biodegradable, flexible, transparent, and colorless combination contraceptive vaginal ring containing two active components, the progestin etonogestrel (ETON) and EE. When placed in the vagina, each ring releases on average 0.120 mg/day of etonogestrel and 0.015 mg/day of ethinyl estradiol over a three-week period of use. Once inserted, the ring remains in place continuously for three weeks. It is removed for a one-week break, during which a withdrawal bleed usually occurs. A new ring is inserted one week after the last ring was removed.

ETON is indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception. The label is a standard hormonal contraceptive label and warns prescribers and users of the potential increase in serious cardiovascular side effects from using this combination hormonal contraceptive particularly for older women over 35 years of age and for heavy smokers but no specific postmarketing safety studies were completed at the time the FDA/OSE study was initiated

Prescriptions for the ETON product were increasing[c] especially after concern with the transdermal patch surfaced after 2004. Both products were designed to provide

---

[c] Source: SDI Vector One®: National, Years 2002-2010 Data Extracted September 2011

7

continuous delivery.  Questions were being raised at the same time whether continuous hormonal delivery placed women at greater risk for thrombotic and thromboembolic events.  This product was included in the FDA/OSE study to assist in evaluating continuous hormonal exposure although the team realized that the study would most likely be underpowered to independently assess VTE and ATE risk for this product alone.

## 1.4   COMBINED HORMONAL CONTRACEPTIVE (CHC) STUDY RATIONALE

It was unknown in 2007-2008 whether risk differences observed for each product were the results of reporting and measurement artifacts, population or exposure definition differences, or differences in the progestin drug delivery and metabolism.

The objective of the FDA/OSE study then was to evaluate use of DRSP and the transdermal patch (along with another new continuous use product) compared to other commonly prescribed older oral contraceptive product(s) in populations of prevalent and new users (incident cohort).  In addition, another objective was to assess the risk, the public health impact, patterns of use, and eventually, the behavioral and environmental factors that could be related to use that could place a woman at greater risk for thrombotic and thromboembolic event and/or death.

Since there had been reports of sudden deaths associated with DRSP and NGMN, and given that not all deaths can be identified with use of claims-based or electronic medical records (used by many postmarketing studies whether prospective or retrospective), access to linked vital statistics death records, identified in the feasibility study at Vanderbilt, Washington State and Kaiser Permanente provided FDA/OSE with a valuable opportunity to assess this important public health concern.

## 2   REVIEW METHODS AND MATERIALS

This review evaluates the final study results dated October 22, 2011[14] by Stephen Sidney, MD, MPH, the Lead Site Principal Investigator.  The Final Report, titled *Combination Hormonal Contraceptives (CHCs) and the Risk of Cardiovascular Disease Endpoints* consists of the main report with five appendices (A through E).
- Appendix A: Endpoints, Exclusion, Covariates
- Appendix B: Supplemental Analyses
- Appendix C: Study CHC NDC codes
- Appendix D: NDC Codes of Prescription Drugs Used as Covariates
- Appendix E: CHC Data Collection Documents

The Final Report is evaluated for its consistency in adequately addressing the study concept submitted for funding on August 7, 2007 and addressing the study objectives stated in the report with respect to the selected study design specified.

Review of the study is supplemented with data from the

a) SDI, Vector One®: National (VONA) database which measures retail dispensing of prescriptions or the frequency with which drugs move out of retail pharmacies into the hands of consumers via formal prescriptions (Appendix B in this review).  Information on age and comorbidity was obtained from this database.

8

b) IMS Health, IMS Health Lifelink™ database which represents over 95 managed care plans and covers approximately 60 million commercially insured, de-identified patients. Claims are captured from doctor's offices (including outpatient clinics), retail and mail order pharmacies, patient visits to specialists, and hospitalizations.  They include information about diagnoses, emergency room visits, office visits, home care, diagnostic tests, procedures and injections.  These data represent approximately 11 percent of the U.S. commercially insured population during that time period (see Appendix B for more details).

For this review, data were obtained for all patients who had a pharmacy claim for one of the contraceptives of interest between Jan 1 2001 and Dec 31 2007.

c) SDI Physician Drug and Diagnosis Audit, Years 2001-2007. [d] The SDI, Physician Drug & Diagnosis Audit (PDDA) with Pain Panel is a monthly survey designed to provide descriptive information on the patterns and treatment of diseases encountered in office-based physician practices in the U.S.  The survey consists of data collected from over 3,200 office-based physicians representing 30 specialties across the United States that report on all patient activity during one typical workday per month.  These data may include profiles and trends of diagnoses, patients, drug products mentioned during the office visit and treatment patterns. The Pain Panel supplement surveys over 115 pain specialists physicians each month.  With the inclusion of visits to pain specialists, this will allow additional insight into the pain market. The data are then projected nationally by physician specialty and region to reflect national prescribing patterns.

The FDA-funded study is summarized first in Section 3.  OSE/DEPI II comments and discussion are then presented in Section 4 and with Conclusions and Recommendations in Section 5.

## 3   FINAL STUDY REPORT

The final study included most of the information requested of the investigators by FDA with some differences either based on the investigators' recommendations or the unavailability of the information in the databases identified.

### 3.1   OBJECTIVE

The final study objectives were to

- Determine prevalence and incidence rates for venous and arterial thrombotic and thromboembolic events (VTE and ATE) and all-cause and cause-specific mortality in women exposed to the three newer study hormonal contraceptives compared to older frequently prescribed low estrogen hormonal contraceptives (Phase I - funded, completed and reviewed in this document).

---

[d] Source: Extracted October 2011.  File:  PDDA 2010-PDDA_2011-1044_CHC_Study_Concm_Product_10-7-11(1).xls.

Reference ID: 3039539

- Identify medical, pharmacological, and behavioral characteristics from claims and medical records to assess predictors of increased risk for VTE, ATE, and death (to be completed at a later date if possible).

## 3.2   STUDY DESIGN

The FDA-funded study is a retrospective cohort study of current CHC use, using data from four geographically diverse health plans, to evaluate the risk of thrombotic and thromboembolic events and all-cause and cardiovascular mortality for three newer preparations compared to four older CHCs with varying progestin and low estrogen levels.

### 3.2.1   Data Source

The study investigators utilized computerized data files from four geographically diverse health plans: Kaiser Permanente Northern California (KPNC) the Lead Site, Kaiser Permanente Southern California (KPSC), and two state Medicaid programs: Tennessee State Medicaid (Vanderbilt University) and Washington State Medicaid (University of Washington).  These sites have access to files that contain enrollment data, demographic information, ambulatory prescriptions from pharmacy records or claims, hospitalizations and outpatient visit data with diagnoses from health plan records or claims and death records obtained from state mortality files.  All files were linked at each site to create the study cohorts.

### 3.2.2   Study Population and Time Period

Across the four sites, 835,826 women were identified who were between the ages 10 and 55 years and had at least one prescription filled for a study CHC between January 1, 2001 and December 31, 2007 that was preceded by at least 6 months of continuous membership (5 months plus 1 day for the Washington Medicaid study population).

Women were followed until the end of continuous membership, the end of a prescription period (days-supply + 42 days), date of a study event, first date of a pregnancy, reaching age 56 years, or end of study follow-up (12/31/2007).

### 3.2.3   Study Contraceptives and Comparators

The exposure contraceptives included the following products

- **DRSP:** 3.0 mg of drospirenone and 30 µg of ethinyl estradiol
- **NGMN:** 6.0 mg norelgestromin (NGMN) and 750 µg ethinyl estradiol (EE)
- **ETON:** 11.7 mg etonogestrel and 2700 µg ethinyl estradiol

And the comparators (**COMP**) were

- **LNG1:** 0.10 mg of levonorgestrel and 20 µg of ethinyl estradiol
- **LNG2:** 0.15  mg levonorgestrel and 30 µg ethinyl estradiol
- **NETA:** 1 mg norethindrone acetate and 20 µg ethinyl estradiol
- **NGM:** 0.18 – 0.25 mg of norgestimate and 35 µg of ethinyl estradiol

10

### 3.2.4   Exclusion Criteria

Women were excluded from the cohort if a serious or life threatening illness was documented during the pre-exposure eligibility period.  These included sickle cell disease, cystic fibrosis, cerebral palsy, cancer, HIV, organ transplant, liver failure, severe congestive heart failure (CHF), renal failure, respiratory failure, or hospitalization for acute myocardial infarction, stroke, or venous thromboembolic disease.

Criteria for exclusion required that codes for these illnesses were based on having one [or for congestive heart failure (CHF), two] inpatient ICD-9 or procedure codes with the codes of interest appearing anywhere in the primary and secondary discharge diagnoses or two outpatient ICD-9 or procedure codes separated by at least 30 days.

### 3.2.5   Exposure

For assessing VTE, ATE, and mortality risks, three study CHCs [the transdermal patch referred to in the report as NGMN, the vaginal ring referred to as ETON, and the drospirenone product referred to as DRSP] were compared with four products with low estrogen content CHCs (20 μg – 35 μg ethinyl estradiol) regularly prescribed at the study sites.  The four study CHCs comparators are referred to as COMP in the Final Report.  The LNG2 product in COMP is a levonorgestrel contraceptive (0.15 mg levonorgestrel and 30 μg ethinyl estradiol) that was also used separately as a comparator in a secondary analysis to compare the results with the recently (2009 and 2011) published studies for DRSP.

Two separate exposure cohorts were included in this study.  The first and largest included prevalent users (All Users) with cohort entry initiated at the first recorded prescription during the study period regardless of prior use for both study CHCs or other CHCs.  Women were eligible for more than 1 exposure episode in the All User cohort provided they satisfied eligibility criteria.  The other cohort, basically a sub-cohort, was an evaluation of New Users (incident) of study contraceptives with no history of ANY hormonal contraception during the 182 days prior to the first recorded study prescription fill.  In the New User cohort, women were censored when their exposure period ended.

An exposure period to any one of the study CHC was defined as the prescription period use (dates that are covered by a prescription or series of prescriptions for a single study CHC) plus 42 days (the period of indeterminate use) and is referred to as current use.  The rationale to extend the exposure period for 42 days after the end of the actual prescription period was primarily to account for biological effects such as increased coagulability that might persist after CHC use was stopped.

Periods of non-study CHC exposure were not included in the analysis dataset, but were considered in constructing the study CHC exposure data so that non-study CHC use could impact on the actual dates of study CHC exposure by adjusting either the stop date or start date of a study CHC prescription period.

11

### 3.2.6   Outcome

The primary study endpoints were hospitalization for acute myocardial infarction (AMI), ischemic stroke (IS), and venous thromboembolic events (VTE), as well as cardiovascular and total mortality.

All potential hospitalized cases were identified by the sites using the following primary discharge codes: AMI (410.x), stroke (430, 431, 432.0, 432.9, 433.x, 434.x, 436), and VTE (pulmonary embolism code 415.1 and DVT codes 451.1, 451.1x, 451.2, 451.8, 451.81, 451.82, 451.84, 451.89, 453.0, 453.1, 453.2, 453.3, 453.4, 453.8, 453.9).

Outpatient DVTs were identified by having an outpatient diagnosis of DVT followed by a first prescription for an anticoagulant (low-molecular weight heparin or warfarin) during the 30-day period subsequent to the diagnosis.

Arterial thrombotic events (ATE) included AMI and IS.

VTE included hospitalized deep venous thrombosis (DVT), hospitalized pulmonary embolism (PE) and DVT diagnosed as an outpatient.

Cardiovascular mortality included deaths resulting from an identified VTE and/or ATE event in the databases as well as deaths identified only by linking to the mortality files.

All hospitalized cases with available medical records were abstracted at the study sites using standardized criteria.  Admission and discharge summaries, laboratory tests, and imaging study results were de-identified and sent to the lead site for adjudication.  Four physicians adjudicated the cases blinded to the CHC.  A cardiologist reviewed all acute myocardial infarctions (AMIs) and a neurologist reviewed most of the stroke cases with the principal investigator (PI) doing the remaining adjudications.  Questionable cases were discussed with the principal investigator and a 10% sample of adjudicated cases was independently reviewed by another adjudicator blinded to the study contraceptives.

Outpatient DVTs identified from claims databases cannot be easily validated since they would require access to outpatient records and permission from all treating physicians. For this study, however, medical records of outpatient VTEs from only the lead site were obtained and adjudicated by the PI.  Results show an 89.3% positive predictive value (PPV) with use of the outpatient DVT study definition.

Mortality was assessed by linking membership with state mortality files for all women in the study and for the entire study period.  Cardiovascular mortality was defined by having an ICD-10 code of I01 to I99 as the underlying cause of death.  Mortality from the main study CVD endpoints was also defined by the following ICD-10 codes as the underlying cause of death: acute myocardial infarction (I21.x – I23.x), ischemic stroke (I63.0 – I63.5, I65.x, I66.x), and VTE (I80.x, I81.x, I82.x).

### 3.2.7   Covariates and confounders

Covariates that were potential confounders or effect modifiers were ascertained from the electronic databases at each site.  For this study (and many of the published studies), the covariates assessed as potential confounders in the statistical models were those identified from studies where CHC users were compared to nonusers.  When comparing one contraceptive to another, however, the same covariates are not necessarily

12

confounders and, when included in the statistical models, none seem to change the risk estimate by 10% or more.  Potential confounders evaluated included diabetes, hypertension, hyperlipidemia, surgery, ischemic heart disease, acne, thyroid disease. They also included use of other medications such as ACE inhibitors, hormonal replacement therapy, warfarin, platelet inhibitors, NSAIDS.  Information on potentially important confounders such as body mass index (BMI), smoking, personal or family history of VTE cannot be reliably captured from claims-based or electronic medical records for all individuals and were not assessed in this phase of the study.  A complete list is provided in tables 7a and b of the Final Report and by age group in Appendix A of the Final Report.

Assessment of covariates of interest began during the 6-months prior to a study CHC exposure period and continued to be assessed throughout the exposure period.

Given that a time-varying analysis was planned, the covariates were defined in one of three ways: fixed (chronic conditions), ever-never (only during the current exposure period) and current (mostly concurrent medications and exposures that were considered only during current exposure period (the days supply period).

### 3.2.8   Statistical Analyses

Cox proportional hazards (PH) regression was used to estimate the relative risk of study endpoints associated with current use of exposure CHCs relative to the comparator CHCs. The Cox proportional hazards model accommodates unequal length of follow-up due to varying duration of CHC exposure, termination of health plan membership, and end of study (i.e. right censoring).  Time since cohort entry (i.e. first day of first exposure period during study period) was the time scale used in the Cox regression model.  CHC exposure was considered as a 4-level time-varying covariate, capturing current use of the NGMN transdermal patch, ETON vaginal ring, DRSP pill, and the 4 comparator CHCs combined as one category (COMP).  In the All Users models, the periods without CHC exposure were considered unobserved or window-censored given that events were not ascertained during these periods.

Cox models were stratified for age using 5-year age intervals, providing tight control for age and freeing the investigators from having to specify the form of the relationship between age and outcomes in the regression models.  Additional control for potential residual confounding within age strata was achieved via inclusion of age as a continuous covariate in the regression model.

Age, site, calendar year of entry into study were included in all the Cox PH models. Established CVD risk factors (e.g., hypertension, hyperlipidemia, and diabetes mellitus) were included as fixed covariates in these Cox PH models that included ATE or CVD mortality as outcomes.

Each of the other potential covariates was tested individually in these base models with a decision to include it in further model testing if the estimate of relative risk associated with any of the exposure CHCs (vs. comparators) was changed by 10% or more.  Like other published studies, none of the covariates met this criterion for any of the models so that none were included in final modeling.  Because hypertension is in the causal

13

pathway between CHC use and AMI/stroke, the analyses ran models with and without hypertension.  Hypertension was retained in the models for ATE because it minimally affected the risk estimates associated with the study CHCs.

Cox proportional hazards modeling was conducted to estimate the relative risks for both All Users and New Users.   Modeling was conducted with all four of the comparator CHCs combined (LNG1, LNG2, NETA, and NGM) and with the four comparators kept separate in the model.  While the main analyses were planned using the combined comparators, the separation of the comparators in the analyses enabled the estimation of the risks associated with DRSP relative to LNG2, since these preparations both contained exactly 30 μg of EE while two of the other comparators contained less than 30 μg of EE (LNG1 and NETA) and one contained more (NGM with 35 μg EE).

Associations of new use and of all use of CHCs with study endpoints were examined within age strata (10-35 years and 36-55 years) and within two site strata (KP and Medicaid sites).

The New User analyses were confined to the subset of women entering the cohort with exposure to any study CHC but with no previous use of any CHCs (study or non-study) during the prior 6 month cohort entry eligibility interval.  In the New User analysis, follow-up ended for each woman at the end of the study CHC exposure period.  Duration of use was examined only in the New User cohort.

Age-adjusted rates were calculated using direct adjustment using the age distribution of the entire study population at cohort entry as the standard (5-year age groups).  Age- and site-adjusted incidence rate ratios were estimated using Poisson regression modeling.

### 3.3   STUDY RESULTS

The final All User cohort included 835,826 women with 898,251 person-years of exposure.  The New User cohort included 573,680 women with 367,138 person years of observation.  The New User cohort included 109,070 women with 80,171 person-years of exposure to DRSP, 62,316 women with 30,152 person-years of exposure to NGMN, 19,143 women with 8,784person-years of exposure to ETON, and 383,151 women with 248,013 person-years of exposure to COMP.

After adjudication, the cohort included 60 AMIs, 78 ischemic strokes, and 625 VTEs.  In addition, there were 41 CVD deaths, and 267 total deaths during study CHC exposure periods.

The age-specific incidence rates (Tables 10 a to d in the Final Report and Appendix C in this review) per 10,000 person-years (PY) show an increasing VTE and ATE risk with age for exposure CHCs and comparators alike but for the older age groups (35+ years), the rates were lower for the comparator groups than the exposure CHCs.

Age- and site-adjusted VTE rates per 10,000 PY were higher for the exposure CHCs (DRSP - 10.2; NGMN – 9.8; and ETON - 11.9) than for COMP (6.0) or LNG2 (6.6)).  Consequently VTE age- and site-adjusted incidence rate ratios were higher for exposure CHCs regardless of which comparator was used.

14

On the other hand, age-and site-adjusted ATE rates per 10,000 PY were slightly higher for COMP (1.4) and LNG2 (1.6) than DRSP (1.1) or NGMN (1.1) for All Users but not for New Users.

Similarly, age-and site-adjusted mortality rates per 10,000 PY were also slightly higher for COMP (3.5) and LNG2 (4.5) than DRSP (2.4) or NGMN (3.7) for All Users.  For New Users, age-and site-adjusted mortality rates per 10,000 PY were higher for COMP (3.5) and LNG2 (5.4) than DRSP (2.6) and ETON (3.7) but not NGMN (6.3).

In adjusted (age, site, and year of entry into the study) analyses using Cox Proportional Hazard models, DRSP, NGMN, and ETON were associated with a higher risk of VTE relative to low-estrogen comparators (Table 1) in <u>All Users</u> even when only hospitalized VTEs were considered.

**Table 1 Relative Hazard\* of venous thromboembolic events (VTE) for exposure combined hormonal contraceptives (CHC) among <u>All Users </u>(prevalent use) and <u>New Users</u> (no prior CHC use), All Sites Combined 2001-2007 (Summarized from table 12 a in the Final Report 111022v2).**

All VTE (inpatient and outpatient)

| Exposure CHCs | All Users | | New Users | |
|---|---|---|---|---|
| | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | **1.7** | **1.4 - 2.1** | **1.8** | **1.3 - 2.4** |
| NGMN | **1.6** | **1.2 - 2.1** | 1.4 | 0.9 - 2.0 |
| ETON | **1.6** | **1.0 - 2.4** | 1.1 | 0.6 - 2.2 |

Hospitalized VTE only

| | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
|---|---|---|---|---|
| DRSP | **1.8** | **1.4 - 2.3** | **2.1** | **1.5 - 3.0** |
| NGMN | **1.7** | **1.2 - 2.4** | 1.4 | 0.9 - 2.4 |
| ETON | **1.6** | **1.0 - 2.8** | 0.9 | 0.3 - 2.5 |

*\*From Table 12 a in the Final Report.  All models were adjusted for age, site, and year of entry into the study and compared to COMP (4 comparators combined)*

*Hosp = hospitalized; CI = confidence interval; DRSP = drospirenone with 30 ug ethinyl estradiol; NGMN = norelgestromin transdermal patch; ETON =etonogestrel vaginal ring*

Unlike the age-and site-specific and age-adjusted VTE incidence rates which were higher for <u>New Users</u> than <u>All Users</u>, the adjusted risk estimates (hazard ratios) were slightly lower for <u>New Users </u>except for DRSP where the relative hazard estimate was slightly higher than for <u>All Users</u>.

There was no increased risk observed for ATE in this study for any user except for new DRSP users.  A relative ATE hazard and 95% confidence interval of 2.0 (1.1 – 3.8) was noted for this group.

Among <u>New Users</u>, duration-of-current use analysis showed a higher VTE risk during the first 3 months for all exposure CHCs but risk estimates for longer durations in these analyses appear to be sensitive to the comparator used in the model and show inconsistent variations.

Reference ID: 3039539

In analyses the Cox PH analyses stratified by the age groups 10-34 and 35-55 years, the risk of VTE for all 3 exposure CHCs was higher in the younger than in the older age group for All Users and only for DRSP in New User group. There was also an increased risk of ATE associated with DRSP in New Users age 35 years and older. Interaction terms, that is non-additive modifiers of the effect for age, were significant for DRSP for both VTE and ATE (p<0.001). VTE risk estimates were also more likely to be statistically significant at the KP sites than in the Medicaid populations. Consequently, all models were adjusted for age, site, and year of entry into the study cohort. The increased VTE risk for younger CHC users has been noted elsewhere. [6,15]

Secondary analyses, using LNG2 alone as the comparator, were conducted since both DRSP and LNG2 products contain 30 µg of ethinyl estradiol. The findings with LNG2 as the comparator generally paralleled the findings for the combined comparators though not as many comparisons reached statistical significance.

The investigators concluded that the NGMN transdermal patch and DRSP were associated with higher risk of VTE relative to standard CHC pills, particularly in women younger than 35 years of age. DRSP was associated with higher risk of ATE in New Users overall with only this finding restricted to women 35-55 years of age. The finding of an increased VTE risk with the ETON vaginal ring relative to standard CHCs is new and raises concern but, due to the small numbers, needs to be replicated in other studies.

## 4    COMMENTS/DISCUSSION

OSE/DEPI II comments here on the effects of known confounders adjusted in the analysis, the possible influence of potential confounders for which covariates were incompletely captured by the study, and identify important but unmeasured confounders. This section also compares the incidence rates reported by this study with those of other DRSP and NGMN published and unpublished studies.

### 4.1    FDA-FUNDED STUDY RESULTS HIGHLIGHTS

As expected, age-specific incidence rates per 10,000 person-years (PY) show an increasing VTE and ATE risk with age for study contraceptives and comparators alike. The rate of increase in age-specific incidence rates, however, was lower for the comparator group than for the newer exposure CHCs: DRSP, NGMN, and ETON. Age-adjusted VTE incidence rate ratios were higher for study contraceptives regardless of which comparator was used.

Generally, VTE and ATE age-specific and age-and site-adjusted incidence rates were higher in New Users than All Users. This contrasts with the Cox Proportional Hazard Ratios (adjusted for age, site, and calendar time) which were slightly lower for New Users than All Users except for DRSP where risk estimates did not change (Table 2) but the differences are very small. The differences are likely due to the fact that the Cox PH model adjusted more tightly for age whereas the age-specific rates were presented in approximately 10-year age groups, and the age-and site-adjusted rates were standardized to the age distribution of the entire study population. The Cox PH models also adjusted for calendar time as well as being a time-varying analysis.

16

**Table 2 Relative Hazard\* of venous thromboembolic events (VTE) and arterial thrombotic events (ATE) for study combined hormonal contraceptives (CHC) among <u>All Users</u> (prevalent use) and <u>New Users</u> (no prior CHC use), All Sites Combined 2001-2007 (Summarized from Table 12a in the Final Report 111022v2).**

**Venous Thromboembolic Events (VTE).  Includes inpatient and outpatient events**

| Exposure CHCs | All Users | | New Users | |
|---|---|---|---|---|
| **vs. COMP** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | **1.7** | **1.4 - 2.1** | **1.8** | **1.3 - 2.4** |
| NGMN | **1.6** | **1.2 - 2.1** | 1.4 | 0.9 - 2.0 |
| ETON | **1.6** | **1.0 - 2.4** | 1.1 | 0.6 - 2.2 |
| **vs. LNG2 (30 μg EE)** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | **1.5** | **1.2 - 1.8** | **1.6** | **1.1 - 2.2** |
| NGMN | **1.3** | **1.0 - 1.8** | 1.2 | 0.8 - 1.9 |
| ETON | 1.3 | 0.8 - 2.0 | 1.0 | 0.5 - 2.0 |

**Arterial Thrombotic Events (ATE)**

| | | | | |
|---|---|---|---|---|
| **vs. COMP** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | 1.0 | 0.6 - 1.7 | **2.0** | **1.1 - 3.8** |
| NGMN | 1.3 | 0.6 - 2.7 | 1.1 | 0.4 - 3.2 |
| ETON | 1.7 | 0.6 - 4.8 | 1.7 | 0.4 - 7.1 |
| **vs. LNG2 (30 μg EE)** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | 0.8 | 0.5 - 1.4 | 1.6 | 0.8 - 3.4 |
| NGMN | 1.1 | 0.5 - 24.8 | 0.9 | 0.3 - 2.9 |
| ETON | 1.4 | 0.5 - 4.1 | 1.3 | 0.3 - 6.1 |

*\*All models were adjusted for age, site, and year of entry into the study*

*CI = confidence interval; DRSP = drospirenone with 30 ug ethinyl estradiol; NGMN = norelgestromin transdermal patch; ETON =etonogestrel vaginal ring*
*COMP = 4 comparators combined*

Table 3 shows that the lower bound of the confidence intervals for the VTE relative hazard was higher than 1.0 for all 3 exposure CHCs younger than in the older age group for <u>All Users</u> and only for DRSP in <u>New User</u> group.  Again this is contrast with an increased ATE risk associated with DRSP in older <u>New Users</u> (age 35 years and older). Comparisons with LNG2 generally paralleled the findings for the combined comparator group although not as many comparisons reached statistical significance.

17

**Table 3 Relative Hazard\* of venous thromboembolic events (VTE) and arterial thrombotic events (ATE) for study combined hormonal contraceptives (CHC) among <u>All Users</u> (prevalent use) and <u>New Users</u> (no prior CHC use) by age groups, All Sites Combined 2001-2007 (Summarized from Table 14a, b andc in the Final Report 111022v2).**

**Venous Thromboembolic Events (VTE).  Includes inpatient and outpatient events**

| Age 10 to 34 Years | All Users | | New Users | |
|---|---|---|---|---|
| **vs. COMP** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | **1.9** | **1.4 - 2.5** | **2.1** | **1.4 – 3.2** |
| NGMN | **1.6** | **1.1 - 2.3** | 1.5 | 0.9 - 2.4 |
| ETON | **2.1** | **1.3 - 3.4** | 1.7 | 0.8 – 3.8 |
| **vs. LNG2 (30 µg EE)** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | **1.7** | **1.2 - 2.3** | **2.2** | **1.3 – 3.5** |
| NGMN | 1.4 | 0.9 - 2.1 | 1.4 | 0.8 – 2.6 |
| ETON | **1.9** | **1.1 – 3.1** | 1.7 | 0.7 – 4.1 |
| **Age 35+ years** | | | | |
| **vs. COMP** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | 1.4 | 1.0 – 1.8 | 1.2 | 0.8 - 1.8 |
| NGMN | 1.4 | 0.9 - 2.3 | 1.3 | 0.7 – 2.5 |
| ETON | 0.7 | 0.3 – 1.9 | 0.6 | 0.1 – 2.3 |
| **vs. LNG2 (30 µg EE)** | **Relative Hazard** | **95% CI** | **Relative Hazard** | **95% CI** |
| DRSP | 1.2 | 0.8 - 1.7 | 1.1 | 0.7 – 1.7 |
| NGMN | 1.2 | 0.7 – 2.0 | 1.0 | 0.5 - 2.1 |
| ETON | 0.6 | 0.2 – 1.6 | 0.5 | 0.1 – 2.0 |

*\*All models were adjusted for age (5-year age groups), site, and year of entry into the study*

*CI = confidence interval; DRSP = drospirenone with 30 ug ethinyl estradiol; NGMN = norelgestromin transdermal patch; ETON =etonogestrel vaginal ring*

This study, like other retrospective observational studies published since market approval, shows an increased VTE risk for DRSP among <u>All Users</u> and <u>New Users</u> compared to older products (COMP and LNG2) and an increased ATE risk among <u>New Users</u> when compared to COMP but not to LNG2 (Table 2).

For NGMN, the study shows an increased VTE risk among <u>All Users</u> and, although not statistically significant, the risk is higher for <u>New Users</u> when compared to COMP but not when compared to LNG2.  No increased ATE risk for this product was observed when compared to any study comparator.

Risk estimates comparing exposure CHCs to LNG2 are generally lower than when comparing to the entire COMP group.  This might be explained by the smaller number of users in the LNG2 group.  The confidence intervals, however, are not wider.  The main difference between the two groups is that 30% of the COMP contraceptives (LNG1 and

18

NETA) contain lower estrogen levels (20 μg) than the exposure CHCs and may represent a different population of CHC users.  Consequently, COMP represents a more heterogeneous mix of CHC users.

The study was carefully done, is comprehensive, and all hospitalized outcomes have been validated.  In addition, one site validated outpatient DVTs.  The study was able to link all records to state mortality files, evaluated two different exposure cohorts (All Users and New Users), and the contribution of known confounders in the two very different US populations.

Like other claims-based studies, however, this study is limited in that it captures only information available in the claims databases or in electronic medical records for the outcome cases.  Limitations also include the absence of data on key covariates (obesity/BMI, smoking, personal and family history of VTE, lifetime previous use of hormonal contraceptives) and the inability to validate outpatient DVTs by chart review (except at only one site)  The small number of ATEs limited the power for analyses of these outcomes, though the rates of these outcomes were consistent with published data.

The Final Report does not provide specific information on the number of VTE and ATE deaths identified only through linkage to the death files and whether the inclusion of at least the CVD deaths would modify the risk estimates reported.  This was an important question for which the information is available but which was not provided in the report.  This information which will be requested in future analyses.

The study achieved the objectives of the risk assessment phase of the study.  The next sections will comment on potential patient and provider characteristics that could be indentified or surmised from this Final Report and others that could be explored.  OSE/DEPI II will also comment on potential confounders that could not be addressed by this study.

A key question for the FDA was why some large epidemiology studies show a negative VTE risk for DRSP and NGMN whereas others show an increase VTE risk?   The following sections will attempt to answer this question.

### 4.1.1   Exposure Definitions

Although the results of this study are consistent with other published studies that show an increased VTE risk for DRSP and NGMN when compared to other CHCs, the comparators and the exposure definitions vary across studies.

***Comparators***

Several earlier studies compared DRSP to LNG only.[4,15,16,17]  Others, including the FDA funded study, also compared DRSP to a combined CHC group[8] and still others to non-users as well[18].  Another study compared DRSP to a combined CHC group only.[2]

Unlike the FDA-funded study which compared NGMN both with LNG and with a combined CHC group, other studies compared NGMN with only one other contraceptive type.  Two sponsor-funded nested case-control studies and their updates compared NGMN with a norgestimate (NGM) contraceptive containing 35 ug EE[8,11,9,12,13] whereas

19

another study compared NGMN with LNG only[4].  All these studies used varying definitions of exposure.

### *Exposure Definitions*

Unlike the EURAS study[1] which interviewed women about their lifetime exposures to hormonal contraceptives, studies using insurance claims and electronic medical records cannot capture information on lifetime CHC exposures and are limited to capturing this information in a pre-specified look-back period.  Consequently many older women are survivors of previous exposures.  Therefore, a definition of a new user usually includes women who are naïve users, switchers with or without a gap, and re-starters, each defined differently in many studies.

Exposure definitions in the published studies referenced in this review usually included a first new prescription fill for the exposure CHC during the study period, with only some studies imposing a new user or initiator design that included only a **study**-contraceptive-free period (or gap) during the specified look-back period allowing use of non-study CHCs. [2, 17]  Only three studies required the look-back period to exclude study and non-study CHCs, two of these studies evaluated DRSP only,[15,17] the third was the FDA-funded study which evaluated both DRSP and NGMN.  The FDA-funded study evaluated two exposure definitions; one definition basically not imposing any prior use requirement; the other, using a much stricter new user definition and excluded women with any prior CHC  use in the prior six months not just the study CHCs.  These two extreme exposure definitions using the same design for two different populations (HMO and Medicaid) in one study allows for a better assessment of different exposure definitions across analyses that evaluate risk in different population sources.  The comparator group included several contraceptive products that contain either 20 μg, 30 μg or 35 μg of estrogen rather than limiting to one dose as originally proposed.  This allows for secondary assessment of patient and provider characteristics although numbers of exposed users are much reduced in the subsets.

All studies, whether designed as cohort or case-control, evaluated current use of the CHCs although many also considered past use or duration of current use separately.  The EURAS[1] and Dinger et al[16] studies were the only ones that could consider lifetime use because that information can only be obtained by personal interview.

The published cohort studies[1, 2] recruited first-ever users or switchers to any new study CHC product with one[2] of these studies also imposing no previous dispensing of the study CHCs in the previous 6 months.  Lidegaard's 2009 study[18] identified a cohort of contraceptive users with exposure defined as current, previous, or never (included former) used.  VTE risk among users was compared to no use.  Lidegaard's reanalysis[17] also included a sub-analysis of new users having no CHC use in the previous 12 weeks. Most of these cohort studies evaluated risks for DRSP only.  The only case-control study[16] showed no increased risk with DRSP.  This study, however, also interviewed cases and community controls to obtain CHC exposure information (current, past, or never use) at the index date.   Therefore, differences in VTE risk cannot likely be attributed to differences in study design (cohort versus case-control) but more dependent on study investigators and their ability to capture unmeasured confounders.  However

Reference ID: 3039539

unmeasured confounders can usually only be obtained with direct patient interviews (consenting users), possibly leading to a design that may be subject to selection bias.

All studies that evaluated the NGMN product were case-control studies said to be nested and required both cases and controls to be current users (± 30 days around the index date) of the study contraceptives.[8, 9]  The FDA-funded study was the only cohort study that evaluated VTE, ATE, and mortality risks for both DRSP and NGMN.  .

Variations in exposure definitions alone, whether it be utilizing a new user or initiator definition (whether study CHC only or all CHCs) or whether an exposure gap is imposed, does not seem to explain the differences seen in VTE risk estimates for DRSP and NGMN provided that study restrictions are applied equally to both exposure groups being compared in the same population source.  This is clearly demonstrated in the FDA funded study where the increased risk between DRSP or NGMN and comparators is evident in All Users as well as New Users.  The few exceptions may be seen in Lidegaard's DRSP reanalysis.[17]  Based on requests from the European regulators, Lidegaard reanalyzed the information from the Danish database and applied the requested restrictions.  Although the relative risk estimates, compared to non-users, differed based on the restrictions applied (the relative risk estimates ranged from 2.0 to 6.1 for LNG and from 5.6 to 10.0 for DRSP in the first year of exposure), the ratio of the relative risks for DRSP compared to LNG remained around 1.6 with 2 exceptions.  The risk ratio increased to 2.2 and to 2.3 with the inclusion of only confirmed outcome events or the imposition of a CHC-free gap suggesting possible differences between users of the two treatments.

When comparing risk estimates across studies, differences observed may be the result of differences in population characteristics, exposure definitions, study design and/or comparators used.  When comparing risk estimates within a study such as the FDA-funded study or Lidegaard's re-analysis, however, differences in risk estimates depend mostly on the selection and exclusion criteria applied.  But when applied consistently, to all treatment groups, the resulting risk estimates differ but the relative ratios between a study contraceptive and its comparator should not differ unless the inclusion/exclusion criteria represents differences in treatment for the groups compared (channeling bias).  Therefore, caution should be exercised when comparing rates and relative risks across studies.

21

## 4.2   KNOWN CONFOUNDERS ADJUSTED IN THE STUDY

Population characteristics that were available for evaluation and included in the statistical model for the control of confounding in the FDA-funded study include age, site, and calendar year of entry.  Interaction for age terms (or treatment differences by age) were significant for DRSP both for VTE and ATE (p<0.001).  For example, the interaction terms can explain if the effect is smaller or larger for younger women.  The test for interaction by site in New Users was significant for DRSP only at the p<0.001 level in the VTE analysis with COMP.  Close examination of these variables and their impact on risk provides some insight into possible population source and user differences among treatment groups.

### 4.2.1   Age and Age-Specific Incidence Rates

When comparing contraceptive products, investigators for most published studies have either adjusted or matched users on year of birth (exact year or five-year age groups) to control for this important confounder.  As a result, CHC use by age cannot be independently examined.  Investigators in the FDA-funded study chose not to pre-specify the age relationship.  Instead, the Cox models were stratified by 5-year age intervals with the exact age included as a continuous covariate in the regression model to provide additional control for potential residual confounding within the age strata.  This provided tight control for age, freed the investigators from having to pre-specify the nature of the relationship between age and outcomes in the regression models, but also allowed for the independent evaluation of the age effect.  Several differences across study CHC groups are worth noting.

First, the age-specific VTE and ATE incidence rates increased with age for all contraceptive products examined in this study (Appendix 1).  This was true for both New Users and All Users.  The magnitude of the difference in the increase of incidence rates between the New User and All Users also increased with age suggesting that older New Users may be at greater risk than younger New Users.  For users in the age-group 10 to 24 years, the difference between the DRSP incidence rate per 10,000 for New Users and All Users is only 1.4 whereas for women 35 to 44 years it is 2.6 and for women 45 to 55 years it is 13.6.  For LNG2, the comparable differences are 0.0, 5.6, and 9.6 respectively.  The increase in rate LNG2 is also seen for COMP: 0.3, 7.3, and 6.3 respectively.

Secondly, as can be seen in Table 4 below, the mean age for women filling prescriptions for DRSP, NGMN and ETON at all sites combined is lower than the mean age for either COMP or LNG2.  Only 38% of the COMP users at the KP sites but over 60% of the Medicaid users were younger than age 25 years.  These slight differences in the mean age of study cohorts reveal more significant age differences in the groups being compared.  The Medicaid sites had proportionally more (73%) women age 10 to 24 years prescribed NGMN compared to the KP sites but the proportion prescribed DRSP and ETON who were young was also high (66%) compared to KP sites.

Reference ID: 3039539

**Table 4: Mean age at first prescription of study contraceptive products (CHC) and proportion of users younger than 25 years by site (Summary of Table 4a1-3 Final Report 111022v2)**

| CHC | All sites | | KP Sites | | Medicaid Sites | |
|---|---|---|---|---|---|---|
| | Mean age | Age: 10-24 (%) | Mean age | Age: 10-24 (%) | Mean age | Age: 10-24 (%) |
| DRSP | 25.9 | 50.0 | 26.3 | 47.7 | 22.9 | 65.6 |
| NGMN | 23.6 | 52.5 | 26.6 | 44.6 | 22.0 | 72.8 |
| ETON | 25.8 | 50.3 | 27.7 | 39.0 | 23.3 | 65.6 |
| LNG2 | 27.9 | 42.1 | 28.7 | 38.2 | 23.8 | 62.1 |
| COMP | 27.7 | 44.7 | 29.2 | 37.8 | 22.8 | 67.6 |

**Table 5** shows that the age distribution of users at the KP site, however, is more aligned with the age distribution of a nationally projected US population of CHC users identified from the SDI database (Appendix B).  As noted previously in the FDA-funded study, the Medicaid user population was much younger than the KP users but that is likely due to the fact that Medicaid covers medical needs of a young population in general.[19]  When information from the two sites is combined, the combined population, although slightly younger than the population represented by the nationally projected data, is more representative of users from the general US population.

Also of interest is the greater differences observed in the age distribution of the single CHC product types (see Table 5 or Appendix C in this review for all products) compared to the combined comparator products (COMP).  For example, there is a higher proportion of older LNG2 users than NGMN users regardless of database used but that difference is more evident when comparing Medicaid users to KP users or to a nationally projected population of users.  Although the differences observed only address age differences, age differences may be a proxy to other population differences as well.  By matching DRSP initiators to other CHC initiators on propensity probability scores using insurance information from the 6 months prior to CHC initiation, Seeger[2] may have adjusted for these differences.

Consequently, conclusions reached about the safety of CHC products derived by comparing results across studies should be believed only after it is determined that the populations being treated are similar.

23

**Table 5: Distribution of CHC Use by Age Group, FDA-funded Study (2001-2007 _All Users_) Compared to US Projected Total Prescriptions (SDI 2002-2007, Tables 4 a1 to a3, Final Report 111022v2).**

|         | Age Group    | SDI* | FDA-funded Study | KP** | Medicaid |
|---------|--------------|------|------------------|------|----------|
| NGMN    | 0-25 years   | 47.6 | 62.5             | 44.6 | 72.8     |
|         | 26-34 years  | 34.5 | 29.2             | 39.9 | 23.2     |
|         | 35+ years    | 17.5 | 8.3              | 15.6 | 4.1      |
| DRSP_30 | 0-25 years   | 44.3 | 50.0             | 47.7 | 65.6     |
|         | 26-34 years  | 31.0 | 34.7             | 35.9 | 26.8     |
|         | 35+ years    | 24.5 | 15.2             | 16.5 | 7.6      |
| COMP    | 0-25 years   | 41.4 | 44.7             | 37.8 | 67.6     |
|         | 26-34 years  | 31.2 | 31.9             | 31.4 | 24.2     |
|         | 35+ years    | 27.2 | 23.4             | 28.1 | 8.1      |
| LNG2    | 0-25 years   | 28.8 | 42.1             | 38.2 | 62.1     |
|         | 26-34 years  | 31.6 | 34.6             | 35.7 | 28.8     |
|         | 35+ years    | 39.4 | 23.3             | 26.1 | 9.0      |

*Source: SDI Vector One®: National, Years 2002-2010 Data Extracted September 2011 (only years 2002-2007 shown).
**KP = Kaiser Permanente

### 4.2.2   Incidence Rate Comparisons

One objective of the FDA-funded study was to assess the incidence of ATE, VTE, and death among contraceptive users.  For _All Users,_ the overall incidence rate per 10,000 woman years was 6.96 for VTE; 0.67 for AMI, 0.87 for ischemic stroke, 0.46 for CVD mortality and 2.97 for all cause mortality.  In this study, the incidence rates were higher for _New_ Users (Appendix B in Final Report) compared to _All Users_.

The overall VTE incidence rate reported by Lidegaard[18] (4.00 per 10,000 person-years-) is lower than that reported in Table 9 of the FDA-funded study report (6.96 per 10,000).  This is generally true for incidence rates reported by other investigators as well although some report age-specific rates only. [20]  Other investigators only report product-specific incidence rates.[1,8,9,28] differences in what rate is reported makes direct comparisons challenging.  To further complicate comparisons, some investigators report only crude incidence rates[1,18] whereas others[,2,8] also report adjusted rates such as was done for the FDA-funded Study.  Variables included in the models for adjustment, however, vary across studies although most include age.  The incidence rates for the FDA-funded Study were adjusted for age, site and calendar time.

*Venous Thromboembolic Events (VTE)*

When reported, age-specific rates increase with age but the rate of increase in some of the published studies is less than that observed in the FDA-funded Study.  Lidegaard's[18] overall VTE unadjusted age specific incidence rates increase from 3.0 per 10,000 for women age 20 to 24 years up to 6.6 per 10,000 person-years for women age 40 to 44 years.  In the FDA-funded Study, the DRSP age-specific incidence rates for the _All User_

24

comparator group increase from 3.4 per 10,000 for the 10 to 24 year age group to 27.4 per 10,000 for women 45 to 55 years. For NGMN, the age-specific incidence rates per 10,000 increase from 5.6 for users 10 to 24 years up to 62.0 for women 45 to 55 years. The age-specific VTE incidence rates per 10,000 among the <u>All User</u> in the FDA-funded study's comparator group are lower and range from 2.8 in women 10 to 24 years up to 16.1 in women age 45 to 55 years. These incidence rates are more comparable to those reported by van Hylckama Vlieg (3.7 per 10,000 in women < 30 years up to 13.3 per 10,000 in women age 40 to 50 years)[20].

Product-specific VTE incidence rates from published studies are similar to those for the FDA-funded study for some products and much lower for others. For DRSP (Table 6), Lidegaard[18] reported a crude incidence rate of 9.1 per 10,000 for DRSP, 8.0 for LNG and 5.2 for other contraceptives compared to the FDA-funded Study. The FDA-funded study reported age and site adjusted VTE rates per 10,000 for <u>All Users</u> of 10.2 for DRSP, 6.6 for LNG2, and 6.0 for all comparators (Table 10 b of the Final Report) although Seeger reported adjusted rates per 10,000 of 13.3 for DRSP and 14.0 per 10,000 for other contraceptives (rates for New Users are higher in the FDA-funded study). Rates reported by Seeger[2] were adjusted for age, calendar time, health plan, history of oral contraceptive use, health service consumption, and chronic medical conditions identified at baseline. In addition, the investigators note that these rates could include women with continuing preexisting conditions. Crude incidence rates among new users were also reported by Parkin[15] for the GPRD study which represents use in the United Kingdom and are much lower than other reported rates: 2.3 per 10,000 for DRSP and 0.9 per 10,000 for LNG with an adjusted risk ratio of 2.7 (1.5-4.7).

**Table 6 Incidence rates per 10,000 person-years - DRSP**

| Contraceptive | All Users | | | New Users | |
| | Lidegaard*[18] | Seeger**[2] | FDA** | Parkin[15] | FDA |
| --- | --- | --- | --- | --- | --- |
| DRSP | 9.1 | 13.3 | 10.3 | 2.3 | 13.6 |
| LNG | 8.0 | -- | 6.5 | 0.9 | 9.1 |
| Other | 5.2 | 14.0 | 5.9 | | 8.4 |

*DRSP = drospirenone with 30 ug EE; LNG = levonorgestrel*
*\*Crude incidence rates*
*\*\* Adjusted rates*

For NGMN (Table 7), however, published VTE incidence rates were lower than those reported in the FDA-funded study likely due to the differences in study design (case-control deemed nested compared to a cohort). Cole[8] reported an age-adjusted VTE incidence rate per 10,000 of 4.1 for NGMN and 1.8 for NGM. The comparable rates per 10,000 in the FDA-funded study were 9.8 for NGMN and 6.0 per 10,000 for the combined comparators which include NGM. Using the PharMetrics database, Jick[9] reported rates per 10,000 of 5.3 for NGMN and 4.2 for NGM. In another study[28] comparing NGMN with LNG, the PharMetrics incidence rates per 10,000 were 5.6 for NGMN and 3.8 for LNG. These rates differed with her use of MarketScan database: 2.5 per 10,000 for NGMN and 2.0 per 10,000 for LNG. For both Cole and Jick studies, incidence rates were only reported with the initial study report and not updated in the follow-up analyses.

Reference ID: 3039539

**Table 7 Incidence rates per 10,000 person-years - NGMN**

| | All Users | | | Jick[28] | |
|---|---|---|---|---|---|
| Contraceptive | Cole*[8] | Jick[9] | FDA | PharMetrics | MarketScan |
| NGMN | 4.1 | 5.3 | 9.8 | 5.6 | 2.5 |
| NGM | 1.8 | 4.2 | -- | -- | -- |
| Other | -- | -- | 6.0 | -- | -- |
| LNG | -- | -- | 6.6 | 3.8 | 2.0 |

*NGMN – norelgestromin patch; NGM – norgestimate with 35 ug EE; LNG – levonorgestrel*
*\* Adjusted rates*

It is noteworthy that incidence rates for all comparators are always lower than those for the newer products. Nonetheless, although differences in incidence rates could be attributed to differences in products used or differences in study design (cohort for DRSP and case-control for NGMN) and case selection, differences reported by Jick's analyses using a similar study design with two different populations (Pharmetrics and Marketscan) underscore the importance of considering differences in population sources selected for a given study. The FDA-funded study also emphasizes the importance of population source since the analyses showed an interaction by site. The KP site captures information from an HMO population compared to the Medicaid population at the other sites.

*Arterial Thrombotic Events (ATE)*

There are fewer published reports of ATE incidence rates and these are limited to the sponsor funded studies for both DRSP and NGMN. In the EURAS study, Dinger[1] reports crude ATE incidence rates per 10,000 of 0.7 for DRSP, 2.9 for LNG, and 1.7 for other contraceptives. This compares to age- and site-adjusted incidence rates per 10,000 in the FDA-funded study's of 1.1 for DRSP, 1.6 for LNG2, and 1.4 for other comparators. With the exception of other contraceptives, the CHC age-adjusted ATE incidence rates are generally higher than those reported in the EURAS study. As noted for VTE, the incidence rates for the i3 Ingenix[8] and Jick[9] studies were presented only in the initial report and not in the follow-up reports and the number of initial ATE events were too few to allow meaningful comparisons in the initial report. Although each study was extended for two years to obtain information on additional ATE events, risks estimates were reported as odds ratios in the updated reports but incidence rates were not updated with the additional data. This may be explained by the fact that the basic design of the NGMN studies was more of a case-control design although it was reported as a nested and obtaining incidence rates was mostly an after thought that could not be easily updated with the follow-up data.

*Mortality*

The EURAS study was the only published study reporting on all-cause mortality incidence. Dinger[1] reported a crude mortality incidence rate per 10,000 of 1.4 for DRSP, 2.5 for LNG, and 1.7 for other contraceptives. The FDA-funded Study reported an all-cause mortality rate per 10,000 of 2.4 for DRSP, 4.5 for LNG2, and 3.5 for other comparators.

For NGMN, the FDA-funded study is the only one reporting an incidence mortality rate. The NGMN age-adjusted mortality rate per 10,000 was 3.7 compared to 4.5 for LNG2 and 3.5 for the combined comparators.

Reference ID: 3039539

The FDA-funded Study is also the only study reporting on adjusted CVD mortality incidence rates.  The CVD mortality rate per 10,000 was 0.13 for DRSP, 0.07 for NGMN, 0.48 for LNG2 and 0.60 for all comparators.

The all-cause and CVD mortality rates in these studies are higher for the LNG and other comparator products than for DRSP or NGMN.  Whether this is due to an inherent increase risk for LNG when using the product or whether it reflects channeling bias by medical providers who prescribe a perceived safer product to high risk women remains unknown.

Of significant interest both in the EURAS study[1] as well as the FDA-funded Study, incidence rates for ATE and mortality rates (all-cause and CVD deaths) were higher in the LNG/LNG2 group than for DRSP or NGMN.  *Whether the higher incidence rates represent a truly higher risk of cardiovascular events and death among LNG/LNG2 users or whether prescribers channel the perceived safer LNG/LNG2 products to higher risk women remains to be evaluated.*

When comparing incidence rates (or any rates) across studies, it is important to note population and database differences as well as the evaluation methods used by the investigators (e.g. crude or adjusted rates).  But even when comparing studies conducted by the same investigators, population differences can affect rates obtained.  Jick's[28] evaluation of the incidence rates for NGMN and LNG in the PharMetrics compared to the MarketScan, databases is a good example.

### 4.2.3   Site or Population Source

The FDA-funded Study Medicaid users were on average 4.5 years younger than the KP users.  In addition to the age differences, however, the number of users for study CHCs differed by site (Table 8).  Medicaid women were more likely to use NGMN prescriptions (24%) than DRSP women (9%) and less likely to use LNG2 (15%) than KP women (27%).  The trends were similar for <u>All Users</u> and <u>New Users</u> although <u>New Users</u> were more likely to use DRSP and NGMN than COMP.  The differences in use across CHC types at both sites suggest that use of only one CHC type comparator, when evaluating VTE risk in multiple population sources, may be misleading.  Type of CHC use varies by populations studied, as demonstrated in this study, and may be affected by differential prescribing, insurance formularies, and site-specific preferences.  Several studies have evaluated prescribing patterns among European prescribers who, before prescribing, use indirect markers they consider relevant for differential diagnosis such as family history of venous thromboembolic disease (VTE), headache, smoking, age beyond 35 years, stability of the menstrual cycle, breast tenderness, body mass index, irregular bleeding and acne before prescribing. [21,22].  It is unknown whether there are similar prescribing analyses in U.S. populations.

27

Reference ID: 3039539

**Table 8.  Number of women filling study CHC prescriptions by Site, 2001-2007 (From Tables 4a2 and 3, Final Report 111022v2)**

| All Users | Kaiser Permanente | | Medicaid | | Sites Combined | |
|---|---|---|---|---|---|---|
| | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| **Total** | **617,943** | | **217,883** | | **835,826** | |
| DRSP | 123,536 | 20.0 | 18,630 | 8.6 | 142,166 | 17.0 |
| NGMN | 30,092 | 4.9 | 52,845 | 24.3 | 82,937 | 9.9 |
| COMP* | 450,214 | 72.9 | 136,064 | 62.4 | 586,278 | 70.1 |
| LNG2* | 165,838 | 26.8 | 33,001 | 15.1 | 198,839 | 23.8 |
| **New Users** | | | | | | |
| **Total** | **415,654** | | **158,026** | | **573,680** | |
| DRSP | 95,052 | 22.9 | 14,018 | 8.9 | 109,070 | 19.0 |
| NGMN | 22,091 | 5.3 | 40,225 | 25.5 | 62,316 | 10.9 |
| COMP* | 287,320 | 69.1 | 95,831 | 60.6 | 383,151 | 66.8 |
| LNG2* | 116,787 | 28.1 | 20,524 | 13.0 | 137,311 | 23.9 |

*All LNG2 users are included in COMP therefore percent total add to more than 100.0*

### 4.2.4    Exclusions

Published studies differed in which women were included in the study.  The two DRSP sponsor-funded studies[1,2] did not exclude any women for any reason from the cohort. The only women excluded from the EURAS study were those that refused participation. The Seeger study matched each DRSP initiators to two other non-DRSP initiators using propensity probabilities.  It should be noted that there were 428 (2%) of DRSP initiators that could not be matched and were therefore excluded from the cohort analysis.  Other studies[18,20] including the FDA-funded study and studies reporting on NGMN[4,5,8], excluded prior to cohort assembly or case and control selection, users who were pregnant or had serious health conditions such as cancer, history of cardiovascular disease, and renal failure.  Finally, other studies evaluated[8] or excluded[9,10,12,13,28] users who had any conditions associated with a high risk of VTE and considered only non-fatal, idiopathic VTE cases for analysis.  Some of the exclusion or censoring criteria were also applied after cohort entry.  These exclusions, if applied equally to each treatment group, do not necessarily bias the study results but may affect the interpretation when results are compared across studies if studies being compared apply different exclusion criteria.  A good example is seen in the Lidegaard reanalysis.[17]  With no exclusion, the risk estimates during the first year of use was 5.2 (95% CI - 2.2-12.6) for LNG and 8.5 (95% CI - 6.0-11.9) for DRSP.  With exclusions implemented, the risk estimates increased to 6.1 (95% CI - 2.7-13.6) for LNG and 9.8 (95% CI - 7.1-13.5) for DRSP.  Although the risk estimates increase when the exclusions are applied, the overall DRSP/LNG risk ratios for both are exactly 1.6.  Therefore, if comparisons between studies rely solely on absolute risk estimates, than comparisons may be misleading.  If comparisons are made using incidence or risk ratios, differences in estimates are less likely to be misleading if only exclusion criteria are considered.

Reference ID: 3039539

### 4.2.5    Time Trends

Although the FDA-funded Study did not report on changes in use over time, the analyses did adjust for calendar year.  The study report also presents information on length and duration of CHC current use.

Although the FDA-funded study report did not present use information on time trends, nationally projected information from SDI Vona (Figure 1) shows the total number of dispensed prescriptions nationwide for the study contraceptives by year beginning in 2002 through 2010.  Dispensed prescriptions for DRSP were increasing during the study period (January 1, 2001 through December 31, 2007) whereas dispensed prescriptions for LNG2 remained relatively steady.  The later decreases in dispensed prescriptions for DRSP that begins in 2007 may be related more to the introduction of other drospirenone contraceptives to the market than to adverse publicity.  Papers questioning the safety of DRSP were first published in 2009.  Dispensed prescriptions for NGMN were increasing until 2005 then decreased to the LNG2 levels by 2007, the decrease for this product was likely due to adverse publicity.  Trends for the COMP prescriptions were higher than DRSP or NGMN mostly driven by prescriptions for NGM between 2002 and 2004 and for NETA beginning in 2009.  Prescriptions for the study products combined, however, represent less than 25% of total CHC prescriptions.  With the exception of COMP in the early years of the study, dispensed prescriptions for all study contraceptives did not exceed 20% of the total combined hormonal contraceptive market.  Differences in use over time, at least in the US, mandates the importance that calendar time be considered in any analyses.  Incidence rates and hazard ratio results in the FDA-funded study were all adjusted for age, site, and calendar time.  Other studies considered the time effect mostly by matching on year of birth, index date, or time or enrollment in the clinical practice.

**Figure 1: Total Prescriptions of FDA-funded Study Contraceptives by Year**



*Source: SDI Vector One®: National, Years 2002-2010 Data Extracted September 2011.*

### 4.2.6    Duration of Use

Although DRSP and NGMN were both approved in 2001, persistency or average duration of use among women in this study is longer (268 days) for DRSP than for

29

NGMN (177 days) and comparable to COMP (236 days) and LNG2 (259 days). Persistency for the products included in COMP also varies and range from 184 days to 259 days. DRSP had the largest proportion (21.7%) of New Users continuing use for more than 365 days. Consequently, comparison of ATE, VTE, and mortality risks by duration of use between NGMN and COMP or LNG2 may be unreliable for any time period longer than 180 days (6 months). Questions on whether the low NGMN persistency in this study is the result of adverse publicity, problems (such as adverse events and acceptability) with the product, or whether it is an enrollment artifact remains unresolved (continuous enrollment in Medicaid may be of short duration due to the nature of the benefit design and eligibility criteria). Low persistency for NGMN product, however, has been reported elsewhere.[23,24]

**Table 9: Mean Number of Days and Proportion of New Use by Study Combined Hormonal Contraceptives (CHC), All Sites 2001-2007 (Adapted from Table 5, Final Report 111022v3)**

| CHC | Mean (days) | % < 90 days | % >365 days |
|-----|-------------|-------------|-------------|
| DRSP | 268.3 | 18.6 | 21.7 |
| NGMN | 176.6 | 37.3 | 11.4 |
| ETON | 167.4 | 34.9 | 9.8 |
| *LNG2* | *258.6* | *18.6* | *19.9* |
| *COMP* | *236.3* | *21.4* | *17.2* |

#### 4.2.7   Duration of Use: Comparison of VTE Risk

When comparing DRSP to COMP, the hazard ratios for VTE among New Users show an statistically significant increased risk for DRSP for use less than 3 months among (HR 1.9; 95% CI - 1.2-3.0) and a non-statistically significant but elevated risk for NGMN (HR - 1.6; 95% CI - 0.9-2.8) during the same period of use. Statistical significance is reversed, however, when using LNG2 as comparator (DRSP = HR 1.6; 95% CI - 0.9-2.7; NGMN = HR - 2.5; 95% CI - 1.4-4.5).

The risks are lower for use between 3 to 6 months for all study products but only for DRSP when compared to COMP. Risk estimates for duration of use for 12 months or longer are unreliable due to the decrease in number of exposure episodes lasting this long among New Users of DRSP, NGMN, COMP and LNG2. Although the risk estimates do not necessarily change direction, whether one interprets the results as a statistically significant different or not, the results are heavily dependent on the comparator used as well as changes in use over time for each product.

### 4.3   OTHER POTENTIAL CONFOUNDERS AND PRESCRIBING PATTERNS

All approved CHCs are effective in preventing pregnancy. Therefore which CHC formulation is prescribed may depend on patient preferences, existing health conditions, prescriber knowledge and preferences, and economic factors that include reimbursable products and insurance formulary restrictions. The current study captures some but not all of these potential confounders, some of which may influence the results observed in

30

the FDA-funded and all other studies.  Although not always measured, these potential confounders and their potential impact on observed risk estimates cannot be ignored.

### 4.3.1   Measured Covariates

Although the investigators for the FDA-funded study included some known cardiovascular risk factors in the ATE analytic models, other covariates, known to predict VTE risk in users compared to non-users, were tested individually for possible inclusion in the VTE analytical models.   Because none of these covariates changed the risk estimate by 10% or more, none were included in the final analysis.  The same observation was reported by investigators for the i3 Ingenix DRSP and NGMN studies.  Nonetheless, the CHC Final Report provides a summary of these covariates in tables 7a (New Users) and 7b (All Users).  The same information is also provided in Appendix B for New Users separately by age group 10-34 years, 35-55 years (Table 10).  Although none of the covariates contributed to a 10% change in the analytical models for the entire study cohort, some covariates such as acne, premenstrual tension, and potassium sparing diuretics were present more frequently in DRSP users and particularly in New Users younger than 35 years of age, the group with the higher VTE risk in this study.  No covariate was present as prominently for NGMN although there was a tendency to have more New Users with codes for heart disease, coagulopathy, migraine, and drug dependency among younger users (< 35 years of age) suggesting possible prescribing differences and channeling.

**Table 10:  Proportion of Study CHC Users with Select Covariates by Age Groups and Study Contraceptives, All Sites 2001-2007.**

| Covariates | | | All ages | | Age 10-34 | Age 35-55 |
|---|---|---|---|---|---|---|
| | | | New Users | All Users | New Users | New Users |
| Acne | | DRSP | 4.2 | 4.3 | 4.6 | 1.9 |
| | | NGMN | 0.7 | 0.9 | 0.7 | 0.4 |
| | | COMP | 2.1 | 2.5 | 2.5 | 0.8 |
| Premenstrual Tension | | DRSP | 0.2 | 0.2 | 0.1 | 0.7 |
| | | NGMN | 0.0 | 0.1 | 0.0 | 0.0 |
| | | COMP | 0.1 | 0.1 | 0.1 | 0.3 |
| Diuretic K sparing | | DRSP | 0.9 | 1.2 | 0.7 | 2.0 |
| | | NGMN | 0.4 | 0.6 | 0.3 | 1.7 |
| | | COMP | 0.8 | 1.2 | 0.4 | 2.2 |
| Polycystic ovarian syndrome (PCOS) | | DRSP | 0.0 | 0.0 | 0.0 | 0.0 |
| | | NGMN | 0.0 | 0.0 | 0.0 | 0.1 |
| | | COMP | 0.0 | 0.0 | 0.0 | 0.0 |

Although not captured in the FDA-funded study, other gynecological disorders besides menstrual disorders may also be responsible for an increase VTE risk.  The NGMN extension study completed by i3 Ingenix report a lower VTE risk when adjusting for gynecological disorders (OR 1.5; 95% CI 0.7-3.6)[25] for the extension year 2005-2006 compared to the unadjusted VTE risk (OR 2.1; 95% CI 1.2-3.6) for the same extension

31

year 2001-2006 and a five-adjusted VTE risk (OR of 2.1; 95% CI 1.2-3.3) which accounts for matching and initiator status[26]  Although it could be argued that comparing risk estimates from different years is misleading, the interim report[27] does provide the VTE risk estimates for only the 2005-2006 year (OR 2.1; 95% CI 1.2-3.6).  This risk estimate is similar to that reported for the whole study.

The BCDSP investigators, in their 2010 manuscript,[28] provided univariate risk estimates for the covariates selected for analysis.  When comparing currently exposed (NGMN and LNG) cases and controls, gynecological disorders (menstrual disorders, endometriosis, uterine fibroids) showed a twofold increased risk of VTE in the MarketScan database (OR 2.0; 95% CI 1.2-3.5) although this was not seen in the PharMetrics database (OR 1.2; 95% CI 0.5-3.2).

### 4.3.2    Prescribing Patterns

The Society of Obstetrics and Gynecology of Canada (SOGC) Clinical Practice Gynecology Committee (whose guidelines were approved by the Executive and Council of the SGOC)[29] suggest that because newer products tend to be prescribed to women who already have VTE and ATE risk factors, occurrence of outcomes may be selectively biased towards certain products, giving a misleading impression of risk.  If this statement is true for many CHC prescribers, any resulting epidemiologic analyses should seriously consider and adjust for potential channeling bias.  This statement is also consistent with the observation that the newer (at study initiation) products, at least in the more recent published studies and the FDA-funded study, are nearly always associated with an increased risk of thrombotic and thromboembolic events when compared to older products.  The FDA-funded Study was initiated to begin a deeper examination of these concerns.

The literature assessing prescribing patterns, however, is overwhelmingly European and describes prescribing patterns of European clinicians who may have different prescribing patterns than US clinicians.  Nonetheless, the findings by Bitzer and colleagues[21] are worth considering.  The authors note that Swiss gynecologists and general practitioners use indirect markers for differential prescribing.  The most relevant criteria were family history of VTE, headache, smoking, stability of the menstrual cycle, breast tenderness, body mass index, irregular bleeding, age beyond 35 years and acne.  The 20 µg EE dosage was preferred for women older than 35 years, those smoking more than 15 cigarettes per day, those with a family history of VTE, and those complaining of breast tenderness or headache.  The 30 µg EE dosage was preferred for patients with a history of irregular bleeding, a family history of osteoporosis, expected poor compliance and acne.

With the exception of the Dinger and the Vlieg studies where investigators were able to interview the women, all other studies (including the FDA-funded study) rely on information captured in claims or electronic databases.  Therefore information on family history of VTE, headache, smoking, stability of the menstrual cycle, breast tenderness, body mass index, irregular bleeding is not readily available or available only for hospitalized cases.  Information on irregular bleeding, poor compliance, acne and other diagnosed conditions may be available but are frequently not captured.

### 4.3.3   Unmeasured Covariates

As suggested in the previous section, serious consideration needs to be given to the possibility for channeling bias when comparing progestin types.  Both the 2004 European Society of Human Reproduction and Embryology (ESHRE) Workgroup[30] and the 2010 American College of Obstetricians and Gynecologists Guidelines[31] address the non-contraceptive benefits of hormonal contraceptive use, summarize scientific studies that support these benefits, and provide prescribing recommendations.  The potential benefits of interest that may influence the results of this and other epidemiologic studies include use of hormonal contraceptives to treat menorrhagia (heavy menstrual bleeding), dysmenorrhea (painful menses), premenstrual syndrome, acne or hirsutism, bleeding due to leiomyomas, pelvic pain due to endometriosis, and menstrual cycle regulation.  Some CHCs are approved for treatment of acne (DRSP and NGM) and PMDD (DRSP) although approval of DRSP for treating these conditions (in addition to contraception) is very recent (2006-2007). ESHRE and ACOG Guidelines[30,31] and other published reports mention the anti-androgenic benefits of DRSP and desogestrel for treating these conditions which could possibly lead to channeling bias.  The FDA-funded Study did not capture information on many of these conditions during the risk assessment phase other than acne, polycystic ovary syndrome, migraines, dysmenorrhea, and premenstrual tension.  The presence of these health conditions by themselves does not necessarily bias the results of the study even if present disproportionally across treatments being compared unless they also increase the woman's risk of having a thrombotic or a thromboembolic event.  Information on the VTE risk for these women, however, is scant.

The FDA-funded Study (and most postmarketing studies) however, identified users of study CHCs from claims databases or electronic medical records.  Therefore, they very likely would capture the experience of all CHC users, not just that of women who use CHCs mostly for contraception.  If women using CHCs mostly for the non-contraceptive benefits of CHCs are at increased risk of VTE by nature of their condition, and if specific CHC products are preferred in treating those conditions (channeling), then differences in risk estimates observed between the CHC products may be attributed to a specific product but would likely be the result of the health condition.

*Acne, hirsutism, alopecia and PCOS:*  There is no reason to believe, based on the available literature, that the presence of acne by itself places a woman at greater risk for VTE.  Acne, however, is thought to be present in about 10 to 34% of women with polycystic ovary syndrome (PCOS)[32] and is one of the symptoms, in addition to hirsutism and alopecia (conditions not captured in the FDA-funded Study) frequently associated with PCOS.  PCOS women tend to be overweight and possibly at increased risk of experiencing a VTE (1.8; 95% CI 1.1-2.9) when compared to women without PCOS[33].  Based on the results of the Chuan study, it remains unclear whether this increase in risk was solely a treatment effect, due to the disease, or an effect of both disease and treatment.  Spironolactone is one product used for treating acne in these women and hormonal contraceptive use is recommended while on spironolactone treatment[32].  Although there were very few women with a diagnosis of PCOS in the FDA-funded Study (Table 10), given that the drospirenone in DRSP is known to have anti-androgenic activity and that DRSP is also a hormonal contraceptive, it is highly likely that this product would be preferentially prescribed to women whose acne, as determined by their

health care providers, might be a marker for developing PCOS. Whether women with PCOS are at increased risk of VTE is not clear. The 2010 Guidelines[31] summarize two small randomized clinical trials (RCT) that demonstrated DRSP and the third generation desogestrel benefits in treating acne and hirsutism were as effective as other CHC products compared.

In the FDA-funded Study, acne was present twice as frequently among DRSP users than COMP users despite the fact that COMP also included an NGM product approved for the treatment of acne. What proportion of women with acne using DRSP in the FDA-funded study that also had hirsutism and/or alopecia is unknown at this time.

*Menorrhagia and Bleeding*

The ESHRE guidelines[30] note that approximately 10 % of fertile women suffer from menorrhagia and menstrual blood loss. Anemia could be present if the blood loss is severe. Treatment benefits with use of CHCs containing 30 to 35 ug EE have been reported to reduce bleeding by as much as 50%. Very few studies, however, have evaluated the risk of VTE among menorrhagic women. In a case-control study, Sundström[34] noted an association between an increased VTE risk and recent diagnosis of anemia or hemoglobin values less than 11.5 g/dl (odds ratio 2.2; 95% confidence interval 1.0-4.9). The results suggested that a diagnosis of anemia or having low hemoglobin levels during 14 days before or after a record of menorrhagia could be a predictor of disease severity as well as susceptibility to VTE. Other confounders, however, were also observed in this study since cases also had a high BMI and were likely to be smokers. The Guidelines[31,30] note that all CHCs (LNG, desogestrel) may provide short term benefits in reducing bleeding but that continuous or extended use CHCs may be most beneficial. The FDA-funded Study did not capture information on menorrhagia.

*Migraines*

According to the SOGC 2010 Guidelines[31], menstrual migraines (with no aura) occur in 8% to 14% of reproductive age women. These migraines are experienced exclusively at the time of menstruation with very few also occurring at ovulation. The Guidelines summarize studies that show the benefit of extended cycle or continuous hormonal contraceptives. The Guidelines and others[35], however, caution about use of combined hormonal contraceptives for migraines due to the possible increase risk for a experiencing a cerebrovascular stroke.

The FDA-funded Study shows a higher proportion of younger women with a code for migraine with NGMN (2.1%) and ETON (2.5%) than COMP (1.9%) or DRSP (1.9).

### IMS Pharmetrics –Non-contraceptive Diagnoses

It is unclear what proportion of CHC users is prescribed CHCs for non-contraceptive benefits in addition to their contraceptive benefit. Information from the FDA-funded study captured only some of these associated diagnoses and it is also not representative of the US population. To obtain a better understanding on whether use of CHCs for related non-contraceptive indications could be an important confounder in a larger US

population (PharMetrics[e]), we examined recorded diagnoses within 30 days of a first CHC prescription close to the same time period (2002 and 2007) as the FDA-funded study. The same new user exposure definition was applied to the selected cohort and the same CHC products were selected using the FDA-funded study's NDC numbers.

In reviewing information from this US database, 252,943 unique patients were identified that filled a prescription from any CHC drug class. After selecting CHCs with the same NDC number in the FDA-funded study, and selecting only women who were incident users (no CHCs in the prior six months), 38,872 (15.4%) users were selected for evaluation. Diagnoses of interest, representing possible non-contraceptive indications for use, were examined. Only the first diagnosis of interest that occurred within 30 days of the first CHC prescription drug claim was identified. Among the incident cohort, NGM was used more frequently (32%) followed by DRSP (19%), NGMN (15%), and LNG1 (13%).

In this population, there were 4,946 diagnoses of interest temporally associated with first new use of the study CHC. Although all study CHCs had temporally associated diagnoses of interest, DRSP and NGM were dispensed more frequently to women with codes for all conditions except menorrhagia (heavy bleeding). Women with codes for PCOS, PMTS, and hirsutism were more frequently taking DRSP (Table 11).

Table 12 shows the distribution of codes for the selected conditions among women dispensed each CHC. Again, all CHCs were associated temporally with all selected conditions although DRSP was more frequently temporally associated with PCOS, PMTS, and hirsutism. The older CHCs, on the other hand, were temporally associated more with dysmenorrhea (pain) and menorrhagia (heavy bleeding) although DRSP was dispensed just as frequently with codes for dysmenorrhea. The study CHCs were more frequently associated temporally with PCOS, dysmenorrhea, hirsutism, and acne in users younger than 35 years of age than older users. Although these diagnoses have not been validated (e.g. medical charts obtained to determine that these women indeed meet a case definition for these disorders), these data are suggestive of differential prescribing of contraceptives to women with and without these conditions, particularly for younger women.

In the FDA-funded study, more women dispensed DRSP had codes for acne (4.3%) and PMTS (0.2) compared to COMP (2.5% acne and 0.1% PMTS) whereas more women dispensed NGMN had codes for PCOS (0.04%) than COMP (0.01%). Hirsutism was not captured. These proportions are lower than those observed in PharMetrics (Table 12).

---

[e] *IMS Health, IMS Health Lifelink[TM], 1/1/2002 to 12/31/2007.*

35

**Table 11.  Distribution of study CHCs (%) for Selected Health Conditions, 2002-2007**

|       | PCOS  | Pain* | PMTS** | Bleeding* | Hirsutism | Acne  |
|-------|-------|-------|--------|-----------|-----------|-------|
|       | 100.0 | 100.0 | 100.0  | 100.0     | 100.0     | 100.0 |
| DRSP  | 47.6  | 18.6  | 33.2   | 16.7      | 47.4      | 24.4  |
| NGM   | 22.9  | 29.0  | 17.3   | 14.5      | 26.6      | 49.3  |
| NGMN  | 5.9   | 14.1  | 7.3    | 8.3       | 8.4       | 6.5   |
| ETON  | 3.1   | 3.0   | 5.9    | 5.2       | 2.0       | 3.6   |
| NETA  | 6.1   | 10.8  | 10.7   | 18.8      | 2.6       | 3.8   |
| LGN2  | 3.8   | 8.3   | 8.0    | 7.3       | 3.3       | 4.0   |
| LGN1  | 10.7  | 16.3  | 17.7   | 29.2      | 9.7       | 8.5   |

*Source: IMS Health, IMS Health Lifelink<sup>TM</sup>, 1/1/2002 to 12/31/2007*
*CHC – all-time use of study combined hormonal contraceptive;*
*Dx – diagnosis occurring within 30-days of first CHC prescription date (index date);*
*PCOS – polycyctic ovarian syndrome;*
** pain - dysmenorrhia; bleeding - menorrhagia*
*** PMTS – premenstrual tension syndrome*

**Table 12.  Distribution (%) of Selected Health Conditions among study CHCs, 2002-2007**

|       | PCOS | Pain* | PMTS** | Bleeding* | Hirsutism | Acne |
|-------|------|-------|--------|-----------|-----------|------|
| DRSP  | 4.4  | 11.2  | 2.3    | 0.4       | 1.7       | 8.2  |
| NGM   | 1.0  | 8.8   | 0.6    | 0.2       | 0.5       | 8.2  |
| NGMN  | 0.6  | 8.9   | 0.5    | 0.2       | 0.3       | 2.2  |
| ETON  | 0.8  | 4.6   | 1.1    | 0.3       | 0.2       | 3.2  |
| NETA  | 1.1  | 12.3  | 1.4    | 0.8       | 0.2       | 2.5  |
| LGN2  | 0.8  | 11.5  | 1.2    | 0.4       | 0.3       | 3.1  |
| LGN1  | 1.1  | 11.0  | 1.4    | 0.8       | 0.4       | 3.3  |

*Source: IMS Health, IMS Health Lifelink<sup>TM</sup>, 1/1/2002 to 12/31/2007*
*CHC – all-time use of study combined hormonal contraceptive;*
*PCOS – polycyctic ovarian syndrome;*
** pain - dysmenorrhia; bleeding - menorrhagia*
*** PMTS – premenstrual tension syndrome*

In conclusion, the IMS data show possible prescribing preferences or channeling for non-contraceptive benefits may exist in the U.S.  Whether channeling effects are seen in other study populations remains to be evaluated.

## 4.4   UNMEASURED BUT SUSPECTED CONFOUNDERS

Information on age, duration of current product use, and selected covariates (dysmenorrheal, acne, migraines, and premenstrual tension) were available for evaluation in the FDA-funded study and provided in the Final Report.  Information on other concomitant diagnoses such as anemia, menorrhagia, endometriosis, and hirsutism might be available but was not collected.  Unfortunately, other likely important variables, noted in the previous sections, such as body mass index (BMI), smoking, lifetime contraception use, and family and personal history of VTE were unavailable for this analysis.  Those

Reference ID: 3039539

potential important confounders were also not available for most of the DRSP published postmarketing studies and all the published NGMN studies and remain a concern.

There were two postmarketing studies required by the FDA or European regulatory agencies that reported no increase VTE risk between DRSP and LNG or other progestins. The studies were able to obtain information or address the important confounders not available in claims databases or electronic medical records either by direct interview with the women[1] or by matching on the probability of having similar baseline characteristics to the DRSP initiator using the information available at the time of initial use.[2]  Although other methodological differences exist between these early studies and those conducted later, having the ability to capture or match on important VTE confounders may be the most important difference.

At the time this FDA-funded Study was conceptualized, two phases were considered. The first would include a risk assessment component that would also obtain sufficient patient and prescribing characteristics allowed with the use of claims data and hospitalized records.  If an increased risk was observed, however, a second phase would be considered.  The second phase would include more extensive medical record review and possible physician and patient interviews to obtain the information on the important but missing confounders.  Whether this second phase is completed depends on its feasibility at this time and the availability of funds.

## 5    CONCLUSIONS AND RECOMMENDATIONS

The results of the FDA-funded study are consistent with the published studies demonstrating an increase VTE risk among current users of DRSP and NGMN particularly among women younger than 35 years of age.  This study is also the first to report an increase ATE risk among older DRSP users.  Linkage to state mortality files did not reveal any large discrepancy in missed ATE and VTE case identification.  The increase VTE risk for ETON needs further evaluation.

The FDA-study showed that incidence rates increase with age both in all users and new users.  Age-specific incidence rates were higher for new users than for all users but not for the adjusted rates.  This study also demonstrated the importance of considering differences in population sources, population characteristics, and comparators when comparing product types including the possible channeling by prescribers for non-contraception benefits provided by these products.

The study was carefully done, is comprehensive, and all hospitalized outcome have been validated with medical records.  One site also validated outpatient DVTs.  In addition, the study was able to link records to state mortality files, evaluated two different exposure cohorts (<u>All Users</u> and <u>New Users</u>), and the contribution of known confounders in the two very different US populations (Medicaid and a large HMO).

Like other claims-based studies, however, the study is limited in that it captures only information available in the claims databases or in electronic medical records for cases only.  Limitations also include the absence of data on key covariates (obesity/BMI, smoking, personal and family history of VTE, lifetime use of hormonal contraceptives) and the inability to validate outpatient DVTs by chart review (except at only one site).

37

The small number of ATEs limited power for analyses of these outcomes, though the rates of these outcomes were consistent with published data.

The FDA-funded study as well as most postmarketing studies, however, identified all users of study CHCs from claims databases or electronic medical records.  Therefore, the studies very likely would capture the experience of <u>all</u> CHC users, not just the experience of women who use CHCs mostly for contraception.  And even though some studies excluded women with known risk factors for experiencing VTEs, none have assessed whether channeling by prescribers and potential risk associated with CHC use for non-contraceptive benefits.  If women using CHCs mostly for the non-contraceptive benefits of CHCs are at increased risk of VTE by nature of their condition, and if specific CHC products are preferred over other CHCs in treating those conditions (channeling), then differences in risk estimates observed between the CHC products may be attributed to a specific product but would more likely be the result of the health condition.

None of the studies to date provides a definitive answer as to the safety of DRSP and NGMN with regard to thrombotic and thromboembolic events (TTE).  The entire body of studies provides conflicting evidence that cannot be easily reconciled by any single difference among studies.  Most of these studies have unique strengths and limitations, but the challenge lies in trying to reconcile multiple methodological differences among studies conducted in very different populations, often using different comparators and different exposure definitions.  There is a history that newer contraceptive products being observed often have associations with increased risk for thrombotic and thromboembolic events and the Agency would like to better understand whether channeling of newer products to patients already at higher risk for these events may play a role.  The FDA-funded study was originally designed to be the first phase in a multi-phase study designed to address many of the unresolved questions perceived by the Agency to possibly provide alternative explanations for the risks seen, other than the individual drugs themselves.

Since FDA cannot at this time determine whether or not the increased risk seen for thrombotic and thromboembolic events in some of the epidemiologic studies is actually due to use of the DRSP and NGMN products, we believe that, because of the consistency in recent reports for an increased risk, product labeling should reflect that very real possibility.  However, the Agency advocates further study of this issue, as part of a larger effort to better understand the risk for thrombotic and thromboembolic events associated with all newer contraceptive agents.  Such studies should assure the comparability of population sources, study design, exposure definitions, and adequate capture and adjustment of age, non-contraceptive co-indications, other co-morbid diseases (e.g. ob/gynecological conditions), and known confounders such as BMI, smoking, and personal and family history of thrombotic and thromboembolic events.

For contractual purposes, the Final Report, presenting results from the risk assessment phase of this study achieved its objectives.

Reference ID: 3039539

# 6   REFERENCES

[1] Dinger JC, Heinemann LAJ, Kühl-Habich D.  2007. *The Safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance study on oral contraceptives based on 142,475 women-years of observation.*  Contraception, 75:344-354.

[2] Seeger JD, Loughlin J, Eng PM, Clifford CR, Cutone J, and Walder AM.  2007. *Risk of thromboembolism in women taking ethinylestradiol/drospirenone and other oral contraceptives.*  Obstetrics and Gynecology; 110(3):587-593.

[3] Eng PM, Seeger JD, Loughlin J, Clifford CR, Mentor S, and Walker AM. 2008. *Supplementary data collection with case-cohort analysis to address potential confounding in a cohort study of thromboembolism in oral contraceptive initiators matched on claims-base propensity scores.* Pharmacoepidemiology and Drug Safety, 17:297-305.

[4] Jick SS, Hernandez RK. 2011. *Risk of non-fatal venous thromboembolism in women using oral contraceptives containing drospirenone compared with women using oral contraceptives containing levonorgestrel: case-control study using United States claims data.*  BMJ 2011;340:d2151 doi:10.1136/bmj.d2151.

[5] Parkin L, Sharples K, Hernandez RK, Jick SS. 2011. *Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database.*  BMJ 2011;340:d2139 doi:10.1136/bmj.d2139

[6] Lidegaard Ø, Løkkegaard E, Svendsen AL, and Agger C. 2009.  *Hormonal contraception and risk of venous thromboembolism: national follow-up study.*  BMJ 2009;339:b2890 doi:10.1136/bmj.b2890

[7] van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, Doggen CJM, Rosendaal FR. 2009. The venous thrombotic risk of oral contraceptives, effects of oestrogen dose and progestogen type: results of the MEGA case-control study. BMJ 2009;339:b2921 doi:10.1136/bmj.b2921

[8] Cole JA, Norman H, Doherty M, and Walker AM. 2008 *Venous Thromboembolism, Myocardial Infarction, and Stroke among Transdermal Contraceptive System Users*. Obstetrics & Gynecology 2007; 109(2): 339-346.  Erratum 2008: 111(6):1449.

[9] Jick SS, Kaye JA, Russmann S, and Jick H. 2006. *Risk of nonfatal venous thromboembolism in women using a contraceptive transdermal patch and oral contraceptives containing norgestimate and 35 µg of ethinyl estradiol.* Contraception; 73:223-228.

Reference ID: 3039539

[10] Jick SS and Jick H. 2007. *The Contraceptive Patch in Relation to Ischemic Stroke and Acute Myocardial Infarction.* Brief Reports. Pharmacotherapy; 27:218-220.

[11] Dore DD, Norman H, Loughlin J, Seeger JD. 2010. *Extended case-control study results on thromboembolic outcomes among transdermal contraceptive users.* Contraception; 81:408-413.

[12] Jick S, Kaye JA, Li L and Jick H. 2007. *Further results on the risk of nonfatal venous thromboembolism in users of the contraceptive transdermal patch compared to users of oral contraceptives containing norgestimate and 35 μg of ethinyl estradiol.* Contraception 2007; 76:4-7.

[13] Jick SS, Hagberg KW, Kaye JA. 2010. *Ortho Evra and Venous Thromboembolism: An Update.* Letter to the Editor. Contraception; 81:452-453.

[14] FDA Office of Surveillance and Epidemiology. 2011. *Combined hormonal contraceptives (CHCs) and the risk of cardiovascular disease endpoints.* October 22, 2011 http://www.fda.gov/downloads/Drugs/DrugSafety/UCM277384.pdf

[15] Parkin L, Sharples K, Hernandez RK, Jick SS. 2011. *Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database.* BMJ 2011;340:d2139 doi:10.1136/bmj.d2139

[16] Dinger J, Assmann A, Möhner S, and Minh TD. 2010. *Risk of venous thromboembolism and the use of dienogest- and drospirenone-containing oral contraceptives: results from a German case-control study.* J Fam Plann Reprod Health Care; 36(3): 123–129.

[17] Ouellet-Hellstrom R. 2011. *Review of Lidegaard's Reanalysis.* September 3, 2011. RCM 2011-1764.

[18] Lidegaard Ø, Løkkegaard E, Svendsen AL, and Agger C. 2009. *Hormonal contraception and risk of venous thromboembolism: national follow-up study.* BMJ 2009;339:b2890 doi:10.1136/bmj.b2890

[19] U.S,DHHS Health Care Financing Administration. 2000. *A Profile of Medicaid*, Chart Book. September 2000.

[20] van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, Doggen CJM, Rosendaal FR. 2009. *The venous thrombotic risk of oral contraceptives, effects of oestrogen dose and progestogen type: results of the MEGA case-control study.* BMJ 2009;339:b2921 doi:10.1136/bmj.b2921

[21] Bitzer J, Frey B, von Schönau M, Sabler N, and Tschudin S. 2009. *Twenty or thirty microgram ethinyloestradiol in an oral contraceptive: Does itmakea difference in the mind and the daily practise of gynaecologists and general practitioners?* The European Journal of Contraception and Reproductive Health Care; 14(4):258–267

Reference ID: 3039539

[22] Sannisto T and Kosunen E.  2010.  *Provision of contraception: a survey among primary care physicians in Finland*.  Acta Obstetricia et Gynecologica; 89: 636–645.

[23] Nelson AL, W C, and Schnare SM.  20087.  *Real-World Patterns of Prescription Refills for Branded Hormonal Contraceptives. A Reflection of Contraceptive Discontinuation*;  Obstetrics & Gynecology, 112(4): 782-787.

[24] Murphy PA and Bixner D.  2008.  *Hormonal contraceptive discontinuation patterns according to formulation: investigation of associations in an administrative claims database*. Contraception; 77: 257-263.

[25] i3 Ingenix.  2008. *The Risk of Venous Thromboembolism, Myocardial Infarction, and Ischemic Stroke Among Women Using the Transdermal Contraceptive System Compared to Women Using Norgestimate-Containing Oral Contraceptives With 35 µg Ethinyl Estradiol Nested Case-Control Extension 2005-2006*.  Interim Report.  June 18 2008

[26] i3 Ingenix.  2009. *The Risk of Venous Thromboembolism, Myocardial Infarction, and Ischemic Stroke Among Women Using the Transdermal Contraceptive System Compared to Women Using Norgestimate-Containing Oral Contraceptives With 35 µg Ethinyl Estradiol Nested Case-Control Study*.  Final Report.  June 29, 2009.

[27] i3 Ingenix.  2008. *The Risk of Venous Thromboembolism, Myocardial Infarction, and Ischemic Stroke Among Women Using the Transdermal Contraceptive System Compared to Women Using Norgestimate-Containing Oral Contraceptives With 35 µg Ethinyl Estradiol Nested Case-Control Study Extension 2005-2006 Interim Report June 18, 2008*. Prepared for Johnson & Johnson PRD Confidential

[28] Jick SS, Hagberg KW, Hernandez R, and Kaye JA. 2010. *Postmarketing study of OrthoEvra® and levonorgestrel oral contraceptives containing hormonal contraceptives with 30 mcg of ethinyl estradiol in relation to nonfatal venous thromboembolism*.  Contraception 81:16-21.

[29] SOGC Clinical Practice Guidelines. 2011.  *Oral contraceptives and the risk of venous thromboembolism: An update No. 252, December 2010*.  International Journal of Gynecology and Obstetrics 112 (2011) 252–256.

[30] The ESHRE Capri Wrokshop Group. 2005. *Noncontraceptive health benefits of combined oral contraception*.  Human Reproduction Update; 11(5): 513-525.

[31] The American College of Obstetricians and Gynecologists. 2010.  *Noncontraceptive Uses of Hormonal Contraceptives Clinical Management Guidelines for Obstetrician-Gynecologists, Number 110, January 2010*.  OBSTETRICS & GYNECOLOGY, 115(1): 206-218.

[32] Chuan SS and Chang RJ.  2010. *Polycystic Ovary Syndrome and Acne*.  Skin Therapy Lett; 15(10):1-4.

[33] Seaman HE, de Vries CS, and Farmer RDT.  2004. *Venous thromboembolism associated with cyproterone acetate in combination with ethinyloestradiol*

41

*(Dianette1): observational studies using the UK General Practice Research Database*.  PDS 13:427-436.

[34] <u>Sundström A</u>, <u>Seaman H</u>, <u>Kieler H</u>, <u>Alfredsson L</u>. 2009. *The risk of venous thromboembolism associated with the use of tranexamic acid and other drugs used to treat menorrhagia: a case-control study using the General Practice Research Database*. <u>BJOG.</u>;116(1):91-7. Epub 2008 Nov 11

[35] Moschiano F, D'Amico D, Ciusani E, Erba N, Rigamonti A, Schieroni F, Bussone G. 2004.  *Coagulation abnormalities in migraine and ischaemic cerebrovascular disease: a link between migraine and ischaemic stroke?* Neurol Sci (2004) 25:S126–S128  DOI 10.1007/s10072-004-0269-5.

Reference ID: 3039539

## 7   APPENDIX A

**Table 1A: Age-Specific VTE Incidence Rates per 10,000 person-years (PY) for New and All Users by Selected Study Hormonal Contraceptive, 2001-2007 (From Table 10b, Final Report 111022v2)**

| | New Users | | | All Users | | |
|---|---|---|---|---|---|---|
| **DRSP** | **PY** | **Events** | **Rate/10k** | **PY** | **Events** | **Rate/10k** |
| 10 to 24 | 39,452 | 19 | 4.8 | 79,590 | 27 | 3.4 |
| 25 to 34 | 27,362 | 26 | 9.5 | 72,346 | 54 | 7.5 |
| 35 to 44 | 10,672 | 18 | 16.9 | 29,968 | 43 | 14.3 |
| 45 to 55 | 2,684 | 11 | 41.0 | 7,306 | 20 | 27.4 |
| **NGMN** | | | | | | |
| 10 to 24 | 17,680 | 11 | 6.2 | 37,602 | 21 | 5.6 |
| 25 to 34 | 9,424 | 12 | 12.7 | 22,781 | 26 | 11.4 |
| 35 to 44 | 2,651 | 8 | 30.2 | 6,515 | 14 | 21.5 |
| 45 to 55 | 397 | 2 | 50.4 | 967 | 6 | 62.0 |
| **LNG2** | | | | | | |
| 10 to 24 | 39,977 | 10 | 2.5 | 80,454 | 20 | 2.5 |
| 25 to 34 | 33,843 | 15 | 4.4 | 89,057 | 33 | 3.7 |
| 35 to 44 | 17,544 | 33 | 18.8 | 54,546 | 72 | 13.2 |
| 45 to 55 | 5,896 | 16 | 27.1 | 20,550 | 36 | 17.5 |
| **COMP** | | | | | | |
| 10 to 24 | 103,683 | 32 | 3.1 | 218,616 | 62 | 2.8 |
| 25 to 34 | 77,191 | 39 | 5.1 | 207,964 | 80 | 3.9 |
| 35 to 44 | 42,631 | 79 | 18.5 | 121,685 | 136 | 11.2 |
| 45 to 55 | 24,526 | 55 | 22.4 | 69,000 | 111 | 16.1 |

**Age-adjusted VTE rates per 10,000 person-years (PY) and Incidence Rate Ratios  (IRR)**

**ALL USERS**

| **EXPOSURE** | **Age-adjusted rate** | **Incidence Rate Ratio** | **95% CI** | **Incidence Rate Ratio** | **95% CI** |
|---|---|---|---|---|---|
| DRSP | 10.2 | 1.7 | 1.4 – 2.1 | 1.5 | 1.2 – 1.9 |
| NGMN | 9.8 | 1.5 | 1.2 – 2.0 | 1.3 | 0.9 – 1.7 |
| LNG2 | 6.6 | | | Reference | -- |
| COMP | 6.0 | Reference | -- | | |

**NEW USERS**

| **EXPOSURE** | **Age-adjusted rate** | **Incidence Rate Ratio** | **95% CI** | **Incidence Rate Ratio** | **95% CI** |
|---|---|---|---|---|---|
| DRSP | 13.7 | 1.6 | 1.2 – 2.1 | 1.5 | 1.1 – 2.1 |
| NGMN | 12.3 | 1.3 | 0.9 – 1.9 | 1.1 | 0.7-1.7 |
| LNG2 | 9.2 | | | Reference | -- |
| COMP | 8.2 | Reference | -- | | |

43

**Table 2A: Age-Specific ATE Incidence Rates per 10,000 person-years (PY) for New and All Users by Study Hormonal Contraceptive, 2001-2007 (From Table 10a Final Report 111022v2)**

| DRSP | New Users | | | All Users | | |
|---|---|---|---|---|---|---|
| | PY | Events | Rate/10k | PY | Events | Rate/10k |
| 10 to 24 | 39,452 | - | - | 79,590 | - | - |
| 25 to 34 | 27,362 | 3 | 1.1 | 72,346 | 3 | 0.4 |
| 35 to 44 | 10,672 | 5 | 4.7 | 29,968 | 8 | 2.7 |
| 45 to 55 | 2,684 | 6 | 22.4 | 7,306 | 6 | 8.2 |
| **NGMN** | | | | | | |
| 10 to 24 | 17,680 | 1 | 0.6 | 37,602 | 2 | 0.5 |
| 25 to 34 | 9,424 | 2 | 2.1 | 22,781 | 6 | 2.6 |
| 35 to 44 | 2,651 | 1 | 3.8 | 6,515 | 1 | 1.5 |
| 45 to 55 | 397 | - | - | 967 | - | - |
| **LNG2** | | | | | | |
| 10 to 24 | 39,977 | 2 | 0.5 | 80,454 | 7 | 0.9 |
| 25 to 34 | 33,843 | 4 | 1.2 | 89,057 | 6 | 0.7 |
| 35 to 44 | 17,544 | 3 | 1.7 | 54,546 | 12 | 2.2 |
| 45 to 55 | 5,896 | 8 | 13.6 | 20,550 | 19 | 9.3 |
| **COMP** | | | | | | |
| 10 to 24 | 103,683 | 5 | 0.5 | 218,616 | 12 | 0.6 |
| 25 to 34 | 77,191 | 9 | 1.2 | 207,964 | 19 | 0.9 |
| 35 to 44 | 42,631 | 13 | 3.1 | 121,685 | 29 | 2.4 |
| 45 to 55 | 24,526 | 18 | 7.3 | 69,000 | 48 | 7.0 |

**Age-adjusted ATE rates per 10,000 person-years (PY) and Incidence Rate Ratios (IRR)**

**ALL USERS**

| EXPOSURE | Age-adjusted rate | Incidence Rate Ratio | 95% CI | Incidence Rate Ratio | 95% CI |
|---|---|---|---|---|---|
| DRSP | 1.1 | 0.8 | 0.9 – 3.1 | 1.4 | 0.7 – 2.8 |
| NGMN | 1.1 | 1.1 | 0.3 – 2.5 | 0.7 | 0.2 – 2.2 |
| LNG2 | 1.6 | | | Reference | -- |
| COMP | 1.4 | Reference | -- | | |

**NEW USERS**

| EXPOSURE | Age-adjusted rate | Incidence Rate Ratio | 95% CI | Incidence Rate Ratio | 95% CI |
|---|---|---|---|---|---|
| DRSP | 2.6 | 1.7 | 0.9 – 3.1 | 1.4 | 0.7 – 2.8 |
| NGMN | 1.8 | 0.9 | 0.3 – 2.5 | 0.7 | 0.2 – 2.2 |
| LNG2 | 2.3 | | | Reference | |
| COMP | 1.8 | Reference | | | |

44

**8**   APPENDIX B

### *SDI, Vector One®: National (VONA)*

The SDI, Vector One®:  National (VONA) database measures retail dispensing of prescriptions or the frequency with which drugs move out of retail pharmacies into the hands of consumers via formal prescriptions. Information on the physician specialty, the patient's age and gender, and estimates for the numbers of patients that are continuing or new to therapy are available.

The Vector One® database integrates prescription activity from a sample received from payers, switches, and other software systems that may arbitrage prescriptions at various points in the sales cycle. Vector One® receives over 1.4 billion prescription claims per year, representing over 120 million unique patients.  Since 2002 Vector One® has captured information on over 8 billion prescriptions representing over 200 million unique patients.

Prescriptions are captured from a sample from the universe of approximately 59,000 pharmacies throughout the U.S. The pharmacies in the database account for most retail pharmacies and represent nearly half of retail prescriptions dispensed nationwide. SDI receives all prescriptions from approximately one-third of stores and a significant sample of prescriptions from many of the remaining stores.

### *IMS Health, IMS Health Lifelink[TM] database*

The IMS Health, IMS Health Lifelink[TM] database was used to evaluate the utilization of oral contraceptives, Ortho Evra, and NuvaRing from 1/1/2002 – 12/31/2007.  The IMS Health Plan Claims Database represents over 95 managed care plans and covers approximately 60 million commercially insured, de-identified patients. Claims are captured from doctor's offices (including outpatient clinics), retail and mail order pharmacies, patient visits to specialists, and hospitalizations. They include information about diagnoses, emergency room visits, office visits, home care, diagnostic tests, procedures and injections. These data represent approximately 11 percent of the U.S. commercially insured population during that time period.  Claims for these products are primarily submitted for insurance payment by dispensing pharmacies.

However, since pharmacists typically do not have access to the patient's medical record, pharmacy claims are submitted without supporting ICD-9 diagnostic codes.  To assess the indication for use of the contraceptive products, medical claims filed closest (within 30 days before and after the patient's first contraceptive prescription to the claim date for the contraceptive prescription) were examined.  Medical claims are required to be submitted with at least one, and up to four supporting diagnosis ICD-9 codes.  When several ICD-9 codes of interest were supplied, he code appearing first was used.  Patients were eligible for inclusion if there was a prescription claim for a contraceptive between January 1, 2002 and December 31, 2011 and no previous claim for an oral contraceptive in the preceding 180 days prior to their first claim with insurance eligibility during that 6 month look-back period.  Since this analysis was concerned with a patient's first medical claim during the study period, continuous eligibility throughout the study period was not required.   The diagnoses selected are listed below

45

Code Description
706.1 ACNE NEC
704.1 HIRSUTISM
256.4 POLYCYSTIC OVARIES
625.4 PREMENSTRUAL TENSION
625.3 DYSMENORRHEA
627.0 PREMENOPAUSE MENORRHAGIA
346.4 MENSTRUAL MIGRAINE
346.42 MENSTRUAL MIGRAINE W/O INTRA
346.43 MENSTRUAL MIGRAINE INTRACT
346.41 MENSTL MGRN W NTRC WO ST
346.40 MENSTRUAL MIGRAINE W/O INTRA

### *SDI, Physician Drug & Diagnosis Audit (PDDA) with Pain Panel*

The SDI, Physician Drug & Diagnosis Audit (PDDA) with Pain Panel is a monthly survey designed to provide descriptive information on the patterns and treatment of diseases encountered in office-based physician practices in the U.S.  The survey consists of data collected from over 3,200 office-based physicians representing 30 specialties across the United States that report on all patient activity during one typical workday per month.  These data may include profiles and trends of diagnoses, patients, drug products mentioned during the office visit and treatment patterns.  The Pain Panel supplement surveys over 115 pain specialists physicians each month.  With the inclusion of visits to pain specialists, this will allow additional insight into the pain market. The data are then projected nationally by physician specialty and region to reflect national prescribing patterns.

Reference ID: 3039539

## 9   APPENDIX C

**Table 13B: Distribution of CHC Use by Age Group, FDA-funded Study (2001-2007 <u>All Users</u>) Compared to US Projected Total Prescriptions (SDI 2002-2007).**

|  | Age Group | SDI* | FDA-funded Study | KP** | Medicaid |
|---|---|---|---|---|---|
| NGMN | 0-25 years | 47.6 | 62.5 | 47.7 | 72.8 |
|  | 26-34 years | 34.5 | 29.2 | 39.9 | 23.2 |
|  | 35+ years | 17.5 | 8.3 | 15.6 | 4.1 |
| DRSP_30 | 0-25 years | 44.3 | 50.0 | 47.7 | 65.6 |
|  | 26-34 years | 31.0 | 34.7 | 35.9 | 26.8 |
|  | 35+ years | 24.5 | 15.2 | 16.5 | 7.6 |
| ETON | 0-25 years | 40.6 | 50.3 | 39.0 | 65.6 |
|  | 26-34 years | 37.4 | 37.2 | 43.1 | 29.3 |
|  | 35+ years | 21.9 | 12.5 | 17.8 | 5.2 |
| COMP | 0-25 years | 41.4 | 44.7 | 37.8 | 67.6 |
|  | 26-34 years | 31.2 | 31.9 | 31.4 | 24.2 |
|  | 35+ years | 27.2 | 23.4 | 28.1 | 8.1 |
| LNG2 | 0-25 years | 28.8 | 42.1 | 38.2 | 62.1 |
|  | 26-34 years | 31.6 | 34.6 | 35.7 | 28.8 |
|  | 35+ years | 39.4 | 23.3 | 26.1 | 9.0 |
| LNG1 | 0-25 years | 35.4 | 60.4 | 34.3 | 65.9 |
|  | 26-34 years | 27.3 | 25.7 | 38.1 | 23.1 |
|  | 35+ years | 37.1 | 13.8 | 27.6 | 10.9 |
| NGM | 0-25 years | 48.4 | 56.5 | 49.7 | 73.3 |
|  | 26-34 years | 34.0 | 33.8 | 38.6 | 22.0 |
|  | 35+ years | 17.5 | 9.6 | 11.6 | 4.7 |
| NETA | 0-25 years | 21.6 | 26.0 | 23.9 | 56.3 |
|  | 26-34 years | 22.6 | 26.7 | 26.8 | 26.5 |
|  | 35+ years | 55.8 | 47.2 | 49.3 | 17.2 |

*Source: SDI Vector One®: National, Years 2002-2010 Data Extracted September 2011 (only years 2002-2007 shown) and Tables 4a1-3, Final Report 111022v2).*

** KP = Kaiser Permanente*

47

Reference ID: 3039539

-------------------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
-------------------------------------------------------------------------------------------

/s/
-----------------------------------------------------

RITA P OUELLET-HELLSTROM
11/04/2011

GERALD J DALPAN
11/04/2011

Reference ID: 3039539