# Exhibit 10



| | |
|---|---|
| From: | Marie Foegh |
| Sent: | Monday, August 09, 2004 10:55 PM |
| To: | Pol Boudes |
| Cc: | Darlene Jody |
| Subject: | DRAFT white paper |

FYI

Marie L. Foegh, MD, DSc
Vice President, Medical Affairs
Berlex, Inc.
PO Box 1000
340 Changebridge Road
Montville, NJ 07045-1000
(973) 487-2009 (973)487-2710 fax
800-237-5392 (Berlex2)
http://www.berlex.com

----- Forwarded by Marie Foegh/MV/USR/SHG on 08/09/04 06:57 PM -----

        Maureen Cronin
08/09/04 11:07 AM

To:    Marie Foegh/MV/USR/SHG@SCHERINGGROUP
Wolfgang Eder/WA/USR/SHG@SCHERINGGROUP
Joseph Dr. Sonk/MV/USR/SHG@SCHERINGGROUP
Sharon Brown/MV/USR/SHG@SCHERINGGROUP
Don Atkinson/MV/USR/SHG@SCHERINGGROUP
Harri Helajarvi/FI/USR/SHG@SCHERINGGROUP
Ilka Schellschmidt/BE/USR/SHG@SCHERINGGROUP
Nancy Velez/MV/USR/SHG@SCHERINGGROUP
Rolf Dr. Schuermann/BE/USR/SHG@SCHERINGGROUP
cc:    Juergen Dr. Dinger/BE/USR/SHG@SCHERINGGROUP
Dr. Philip Smits/BE/USR/SHG@SCHERINGGROUP
Subject:    DRAFT white paper

Dear All

Please find the draft Yasmin 'White Paper' for your review. Comments will be accepted until Tuesday at 16:00 (CET). Unfortunately the spontaneous reporting figures still need verification- this could change some of the discussion. Final formatting is being done by Margreet Krikowski - please don't waste any additional effort on this.


Background paper
on Yasmin and...

Maureen, Jürgen and Ilka



BHCPYAZ016058906

## 1. Problem Statement

The FDA has raised concerns that Yasmin (ethinylestradiol 30 µg/drospirenone 3 mg) may have a serious thromboembolic events (TE) rate that is higher than the rate reported for other oral contraceptives (OCs). Serious TEs include both venous thromboembolic events (VTE) (i.e.; pulmonary embolism [PE] and fatal VTE) and arterial thromboembolic events (ATE) (i.e.; acute myocardial infarction [AMI] and cerebrovascular accident [CVA]). In particular, the FDA is concerned that the spontaneous reports for fatal and serious VTEs in Yasmin users are higher than for OCs that have been established in the market for years.

## 2. Introduction

Since their introduction in the 1960s, the safety profile of oral contraceptives (OCs) has improved with the reduction in the estrogen dose as well as the introduction of progestogens with more desirable biological activities and improved safety profiles. However, there has also been continuing concerns about adverse effects associated with their use.

As a class, estrogen-containing OCs, as well as hormone replacement products, increase the risk of VTE[1] and probably also the risk of arterial thromboembolism (ATE). As noted in the class labeling in the US, OC use is associated with about a 3 fold increase in the rate of VTEs. Until recently, a background rate of about 0.5 to 1 events per 10,000 wy in women not exposed to OCs and a rate of about 2-4 events per 10,000 person-years (WYs) during of OC use has been accepted. However recent work suggest that the background rate for VTE, and thus the rate seen in OC users as well, is higher than past believed.[Lidegaard Olmstead County]

In the mid-1990s, the risk of venous thromboembolism (VTE) was primarily linked to OCs containing new 'third-generation' progestogens (desogestrel and gestodene). Previously, the risk of VTE was linked to the dose of estrogen. Several authors suggested that the newer third-generation progestogen-containing pills carried a higher risk than the older formulations ('third-generation pill scare'). Whether this risk is real or the result of biases and confounding factors is the subject of ongoing and vehement scientific debate.[2, 3, 4, 5, 6, 7]

VTE in the form of deep venous thrombosis or pulmonary embolism may have severe clinical consequences; however, most cases of VTE present with minimal symptoms. In a prospective study of 2177 subjects, only three out of 39 subjects with venous thrombosis, as detected by venous compression ultrasonography, were symptomatic (isolated calf pain).[8] This observation suggests that VTE may be substantially underdiagnosed in the general population.

In contrast to this finding in the normal population, the widespread awareness of the link between VTE and OC usage may result in VTE being selectively more frequently identified in users of these products (detection bias). Given the scientific and public discussion on the VTE risk associated with third generation OCs, this effect appears to be more pronounced in users of any new or innovative OC. In addition, the increased awareness of OC-associated VTE has the effect that health professionals may assume a causal link, and are therefore more likely to spontaneously report VTEs to health authorities and/or pharmaceutical companies when they occur.

Yasmin® (ethinylestradiol 30 µg/drospirenone 3 mg) is a novel, highly effective and safe OC. Yasmin was initially marketed in Europe in November 2000 and in the US in June 2001. Because Yasmin is the newest combination product marketed in the US and because of its unique progestin component, interest in VTE and ATE rates observed with Yasmin is high. Because, clinical trials are not usually sufficiently powered to detect rare adverse events such as VTEs, an unprecedented extensive post-market surveillance (PMS) program was designed to assess the VTE risk associated with Yasmin. Therefore, the evaluation of VTE risk associated with Yasmin should be based on three levels of wide-ranging evidence: 1) indirect evidence from clinical trials in well-defined populations; 2) post-marketing surveillance studies; and 3) world-wide spontaneous adverse drug reaction (ADR) reports from health professionals.

Spontaneous world-wide reporting revealed a VTE reporting rate of 5.0/100,000 women-years with Yasmin use. In contrast, results from a large, controlled, prospective post-marketing surveillance study

(EURAS) suggest a VTE rate of 61/100,000 women-years for Yasmin, compared with rates of 60/100,000 and 73/100,000 women-years for levonorgestrel-containing OCs and other OCs, respectively. Overall, the rate of VTE reported with Yasmin use was similar to that for LNG-containing OCs or other OCs. The VTE rates with Yasmin are encouraging when placed in context with potential biases and confounding factors that would inflate the perceived risk of VTE with a novel OC. Furthermore, the risk of VTE with Yasmin or other OCs is far less than that associated with pregnancy and delivery (up to 800/100,000 women-years) or than other risks of daily living.

### 3.  Clinical trials

VTEs in young women are rare events and cannot be evaluated within a regular clinical development program for market authorization of an OC. In Yasmin's extensive clinical development program, which included over 30,000 treatment cycles, only 1 non-confirmed case of pulmonary embolism (PE) was reported. However, postmenopausal women using HRT products have an approximately 10-fold higher incidence of VTE than younger women using OCs.[5, 9, 10, 11] Therefore, indirect evidence of the VTE risk associated with Yasmin is available from the HRT development program of estradiol/DRSP (Angeliq).

During the clinical development of Angeliq, a total of 1,897 women were treated with a combination of E2 and DRSP for a duration of approximately one year, resulting in an overall exposure of 1,962 women years (wy). Four VTEs were reported during that time, translating to an incidence of 20/10,000 wy. In comparison to large clinical trials with HRT products, i.e. PEPI [12], HERS [10] and WHI [9] with VTE incidences of 34-59/10,000 wy, the observed incidence with Angeliq indicates no increased risk, especially taking into account that the relative risk decreases over time of use; i.e., during the first year the event rate in the HRT arm of the WHI study was 58/10,000 wy, which needs to be compared to the observed incidence of 20/10,000 seen with Angeliq.

These findings were based on different study population ages and different estrogens, and they should therefore be interpreted with caution; nevertheless, even from a conservative point of view, neither Yasmin nor Angeliq clinical development data suggest an increased risk during use of estrogen/DRSP combinations.

### 4.  Postmarketing Safety Surveillance

Three large postmarketing safety studies are being conducted with Yasmin. The first is a European comparative active surveillance study, the EURAS study; the second is a US comparative claims database study, the United Health Care Study and the third is a UK prescription monitoring study, the Yasmin PEM study. All three studies have provided more than 33,000 wy of safety surveillance data for Yasmin users in a non-clinical trial setting. To date, the results from this extensive program have substantiated Yasmin as a safe and effective OC.

#### 4.1     European Active Surveillance (EURAS) Study

The EURAS post-marketing prospective observational study compares the occurrence of rare events, such as VTE and ATE, in Yasmin users with LNG-containing OC users and all other OC users. EURAS uses a non-randomized 'non-interference approach' which allows study inclusion of new OC users who are prescribed an OC based upon standard medical practice. The EURAS is being conducted by an independent investigator (Prof. L. Heinemann, ZEG) and is being overseen by an independent Advisory Council.

At the most recent update of the EURAS database on June 9 2004, approx. 55,000 women were enrolled in the study. The over 49,000 data sets entered in the database on that date provided over 64,000 wy of observation, including 19,530 WY of observation in the Yasmin cohort. The study is planned to be completed in 2005. The current number of enrolled women and women-years per cohort are given in Table 1.

**Table 1   EURAS study: Number of Women Enrolled, Women-years of Observation, and Mean Age for all Cohorts**

|  | Yasmin | | LNG-containing OCs | | Other OCs | | Total Study | |
|---|---|---|---|---|---|---|---|---|
| N (%) | 15,020 | (30.4) | 14,630 | (29.7) | 19,692 | (39.9) | 49,342 | (100) |
| Women-years (%) | 19,530 | (30.5) | 18,476 | (28.8) | 26,097 | (40.7) | 64,103 | (100) |
| Mean Age (SD) | 26.3 | (8.2) | 25.2 | (8.8) | 25.1 | (8.0) | 25.5 | (8.3) |

status June 9, 2004

### Ascertainment of Vital Status

Timely ascertainment of relevant safety information for all participants has been given high importance in the EURAS study. A multifaceted follow-up process (see attachment 1 for follow-up algorithm) ensures comprehensive elucidation of the majority of safety-related events for all enrolled OC users. This process includes ascertainment of reliable data on the vital status of both responders and non-responders.

This follow-up procedure has resulted in a low lost to follow-up rate that is evenly distributed among the cohorts (currently overall: 1.6%; Yasmin: 1.7%, LNG-containing OCs: 1.5%, and Other OCs: 1.6%). Survival status of these individuals is regularly queried at Local and National Registers, The National Death Registry will be queried at the end of the study for all participants whose vital status can not be verified elsewhere. It is therefore highly unlikely that fatal cases are being missed in the study. Table 2 provides an overview of all deaths reported in the study until June 2004.

`[ Deleted: . ]`

**Table 2   EURAS Study: All Cause Mortality – Number of Deaths, Incidence*, 95% Confidence Interval**

|  | Yasmin | | | LNG-containing OCs | | | Other OCs | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Nos. | Incidence* | 95% CI | Nos. | Incidence* | 95% CI | Nos. | Incidence* | 95% CI | Nos. |
| All Deaths | 2 | 1.0 | 0.1 – 3.7 | 4 | 2.2 | 0.6 –5.5 | 4 | 1.5 | 0.4 – 3.9 | 10 |

status June 9, 2004
*Incidence and 95% CI is given per 10,000 WY of observation

A total of 10 deaths were reported in the study until the June 9, 2004 cutoff date. This equates to ten deaths during approximately 64,000 women-years corresponding to a rate of 16/100,000 women-years. Two of ten deaths reported were considered related to the treatment. Both were reported in the LNG-containing OC cohort, one was related to a VTE and one to an ATE.

None of the fatal cases reported in the Yasmin cohort throughout the study were related to a VTE or an ATE. The two fatalities in the Yasmin cohort in the EURAS study were due to rupture of an aortic aneurysm and liver failure (due to liver metastasis from a neuroendocrine cancer). Since the last update on June 9, 2004 one new death, due to suspected chronic myocarditis (PE and DVT ruled out by autopsy), was reported in the Yasmin cohort. Causality assessment by the treating physician concluded there was no causal relationship between the fatalities and Yasmin. The low incidence rate seen for Yasmin does not signal an increase in all-cause mortality in Yasmin users.

### Thromboembolic incidences

In EURAS, participants are queried for occurrence of adverse events by questionnaire every six months over several years to determine if any potentially safety related events occurred during the previous months. Events ascertained by questionnaire are evaluated to confirm the occurrence of VTE or ATE based on a rigorous follow-up/assessment algorithm. The review of events includes follow-up with the treating physician and obtaining written verification of the reported diagnostic and therapeutic

procedures. Table 3 provides the VTE and ATE rates for all cohorts. This table includes an overview of the fatal VTE/ATE rates.

**Table 3   EURAS Study: Confirmed Thromboembolic AEs –Number of Events, Incidence, 95% Confidence Interval**

| Event category | Yasmin (19,530 WY) | | | LNG-containing OCs (18,476 WY) | | | Other OCs (26,097 WY) | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | n | per 10⁴ WY | 95% CI | n | per 10⁴ WY | 95% CI | n | per 10⁴ WY | 95% CI | n |
| **All VTE & ATE** | 13 | 6.7 | 3.5 - 11.4 | 14 | 7.6 | 4.1 - 12.7 | 23 | 8.8 | 5.6 - 13.2 | 50 |
| **All VTE** | 12 | 6.1 | 3.2 - 10.7 | 11 | 6.0 | 3.0 - 10.7 | 19 | 7.3 | 4.4 - 11.4 | 42 |
| of which  PE | 3 | 1.5 | 0.3 - 4.5 | 2 | 1.1 | 0.1 - 3.9 | 2 | 0.8 | 0.1 - 2.8 | 7 |
| **All ATE** | 1 | 0.5 | 0.0 - 2.9 | 3 | 1.6 | 0.3 - 4.8 | 4 | 1.5 | 0.4 - 3.9 | 8 |
| of which  AMI | 0 | 0.0 | 0.0 - 1.9 | 1 | 0.5 | 0.0 - 3.0 | 2 | 0.8 | 0.1 - 2.8 | 3 |
| CVA | 1 | 0.5 | 0.0 - 2.9 | 2 | 1.1 | 0.1 - 3.9 | 2 | 0.8 | 0.1 - 2.8 | 5 |
| **All Fatal VTE/ATE** | 0 | 0.0 | 0.0 - 1.9 | 2ª | 1.1 | 0.1 - 3.9 | 0 | 0.0 | 0.0 - 1.4 | 2 |

status June 9, 2004
ªone ATE case directly and one VTE case indirectly linked to OC use
ªIncidence and 95% CI is given per 10,000 WY of observation

The incidence for all thromboembolic events are similar in all three cohorts (Yasmin: 6.7 per 10 TWY; LNG-containing OCs: 7.6 per 10 TWY; and Other OCs: 8.8 per 10 TWY). Separate evaluation of VTEs and ATEs results in similar point estimates for all three cohorts. Compared with other OCs, VTE/ATE occurrence was not increased during Yasmin use.


**Cox Regression Analysis of Thromboembolic Events**

The (interim) results of the study are regularly reviewed by an independent Advisory Council (AC). To better allow for a transparent analysis and facilitate a potential external review process, as long as substantial differences between the baseline risks of the three cohorts were not identified the AC proposed monitoring the data on the basis of unadjusted data. Because only a slightly higher baseline risk for Yasmin was identified, the analysis of the unadjusted data was chosen as the most conservative approach to monitor the study. In January 2004, as study recruitment neared completion, the AC identified four confounding variables which were to be included in the multivariate analysis of the data: Age, BMI, Duration of use and VTE history. These confounding variables were considered to be the most relevant for the analysis of VTE. A Cox regression analysis based on these variables was recently conducted based on the June 9, 2004 database status upon request of the Dutch Health Authorities, the Medicine Evaluation Board (MEB), the Reference Member State for the European Health Authority. Table 4 provides an overview of the Cox Regression Analysis results.


**Table 4   EURAS Study: Preliminary Results of a Cox Regression Analysis – Adjusted Hazard Ratio* for TE, VTE and ATE for Yasmin users compared to LNG-containing OC users and all other OC users, 95% Confidence Interval**

| Event category | Yasmin vs LNG-cont. OCs (N=24,263) | | | Yasmin vs Other OCs (N=29,726) | | |
|---|---|---|---|---|---|---|
| | Cases | Adj HR | (95% CI) | Cases | Adj HR | (95% CI) |
| **All TEs** | 27 | 0.93 | (0.44-1.99) | 36 | 0.75 | (0.37-1.51) |
| **VTE only** | 23 | 1.00 | (0.43-2.29) | 30 | 0.86 | (0.40-1.85) |
| **ATE only** | 4 | 0.33 | (0.03-3.41) | 6 | 0.26 | (0.03-2.03) |

status June 9, 2004;
The following pre-defined confounder variables were included in the Cox Regression Model: Age, BMI, duration of OC use, and VTE history

The point estimates of the adjusted Hazard Ratios for All TEs, VTE and ATE are in the range of 1.00 to 0.26. These results are consistent with the analysis of the unadjusted data and substantiate a lack of increased risk for TEs during Yasmin use compared to other OCs.

## Severity of Thromboembolic Events

The absolute number of cases of severe thromboembolic events (i.e.; pulmonary embolism [PE], acute myocardial infarction [AMI], and cerebrovascular accident [CVA]) are similar in all three cohorts (Yasmin: 4 cases; LNG-containing OCs: 5 cases; and Other OCs: 6 cases). Table 5 provides an overview of the severe thromboembolic events results.

**Table 5     EURAS Study: Confirmed Serious Thromboembolic AEs –Number of Events, Incidence, 95% Confidence Interval**

| Event category | Yasmin (19,530 WY) | | | LNG-containing OCs (18,476 WY) | | | Other OCs (26,097 WY) | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | n | per 10⁴ WY | 95% CI | n | per 10⁴ WY | 95% CI | n | per 10⁴ WY | 95% CI | n |
| Serious TEs | 4 | 2.0 | 0.6 - 5.2 | 5 | 2.7 | 0.9 - 6.3 | 6 | 2.3 | 0.8 - 5.0 | 15 |
| Of which PE* | 3 | 1.5 | 0.3 – 4.5 | 2 | 1.1 | 0.1 – 3.9 | 2 | 0.8 | 0.1 – 2.8 | 7 |
| Of which AMI* | 0 | 0.0 | 0.0 – 1.9 | 1 | 0.5 | 0.0 – 3.0 | 2 | 0.8 | 0.1 – 2.8 | 3 |
| Of which CVA* | 1 | 0.5 | 0.0 – 2.9 | 2 | 1.1 | 0.1 – 3.9 | 2 | 0.8 | 0.1 – 2.8 | 5 |

Status June 9, 2004
*PE = pulmonary embolism, AMI = acute myocardial infarction, and CVA = cerebrovascular accident
*Incidence and 95% CI is given per 10,000 WY of observation

Also, the incidences for these serious events are similar in all three cohorts (Yasmin: 2.0 per 10 TWY; LNG-containing OCs: 2.7 per 10 TWY; and Other OCs: 2.3 per 10 TWY). Compared with other OCs, a signal for an increase in severe thromboembolic events during Yasmin use was not found.

## Fatal Thromboembolic Events

A total of two thromboembolic-related deaths were reported in the study (see Table 6).

**Table 6  EURAS Study: Fatal Thromboembolic AEs –Number of Events, Incidence, 95% Confidence Interval**

| Event category | Yasmin (19,530 WY) | | | LNG-containing OCs (18,476 WY) | | | Other OCs (26,097 WY) | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | n | per 10⁴ WY | 95% CI | n | per 10⁴ WY | 95% CI | n | per 10⁴ WY | 95% CI | n |
| All VTE & ATE | 13 | 6.7 | 3.5 - 11.4 | 14 | 7.6 | 4.1 – 12.7 | 23 | 8.8 | 5.6 – 13.2 | 50 |
| All VTE | 12 | 6.1 | 3.2 - 10.7 | 11 | 6.0 | 3.0 – 10.7 | 19 | 7.3 | 4.4 – 11.4 | 42 |
| of which fatal | 0 | 0.0 | 0.0 – 1.9 | 1 | 0.5 | 0.0 – 3.0 | 0 | 0.0 | 0.0 – 1.4 | 1 |
| All ATE | 1 | 0.5 | 0.0 – 2.9 | 3 | 1.6 | 0.3 – 4.8 | 4 | 1.5 | 0.4 – 3.9 | 8 |
| of which fatal | 0 | 0.0 | 0.0 – 1.9 | 1 | 0.5 | 0.0 – 3.0 | 0 | 0.0 | 0.0 – 1.4 | 1 |
| All Fatal VTE/ATE | 0 | 0.0 | 0.0 – 1.9 | 2 | 1.1 | 0.1 – 3.9 | 0 | 0.0 | 0.0 – 1.4 | 2 |

status June 9, 2004
*Incidence and 95% CI is given per 10,000 WY of observation

Both were reported in the LNG-containing OC cohort, one was related to a VTE and one to an ATE. No VTE or ATE -related fatal cases were reported in the Yasmin cohort. A signal for an increase in fatal VTE/ATE events during Yasmin use compared with other OCs was not found.

## Overall Assessment of Thromboembolic Events during Yasmin Use in EURAS

As in the past two interim reports, the most recent analysis of thromboembolic events observed in the EURAS study indicates that Yasmin users do not have an increased risk for VTEs compared to users of other oral contraceptives. Also, the severity of the VTEs reported and the risk for death related to thromboembolic events are not increased in Yasmin users compared to other OC users.

Given the size of the EURAS database, the results are sufficiently robust to substantiate the safety of Yasmin in comparison to other oral contraceptive products with regard to the risk of venous thromboembolism.

### 4.2     United Health Care (UHC) Study

The United Health Care (UHC) study is a non-randomized cohort study conducted in the medical records maintained by this major US health care provider. This study is being conducted by an independent investigator (Dr. A. Walker, Ingenix). Pharmacy claims are being used to identify a cohort of Yasmin users with follow-up using the computerized ICD codes reported for billing purposes. The computerized codes are searched for possible cases of VTE or ATE and the medical records for these potential cases are then abstracted and reviewed by trained personnel to adjudicate the cases. Also a nested case control study is being conducted as an essential part of this trial to better understand potential differences in the study cohorts. These results are expected in early 2005.

As of Sept 2003, claims data for 14,395 Yasmin users and 28,590 other OC users were available (see Table 7).

### Table 7: UHC Study - Summary of Claims (Quarter 3 2001 through Quarter 3 2003)

| Number of Women with at Least One Claim for a Potential Thrombotic or Embolic Outcome from the Day after the Initiating Dispensing of Yasmin or Other OC through the Earlier of the Patient's End of Enrollment or 12/31/2003 or 180 Days Following the Last Dispensing of their Initiating OC by Category of Claims Event[1] | | | | |
|---|---|---|---|---|
| | | Propensity Matched Groups | | |
| Category of Claims Event | Yasmin Initiators (N=14,295) | Other OC Initiators N=28,590 | Yasmin Initiators Rate[3] | Other OC Initiators Rate[3] |
| All thrombotic events | 163 | 357 | 114.0 | 124.9 |
| | | | | |
| Pulmonary embolism (PE) | 9 | 15 | 6.3 | 5.2 |
| Venous thrombosis (VTE) | 46 | 95 | 32.2 | 33.2 |
| Arterial embolism (ATE) | 3 | 10 | 2.1 | 3.5 |
| Stroke (CVI) | 15 | 36 | 10.5 | 12.6 |
| Thrombotic thrombocytopenic purpura | 0 | 2 | 0.0 | 0.7 |
| | | | | |
| Other diagnoses | 28 | 53 | 19.6 | 18.5 |
| Not specified[2] | 80 | 179 | 56.0 | 62.6 |

[1] A woman can contribute to more than one category; as a result the sum of subgroups of claims events will be more than the count of all thrombotic events.
[2] Women with claims for procedures or anticoagulant therapy only.
[3] per 10,000 women years (wy)

Of the 520 subjects (163 Yasmin users and 357 other OC users) listed in the claims profile as having a code possibly suggestive of venous or arterial thromboembolism, 78 had claims histories that were

consistent with an event, and chart abstraction is currently being performed for those cases.. These results are expected in October 2004. Based on claims data the rate for possible VTE/ATE (including PE, arterial embolism and stroke) was similar between the cohorts.

To date, no Yasmin-related deaths have been detected in this study. It is unlikely that a death will be missed because there are several approaches to capture deaths in the study:

Hospital records: Deaths in a hospital are identified by discharge status codes as recorded on facility claims. Patient discharge status and patient status are the codes used within the United Health Care database to identify death as an outcome for patient death/patient expired. These codes are captured when the database is searched and are processed and reviewed.

Office and Emergency Room Records: Office and emergency room records are abstracted for women who are not hospitalized, but who nonetheless have outpatient claims that indicate a venous or arterial thromboembolic event. Visits to the Emergency Department/Room are included in the case summaries of outcomes in the study.

Interview of Clinician: During the clinical reviewer's evaluation of potential outcome events, all copied documents, which generally include discharge summaries and office visit notes, are reviewed, and the clinician is asked the question: "Did the patient die as a result of this outcome?"

National Death Index (NDI): Because of the possible incompleteness of claims data with respect to death, the protocol includes a search of the NDI at the end of the study. The available identifiers include name, date of birth, state of residence, year of possible death, and often the Social Security Number. The NDI return, given these identifiers, should be essentially complete.

## Overall Assessment of Thromboembolic Events during Yasmin Use in UHC Study

Based on claims data the rate for possible VTE/ATE, including PE and CVI, was similar between the cohorts. A difference in hospitalization rates was also not found between Yasmin and other OC users. Also, no deaths were identified in Yasmin users. These results do not provide a signal for an increase in serious TE risk in US Yasmin users.

## 4.3    Prescription-Event Monitoring (PEM) Study

An observational, non-controlled cohort Prescription-Event Monitoring (PEM) Study (Attachment) on venous thromboembolism was conducted in the UK in Yasmin users by an independent investigator (Prof. F. Shakir, DSRU). Data were collected on safety-related events after 6 to 12 months of use in Yasmin users who were given prescriptions during Yasmin's initial eight months in the UK market (from May 2002 until December 2002). Of the 30,797 initially distributed questionnaires, 17,877 (58%) were returned. Of these, 15,684 (51%) contained sufficient clinical data to be included in the analysis. These data totaled 9,482 women-years of observation. The average treatment period was 0.6 women-years per woman.

A total of 13 women with venous thromboembolism (VTE) were identified, of these five cases were deep vein thrombosis (DVT) and eight cases were pulmonary embolism (PE). The crude incidence rate in this cohort is 13.7 cases per 10,000 women-years (95% CI: 7.3-23.4). Each of the cases had one or more risk factors for VTE.

As stated by the study authors several bias factors must be considered when interpreting the results of the PEM study. The authors state that incidence rates for VTE rates vary considerably during OC use and may be affected by case identification criteria, recency of market introduction, age and other risk factors, diagnostic suspicion and referral bias. Bias and confounding due to non-response, over and/or underreporting, and in particular, selective reporting of serious events (triggered also by specific questions relating to VTE on the questionnaire) cannot be eliminated in this type of study. Because this was the first prescription event monitoring study of this type conducted to monitor the safety of an oral contraceptive, a comparison with the number of events for other oral contraceptives is not possible. [13]

In the PEM study, Yasmin prescribers were asked to report basic demographic data, all health-related events, and information on VTE related information on a simple form they received in the mail. However, the study's non-comparative approach poses a concern per se. Also, given the fact that 12% of the returned questionnaires were voided because they did not contain sufficient clinical information and 42% of questionnaires were not returned, information on approximately 50% of the Yasmin users were not included in the analysis. In particular, because questionnaires on women who experienced medically relevant adverse events are more likely to be returned than the questionnaires on women who did not experience these events, this probably lead to an overestimate of the VTE incidence.

It is a proven fact that the reported VTE risk is highest during the first year of OC use.[14,15,16] Obviously, women predisposed to VTE (e.g., by genetic factors) develop VTE quite soon after commencing OC use. Given the fact that the PEM study covers the first 6 to 12 months of Yasmin use in this time period immediately after the launch of Yasmin in the UK, the data stem from users during their first year of use. In the first year of the EURAS study, where the average treatment duration and maximum length of treatment (<13 months) were comparable to the PEM study, the VTE rates were similar to those reported in the PEM study (see figure 1). It is important to note that in the first year of the EURAS study the VTE rate was 2 to 3 times higher than the rate seen 20 months later after a treatment period of up to 30 months. Based on both the EURAS study results and literature[15] it can be expected that the VTE incidence reported in the PEM study seen for Yasmin users in the UK will decrease as the number of long-term users increases.

**Figure 1: Time dependent decline of the VTE rate for Yasmin and all oral contraceptives (OCs) user cohorts in the EURAS study compared to VTE rate reported at the end of the PEM study**



Because the VTE risk associated with OC use is greatly reduced after the first treatment year, the VTE incidence reported in the PEM study does not reflect the on-going risk for VTE for a typical Yasmin user. Rather, it gives information about the VTE risk during the first months of use in this select initial UK user cohort. This is of utmost importance for the interpretation of the results. As most past studies on the VTE risk of OCs were conducted on long-term users, the PEM data cannot be compared with historical data. This was one of the major considerations in choosing the comparative design of the EURAS study.

**Overall Assessment of Thromboembolic Events during Yasmin Use in the PEM Study**

The PEM study results provide relevant information on the VTE rate associated with Yasmin during the first year of use. The non-comparative approach and the vulnerability of the study design make it

necessary to interpret the quantitative results cautiously. Quantitative comparison between OCs should be based on the EURAS study which showed a similar VTE incidence for Yasmin and other OCs. The PEM study shows a VTE incidence for Yasmin that is comparable to the first year EURAS results both for Yasmin and other OCs. It is expected that future VTE incidence rates in the UK will also decrease in a manner similar to the EURAS study. It can be assumed that all other recently introduced OCs would have shown very similar VTE rates during the initial market introduction.

## 5. Spontaneous VTE Reporting Rates

The third level of evidence on rare safety events during Yasmin use can be derived from spontaneous reports from health professionals. During the period since first launch through May 2004, Yasmin's world-wide exposure was over 82.5 million cycles, which translates into over 6.3 million wy of Yasmin use. On July 6, 2004, Yasmin's world-wide spontaneous reporting VTE rate was calculated to be 5.0 VTE reports per 100,000 wy of use. The US-only rate of 4.8 events per 100,000 wy is slightly lower (see Table 8).

**Table 8: Yasmin Spontaneous VTE Reporting Rates (through 06 Jun 04)**

| Spontaneous Reporting Rates | World<br>Per 100,000 WY | USA<br>Per 100,000 WY |
|---|---|---|
| VTEs | 5.0 | 4.8 |

Numerous biases and confounding factors influence spontaneous reporting rates, which are usually substantially lower than true incidence rates. While this limits comparison with incidence rates, Yasmin's spontaneous reporting rate is much lower than the VTE incidence given by the European Agency for the Evaluation of Medicinal Products (EMEA) for OCs as a class (i.e.; 20–40/100,000 wy).[21] Nevertheless, these rates are higher than the historical reporting rates observed with older products. Since 2000, only 3 products including Yasmin have been approved making a qualified comparison difficult.

### 5.1    Comparison with other recently launched innovative products

Trying to compare reporting rates across oral contraceptive products is complicated because of the population of users of a newer product may not be comparable to that of an older product. The interpretation of differences in the reporting is complicated due to differences in reporting of labeled events across sponsors. Differences in the users of newer products from those with older products can be striking. Newer products may be preferentially prescribed to patients at more risk for the event of interest if the newer product is believed to be "safer". New use may have more risk for the event of interest than longer term use with the older product having proportionally less new use.

Nevertheless in order to interpret rates of venous thromboembolism with Yasmin derived from spontaneous reporting data, we sought similar data on relevant comparators. We considered several factors, including recency of market introduction, uptake since introduction, market share and absence of a related (previously marketed) formulation. Based on these criteria, the most relevant comparator appears to be the Ortho contraceptive patch Evra and the Nuvaring. Yasmin, Evra and Nuvaring were approved by FDA on May 11, 2001, Nov 20, 2001 and Oct 3 2002 respectively. There was little exposure and therefore too few events with Tri-Cylen Lo for a meaningful comparison. We selected Ortho Evra, a dermal patch, to be the best comparator due to its wide acceptance in the marketplace.

We obtained objective, third-party Yasmin, Evra and Nuvaring retail and mail utilization data from the NDC Health Prescription Database and IMS National Prescription Audit (not for Nuvaring). We further obtained sample utilization data for both products from the Verispan Personal Selling Audit. Berlex accumulated cases of VTEs from spontaneous reporting data for Yasmin, and attempted to determine cases of VTE for Evra and Nuvaring utilizing the FOI database.

Due to the much lower proportion of sampling with Ortho Evra we have also provided comparative data based on total exposure, including samples, for Yasmin, Ortho Evra and Nuvaring based on data from Verispan (see table 9). The following table is based on data from the first 18 months post-marketing for each product.

**Table 9: US Spontaneous Reporting Rates for VTE-related based on TURX\* plus Samples for Yasmin, Ortho Evra and Nuvaring**

| | | Yasmin | Evra | | Yasmin | Evra | Nuva Ring |
|---|---|---|---|---|---|---|---|
| Reports | PE | 10 | 17 | | 10 | 17 | 8 |
| | DVT | 6 | 19 | | 6 | 19 | 4 |
| | Other | 1 | 0 | | 1 | 0 | 4 |
| | VTE | 17 | 36 | | 17 | 36 | 16 |
| | | | | | | | |
| Exposure | | | | | | | |
| | | IMS NPA | IMS NPA | | NDC | NDC | NDC |
| Per 1000 Cycles | TURXs | 2,643 | 5,789 | | 2,569 | 5,701 | 917 |
| | Samples | 1,840 | 1,910 | | 1,840 | 1,910 | 310 |
| | Totals | 4,483 | 7,699 | | 4,409 | 7,611 | 1,227 |
| | | | | | | | |
| In WY | TURXs | 20,3305 | 445,322 | | 197,617 | 438,538 | 70,538 |
| | Samples | 141,538 | 146,923 | | 141,538 | 146,923 | 23,846 |
| | Totals | 344,844 | 592,245 | | 339,155 | 585,462 | 94,385 |
| | | | | | | | |
| Rates Based on TURXs | | | | | | | |
| per 100.000 WY | PE | 4.92 | 3.82 | | 5.06 | 3.88 | 11.34 |
| | DVT | 2.95 | 4.27 | | 3.04 | 4.33 | 5.67 |
| | Other | 0.49 | 0.00 | | 0.51 | 0.00 | 5.67 |
| | VTE | 8.36 | 8.08 | | 8.60 | 8.21 | 22.69 |
| Rates Based on Total Exposure | | | | | | | |
| per 100.000 WY | PE | 2.90 | 2.87 | | 2.95 | 2.90 | 8.48 |
| | DVT | 1.74 | 3.21 | | 1.77 | 3.25 | 4.24 |
| | Other | 0.29 | 0.00 | | 0.29 | 0.00 | 4.24 |
| | VTE | 4.93 | 6.08 | | 5.01 | 6.15 | 16.95 |

\* TURX = therapeutic unit prescriptions

Based on these data, we concluded the following:

- Classification of VTE events in the FOI database without confirmation by case reports is difficult and leads to variation in the interpretation.

- Both the NDC and IMS (NPA) data provide similar estimates of retail and mail utilization and are therefore interchangeable.

- Verispan data shows that the sample/TURX ratio is much higher for Yasmin (0.70) than for Evra (0.33) 15 months following product launch. This significantly higher ratio of sampling will have the net effect of substantially underestimating exposure to Yasmin when only the NDC or IMS retail and mail utilization data are considered. Thus, incorporating sample data would reduce the apparent spontaneous reporting rate of VTE with Evra by 25% and of Yasmin by 42%.

- Comparing the US VTE reporting rate of Yasmin with Ortho Evra, notable differences in reporting levels and differences in follow-up between the two products became apparent. There were significantly more potential VTE cases with Ortho Evra that were coded with non-specific preferred terms like "Thrombosis" (listed under Thrombembolism NOS or 'not otherwise specified') suggesting that Ortho Evra cases had less detailed medical information or different coding procedures.

- Based on prescription data a difference in reporting rates only for both products was not seen. After inclusion of samples, Yasmin's spontaneous VTE reporting rate was lower than Evra's.

## 5.2     Factors that can affect reported VTE rates and risk assessment

Interpreting differences in reporting rates between comparable products for events that are rare is difficult because of the unknown degree of under-reporting can lead to an imprecise numerator. Also

exposure information can vary appreciably often leading to an imprecise denominator estimation. Other important factors such as (1) differences in reporting and post-marketing surveillance across sponsors, (2) changes in reporting over the marketing lifetime of products with newer products having higher reporting rates than older products, (3) temporal increases in general reporting over time due to increased awareness about the issue and (4) differences in preferential prescribing between products affect risk assessment and reporting rates.

### Differences in reporting and post-marketing surveillance across sponsors

The reporting rate of VTEs is also dependent on the degree of proactive behavior of pharmaceutical companies in encouraging and sensitizing health professionals to report adverse events to regulatory agencies, either directly or via pharmaceutical companies. This has been demonstrated for the reporting rate for two identical OC formulations containing gestodene that were manufactured at the same site, but marketed by different companies. There were marked differences between the two companies (factor of about 2) in reporting rates for all VTE events (2.5 versus 1.3/100,000 women-years) and for pulmonary embolism (1.3 versus 0.5/100,000 women-years).[17] Conducting and publishing the results of large post-marketing surveillance studies also raises awareness for rare safety-related events and increases the likelihood of differences in reporting rates across sponsors.

### Duration of use

As illustrated by the Transnational study on OCs[18, 19, 20] and the WHI study on HRT,[9] the risk of VTE is maximal during the first year of use (a 3 to 4-fold increased risk), but subsequently declines with continued use (Figure 2). Women who are susceptible to VTE probably experience a thrombosis soon after they start OC intake, and then stop treatment. Therefore, a population of long-term users who do not switch between different preparations includes only a few high risk patients and therefore has a low VTE rate.[19] In addition, a higher diagnostic bias in the first years of use may contribute to the time-course of diagnosed VTE.

**Figure 2.** Impact of duration of use of oestrogen/progestogen combinations used for (a) hormone replacement therapy[9] or (b) oral contraceptives[19] on the risk of venous thromboembolism (VTE). HR = hazard ratio.



Approximately 50% of all Yasmin users world wide are currently in their first year of use. This is in contrast to established levonorgestrel-containing products where <20% of women are in their first year

of use.[15] The first-year user effect, plus the increased willingness of health professionals to report adverse events for a new product, typically leads to increased reporting rates (i.e. low underreporting) in the first years of market introduction (Figure 3).

**Figure 3.** Reporting rate of venous thromboembolism (VTE) during the first years of market introduction of a new oral contraceptive (OC).[19]



### Public awareness and detection bias

Public awareness of a real or perceived risk can lead to a detection bias and increased reporting rates.[21, 22, 23] A British Medical Journal article on VTE cases in Yasmin users in the Netherlands[24] created international awareness among OC users and prescribers. As a result, the number of VTE cases reported with Yasmin use increased shortly thereafter (Figure 4).

**Figure 4.** World-wide spontaneous reporting rate of venous thromboembolic (VTE) events among Yasmin users depicting the impact of local market introductions and public awareness.[19] Second wave launch refers to launch in the United States and the Nordic countries. The British Medical Journal (BMJ) article on VTE refers to Sheldon 2002.[28]



The impact of public awareness and greater VTE risk during the first year of use on Yasmin-related VTE reporting rates are represented in Figure 4. VTE reporting rates increase sharply soon after Yasmin was launched in different markets. An additional peak in the rate of VTE reporting was observed shortly after an episode of increased public awareness (BMJ article).[24] In response to such events, there is initial enthusiasm by healthcare professionals to monitor and detect VTE episodes.

However, this is usually followed by a decline in VTE reporting rate, reflecting the limited interest by physicians to report these events after 6–12 months.

### Preferential prescribing to high-risk populations

New OCs are usually preferentially prescribed to patients with a higher risk of VTE and users who are dissatisfied with their current OC. In contrast, women who do not experience adverse effects with their current OC typically continue to use that preparation (usually a well-established formulation).[25] These high-risk and dissatisfied OC users also tend to switch selectively to the most recently marketed product.[29] This selective prescribing coupled with pronounced detection bias may result in an apparent successive increased risk associated with the new product (Figure 5).

**Figure 5.** Risk ratios of oral contraceptives containing various progestogens compared with levonorgestrel (LNG) by year of market introduction illustrating the impact of preferential prescribing and diagnostic bias on the reporting rate of venous thromboembolism (VTE). Modified from Lewis et al.[29]



Selective prescribing and detection bias partially explain the paradoxical VTE risk of Marvelon® (ethinylestradiol 30 μg/desogestrel 150 μg) compared with Marvelon 20® (ethinylestradiol 20 μg/desogestrel 150 μg). Theoretically, the lower ethinylestradiol dose OC should have a lower VTE risk; in reality, however, a higher risk for VTE was reported for the lower ethinylestradiol dose OC (Figure 5). This discrepancy shows that other factors (such as selective prescribing to high-risk groups and/or detection bias) have a substantially higher impact on VTE reporting rates than do differences in OC formulation.

In the case of Yasmin, there may be preferential prescribing to women who are obese, have mild hypertension, acne, polycystic ovarian syndrome (PCOS), and eating or other psychiatric disorders. A tendency to prescribe a drospirenone-containing OC to these populations is based on the pharmaco-dynamic profile of drospirenone.[30,31] In particular, drospirenone has antimineralocorticoid activity which can counteract estrogen-induced mineralocorticoid effects such retention of water.[32,33] In addition, the antiandrogenic activity of drospirenone can effectively reduce the severity of acne, seborrhoea and hirsutism[34,35] with possible benefits on women with polycystic ovarian syndrome. Based on the preferential prescribing of Yasmin to these women, many of whom have higher baseline risk factors (e.g. for VTE or other adverse effects) (cite), an increased incidence of events including VTE and psychiatric disorders would not be unexpected with this OC.

### Rough quantification of underreporting

For the reasons given above we assume that VTE rates associated with Yasmin are not heavily underreported. In the following paragraph a rough quantification of the underreporting is given.

Assuming that the majority of fatal VTEs in young women are reported (see section 6) fatal VTEs as a proportion of total VTE could be used to roughly estimate the degree of underreporting and the VTE incidence. The proportion of fatal VTEs among all VTEs has been estimated by the EMEA to be approx. 1.5% [21]. For example, with Yasmin the reported proportion of fatal VTE events is 4.8%. This could be used to determine Yasmin's underreporting factor for VTEs: ~3.2 (i.e. 4.8 divided by 1.5). This underreporting factor is much lower than for Microgynon® (the world's most frequently sold OC that contains levonorgestrel) that according to Schering's ADR database has an underreporting factor of ~17.3 (i.e. 26 divided by 1.5).

Since it is extremely unlikely that VTEs in users of LNG-containing OCs are more dangerous than in Yasmin users, the only plausible explanation is that VTE underreporting for Yasmin is much lower than that for established OCs. In case that 100% of fatal VTE were reported, multiplying the world-wide VTE reporting rate of 5/100,000 women-years by the 3.2 underreporting factor results in a calculated VTE incidence rate for Yasmin of 15.6/100,000 women-years, which is still lower than the VTE rate for other OCs (20–70/100,000 women-years) [21, EURAS interim report]. Even, if one assumes that less than 50% of fatal VTEs in young women are reported, a reporting rate of 5/100,000 women-years would not indicate an increased VTE risk associated with Yasmin use compared with other OCs.

### Overall Assessment of Thromboembolic Events with Spontaneous Reporting Rates

We believe that a comparison of spontaneous ADR reporting data is not an adequate approach to compare ADR frequencies of different products but rather think that a direct comparison as in the EURAS study is the best approach to this issue. The on-going Ingenix study should provide more insight on event data and the user risk profiles in the US.

### 6    VTE-related Deaths/Mortality

Based on spontaneous reporting, the overall world-wide mortality rate related to VTE among Yasmin users is on the order of 0.2–0.4 deaths per 100,000 wy.

**Table 10: Yasmin Fatal VTE Reporting Rates (through 06 Jun 04)**

| Spontaneous Reporting Rates | World | USA |
|---|---|---|
| | Per 100,000 WY | Per 100,000 WY |
| **Fatal VTEs** | 0.24 | 0.37 |

This rate is lower than the mortality rate of 1.4/100,000 wy from the Danish Health Registers in a general population (users and non-users of OCs) matched to the age profile of Yasmin users and similar to the VTE-related mortality rates of women who use LNG-containing OCS (0.39/100,000 WY).[41] A comparison of VTE rates should not be restricted to non-users who are not pregnant. If all non-users are considered (including pregnancies, deliveries and abortions) OCs do not negatively impact the total VTE rates of a female population. Yasmin VTE related mortality seems to be in the same order (0.24/100,000 WY). This is also the same incidence reported in a recently published study on fatal PEs associated with combined oral contraceptives. (cite)

In general, serious outcomes while on therapy tend to be more consistently reported than non-serious adverse events.[26, 27] Fluctuations in reporting rates in response to product launches and media reporting (as shown in Figure 4 for VTE) are only possible if an adverse event is underdiagnosed or underreported. If diagnosis or reporting is close to 100%, not even product launches and increased awareness have the potential to substantially increase reporting rates. The fact that reporting rates for fatal VTE, in contrast to general VTE reporting rates, do not fluctuate considerably during Yasmin use

(see Figure 6) supports the assumption that fatal VTEs in young women using ethinylestradiol/DRSP are not heavily underreported and that the reporting rates are comparable with the incidence seen in the Danish Health Registers.

**Figure 6.** World-wide rate of fatal venous thromboembolic (VTE) events among Yasmin users.[19]



Therefore, Yasmin users should not have an increased VTE-related mortality rate compared to user of other OCs or a female population of a comparable age.

Furthermore, based on the observation that the overall VTE rate associated with Yasmin is comparable with other OCs the FDA's concern that Yasmin has a higher serious TE rate would necessitate that VTEs with Yasmin are of a more serious nature. As can be seen in Figure 7 this is not the case. Actually, the proportion of fatal VTEs is markedly lower with Yasmin compared to other established OCs.

**Figure 7:** Proportion of VTE fatalities for different OCs



Based on our information, six of the 15 fatal VTE cases reported in Yasmin users occurred in the US. The fact that four of these cases were reported to the company and to the FDA between April 1 and May 15 raised concern to the Agency. However, when the global reporting rate for fatal VTEs is examined over the entire observation time period, the rate plateaus with normal statistical variation after Yasmin had been marketed for approximately one year in February 2002 or after data on approximately 1 Mio. women years of use were reported (see Figure 6). An overall increase in the

Yasmin and Serious TEs, August 2004                                                16/22

reporting rate cannot be seen after the steady state was reached in February of 2002. This plateau is in the lower range published for other OCs[1]

In addition, our in-house data on Microgynon (30 µg EE + 150 LNG; in the US e.g. Nordette™ or Levlen™), the world's most frequently sold OC, suggest that it is not unusual that fatal VTE are reported in inconsistent intervals (see figure 8).

**Figure 8:** Number of Fatal VTEs during Microgynon use by time



## Pulmonary Embolism

Approximately half of the spontaneous reported VTE in Yasmin users are PEs. This is in agreement with rates reported in a 25-year retrospective study conducted in Olmstead County, Minnesota (cite).Our data on our most commonly sold OC (Microgynon, Levulin 30µg EE + 150 mg LNG) suggest that out of the total confirmed 150 VTE reports for Microgynon (PEs & DVTs only) 62% (93) were PEs and 26% (39) were fatal PEs (see Figure 9).

**Figure 9:** Number of PE and DVTs only during Microgynon use by time



---
[1] H.w. Ory, Family Planning Perspectives 15:57-63, 1983.

The majority of fatal cases (13/15) in Yasmin users were due to pulmonary embolism (PE). A recent Swedish study (cite) identified several specific potential risk factors for a fatal outcome from a COC-induced PE. In addition to specific clinical factors such as thrombosis location and specific accompanying clinical symptoms, one of the two significantly related factors for a fatal outcomes was an age >35 years. Demographic data from National Disease and Therapeutic Index (NDTI) Dataview Database from IMS Health Incorporated (data from June 2001 through May 2004) show that the exposure to women ≥35 years is much higher in Yasmin (21%) users compared to for example Ortho Evra (11%) (see Table 11).

Table 11 Age profile of Yasmin and Evra users

| Age Group | Yasmin | Evra |
|-----------|--------|------|
| <20 | 15% | 17% |
| 20-24 | 27% | 27% |
| 25-29 | 20% | 29% |
| 30-34 | 17% | 17% |
| 35-40 | 11% | 7% |
| >40 | 10% | 4% |



Figure 10: VTE related mortality by age

As can bee seen in Figure 10, the VTE-related mortality steeply increases at the age of 35. The age group 35 to 40 has a 3-fold and the age group 40+ has a 10-fold increased risk compared to younger age groups (age 20 – 34). This also suggests that on the average Yasmin users not only have a higher baseline risk for VTE but also for fatal PE in compared to Ortho Evra users.

An elevated BMI is a well known risk factor for PEs (cite). Because Ortho Evra also has a labeled weight restriction[2] (women should weigh <90 kg) it appears probable that the two populations differ in their baseline VTE risk. Among the US spontaneous VTE/ATE reports with Yasmin there are eight cases where patients have a weight over 90 kg (94, 101,102, 102, 103, 108, 112, and 127 kg), two of these cases had a fatal outcome (103 and 115 kg).

Based on these data, differences in the reported fatal VTE rates reflect differences in the user population rather than DRSP-specific effect on the fatal outcome of VTE.


## Summary

This review evaluated the VTE events observed with Yasmin in (1) clinical development programs for estrogen/DRSP combinations, (2) two ongoing post-marketing prospective cohort studies, (3) one completed post-marketing study in the UK conducted by Prescription Event Monitoring (PEM), and (4) events reported to the post-marketing database. The analysis of the post-marketing experience included a comparison of US reporting rates for Yasmin, Ortho Evra, and Nuvaring.

In clinical development, a signal for an evaluated VTE rate was not found. In the EURAS post-marketing non-randomized prospective study, the VTE and ATE rates with Yasmin are similar to those observed with other OCs. Likewise, in the initial data in the Ingenix non-randomized study based upon United Health Care data, VTE and ATE claims rates are similar with Yasmin to those with other OCs.

---

[2] ORTHO-EVRA LABELING USA, Final printed labeling, Physicians' PI

The VTE rate observed in the PEM study was similar to that observed in EURAS when analyzing the patient's first year of use.

Without accounting for samples, the US VTE spontaneous reporting rate with Yasmin was the same as with Ortho Evra. Inclusion of samples in the calculation gives a lower reporting rate for Yasmin. In addition, difference in follow-up of VTE reports between Yasmin and Ortho Evra were found. There were significantly more potential VTE cases with Ortho Evra that were coded with non-specific preferred terms like "Thrombosis" suggesting that Ortho Evra cases had less intensive collection of medical information. In contrast, only one Yasmin case was coded with non-specific preferred terms.

Overall, spontaneous reporting data do signal a difference in the VTE rates for Yasmin and other OC users. However, assessment of spontaneous ADR reporting data from different products is not the preferred approach to assess the safety of a single product if data from a direct comparison, such as in the EURAS study, is available. The on-going Ingenix study should provide more insight on event data and the user risk profiles in the US. A significant difference between US and European data on VTE incidences in OC users is not expected.

In summary, all available sources of data substantiate Yasmin safety. An increase in Yasmin's serious thromboembolic events (TE) rate, in particular for fatal and serious VTEs, compared to other OCs was not found.

Yasmin and Serious TEs, August 2004                                          19/22

Attachment 1

### Cascade of activities to contact patients for follow-up information



**Recruitment**

Documentation of addresses and phone numbers
- patients
- relatives and/or friends of the patient
- gynecologist and/or primary care physician

**Follow-up**

1st level

Follow-up questionnaire to all study participants every six months

*no response:* 1st reminder letter

*no response:* 2nd reminder letter

*no contact*

2nd level
ontact

Multiple attempts to contact per phone using information provided in the baseline questionnaire:
- patient
- friends/relatives
- gynecologist/Primary Care Physician

*c*

*no contact*

3rd level
contact

Search in national and international telephone/address directories

4th level
contact

Formal address inquiry at the National and/or Local Registry of the appropriate public authority*

**Lost to follow-up;**
documentation of vital status based on search in death registers

**Drop out;**
documentation of vital status and reported adverse events

---

\*   In Europe all inhabitants are required to provide their current address to their appropriate public authority.

[1] Crosignani PG, La Vecchia C. Concordant and discordant effects on cardiovascular risks exerted by oestrogen and progestogen in women using oral contraception and hormone replacement therapy. ESHRE Capri Workshop Group. Hum Reprod Update 1999; 5: 681-7

[2] Heinemann LA. The changing scene – an unnecessary pill crisis. Hum Reprod Update 1999; 5: 746–55

[3] World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. Lancet 1995; 346: 1582–8

[4] Spitzer WO, Lewis MA, Heinemann LA, et al. Third generation oral contraceptives and risk of venous thromboembolic disorders: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ 1996; 312: 83–8

[5] Jick H, Jick SS, Gurewich V, et al. Risk of idiopathic cardiovascular death and nonfatal venous thromboembolism in women using oral contraceptives with differing progestagen components. Lancet 1995; 346: 1589–93

[6] Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives containing a third-generation progestagen. Lancet 1995; 346: 1593–6

[7] Lewis MA, MacRae KD, Kuhl-Habichl D, et al. The differential risk of oral contraceptives: the impact of full exposure history. Hum Reprod 1999; 14: 1493–9

[8] Schwarz T, Siegert G, Oettler W, et al. Venous thrombosis after long-haul flights. Arch Intern Med 2003; 163: 2759–64

[9] Writing Group for the Women's Health Initiative Investigators. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. JAMA 2002; 288: 321–33

[10] Hulley S, Grady D, Bush T, et al. Randomized trial of estrogen plus progestin for secondary prevention of coronary heart disease in postmenopausal women. Heart and Estrogen/progestin Replacement Study (HERS) Research Group. JAMA 1998; 280: 605–13

[11] Farmer RD, Lawrenson RA, Thompson CR, et al. Population-based study of risk of venous thromboembolism associated with various oral contraceptives. Lancet 1997; 349: 83–8

[12] The Writing Group for the PEPI Trial. Effects of estrogen or estrogen/progestin regimens on heart disease risk factors in postmenopausal women. The Postmenopausal Estrogen/Progestin Interventions (PEPI) Trial. JAMA 1995; 273: 199–208

[13] Prescription-Event Monitoring Studies are observational non-controlled studies conducted in large cohorts to monitor the safety of recently marketed medicines under the conditions of general practice in the UK.

[14] Lewis MA et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. Contraception 1996, 54:5-13.

[15] Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Human Reproduction Update 1999; 5:707-720.

[16] Writing Group for the Women's Health Initiative Investigators. Risks and Benefits of Estrogen plus Progestin in Healthy Postmenopausal Women. JAMA 2002; 288:321-333.

[17] Medicines and Healthcare products Regulatory Agency. Adverse drug reaction database. 1995

[18] Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Hum Reprod Update 1999; 5: 707–20

[19] Suissa S, Blais L, Spitzer WO, et al. First-time use of newer oral contraceptives and the risk of venous thromboembolism. Contraception 1997; 56: 141–6

[20] Suissa S, Spitzer WO, Rainville B, et al. Recurrent use of newer oral contraceptives and the risk of venous thromboembolism. Hum Reprod 2000; 15: 817–21

[21] Spitzer WO. The 1995 pill scare revisited: anatomy of a non-epidemic. Hum Reprod 1997; 12: 2347–57

[22]  Heinemann LA, Lewis MA, Assmann A, et al. Case-control studies on venous thromboembolism: bias due to design? A methodological study on venous thromboembolism and steroid hormone use. Contraception 2002; 65: 207–14

[23]  Heinemann LA, Garbe E, Farmer R, et al. Venous thromboembolism and oral contraceptive use: a methodological study of diagnostic suspicion and referral bias. Eur J Contracept Reprod Health Care 2000; 5: 183–91

[24]  Sheldon T. Dutch GPs warned against new contraceptive pill. BMJ 2002; 324: 869

[25]  Lewis MA, Heinemann LA, MacRae KD, et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. The Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception 1996; 54: 5–13

[26]  Moride Y, Haramburu F, Requejo AA, et al. Under-reporting of adverse drug reactions in general practice. Br J Clin Pharmacol 1997; 43: 177–81

[27]  Stephens MDB. Underreporting. In: Stephens MDB, Talbot JCC & Routledge PA, eds. Detection of New Adverse Drug Reactions (fourth edition). London: MacMillan Reference Ltd, 1998: 4–8