# Exhibit 12

EXHIBIT
ALL-STATE LEGAL®
Foegh 21
3/18/11 Ko

From: Juergen Dr. Dinger
Sent: Thursday, August 12, 2004 5:04 AM
To: Jeff Frick
Cc: Don Atkinson; Dr. Philip Smits; Harri Helajarvi; Ilka Schellschmidt; Joseph Dr. Sonk; Marie Foegh; Maureen Cronin; Nancy Velez; Rainer Dr. Dorow; Rolf Dr. Schuermann; Sharon Brown; Wolfgang Dr. Schumann; Wolfgang Eder; Edward Bradley
Subject: Antwort: Re: Antwort: Re: DRAFT white paper - numbers for YASMIN and ORTHO EVRA (18 months as mentioned in the text)

Jeff,

Thank you for your fast response. The 12 month's comparison vs. Evra will be clearly more favorable than the 18 month's comparison (based on incomplete Evra data). I will distribute the new reporting rates after having clarified some details with Harri.

Best regards
Juergen

Jeff Frick
11.08.2004 18:10

An: Juergen Dr. Dinger/BE/USR/SHG@SCHERINGGROUP
Kopie: Don Atkinson/MV/USR/SHG@SCHERINGGROUP
Dr. Philip Smits/BE/USR/SHG@SCHERINGGROUP
Harri Helajarvi/FI/USR/SHG@SCHERINGGROUP
Ilka Schellschmidt/BE/USR/SHG@SCHERINGGROUP
Joseph Dr. Sonk/MV/USR/SHG@SCHERINGGROUP
Marie Foegh/MV/USR/SHG@SCHERINGGROUP
Maureen Cronin/BE/USR/SHG@SCHERINGGROUP
Nancy Velez/MV/USR/SHG@SCHERINGGROUP
Rainer Dr. Dorow/BE/USR/SHG@SCHERINGGROUP
Rolf Dr. Schuermann/BE/USR/SHG@SCHERINGGROUP
Sharon Brown/MV/USR/SHG@SCHERINGGROUP
Wolfgang Dr. Schumann/BE/USR/SHG@SCHERINGGROUP
Wolfgang Eder/WA/USR/SHG@SCHERINGGROUP
Thema: Re: Antwort: Re: DRAFT white paper - numbers for YASMIN and ORTHO EVRA (18 months as mentioned in the text)

Juergen and Maureen,

Below is the Yasmin, Evra, and Nuvaring utilization for their first 12 months. I have attached the excel spreadsheet with all the utilization data. the table below can be found in the tab marked 12 month.

Our comments on the white paper will follow this afternoon.

jeff

PLAINTIFF'S
EXHIBIT
97
1/6/11
PENGAD 800-631-6989

BHCPYAZ016167167

Yasmin Evra PE VTE
. TURxJuly 20...

| | | VTE rate per 100,000 | | | | | VTE rate per 100,000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DVT | PE | Other | VTE | | DVT | PE | Other | VTE |
| NDC | Yasmin | 3.04 | 5.06 | 0.51 | 8.60 | | 1.77 | 2.95 | 0.29 | 5.01 |
| | Evra | 4.33 | 3.88 | 0.00 | 8.21 | | 3.25 | 2.90 | 0.00 | 6.15 |
| | | | | | | | | | | |
| IMS NPA | Yasmin | 2.95 | 4.92 | 0.49 | 8.36 | | 1.74 | 2.90 | 0.29 | 4.93 |
| | Evra | 4.27 | 3.82 | 0.00 | 8.08 | | 3.21 | 2.87 | 0.00 | 6.08 |
| | | | | | | | | | | |
| | | Yasmin vs Evra (OR) | | | | | Yasmin vs Evra (OR) | | | |
| | | DVT | PE | Other | VTE | | DVT | PE | Other | VTE |
| | NDC | 0.70 | 1.31 | NA | 1.05 | | 0.55 | 1.02 | NA | 0.82 |
| | IMS NPA | 0.69 | 1.29 | NA | 1.03 | | 0.54 | 1.01 | NA | 0.81 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | NDC | IMS NPA |
|---|---|---|
| First 12 month | | |
| Yasmin (6/30/01-5/31/02) | | |
| TURXs | 1,588,198 | 1,635,187 |
| samples | 1,480,000 | 1,480,000 |
| Total | 3,068,198 | 3,115,187 |

| | NDC | IMS NPA |
|---|---|---|
| Evra (4/30/02-3/31/03)* | | |
| TURXs | 3,243,605 | 3,286,122 |
| samples | 1,730,000 | 1,730,000 |
| Total | 4,973,605 | 5,016,122 |

| | NDC |
|---|---|
| NuvaRing (4/30/02-6/30/03)* | |
| TURXs | 589,924 |
| samples | 126,000 |
| Total | 715,924 |

| First 15 month Yasmin (6/30/01-8/31/02) | NDC cycle packs (000) | IMS NPA cycle packs (000) | SAP* cycle packs (000) |
|---|---|---|---|
| TURXs | 2,569 | 2,643 | 2,477 |
| samples | 1,840 | 1,840 | 3,310 |
| Total | 4,409 | 4,483 | 5,787 |

| Yasmin VTE Events in the First 15 Months | | | |
|---|---|---|---|
| PE | DVT | Other | VTE |
| 10 | 6 | 1 | 17 |

| TURX data (rate per 100,000) | NDC | IMS | SAP |
|---|---|---|---|
| PE rate | 5.06 | 4.92 | 5.25 |
| DVT rate | 3.04 | 2.95 | 3.15 |
| Other TE rate | 0.51 | 0.49 | 0.52 |
| VTE rate | 8.60 | 8.36 | 8.92 |

| Sample +TURX data (rate per 100,000) | NDC | IMS | SAP |
|---|---|---|---|
| PE rate | 2.95 | 2.90 | 2.25 |
| DVT rate | 1.77 | 1.74 | 1.35 |
| Other TE rate | 0.29 | 0.29 | 0.22 |
| VTE rate | 5.01 | 4.93 | 3.82 |

| Evra (4/30/02-6/30/03)* | NDC cycle packs (000) | IMS NPA cycle packs (000) |
|---|---|---|
| TURXs | 5,701 | 5,789 |
| samples | 1,910 | 1,910 |
| Total | 7,611 | 7,699 |

| Evra VTE Events in the First 15 Months | | | |
|---|---|---|---|
| PE | DVT | Other | VTE |
| 17 | 19 | 0 | 36 |

| TURX data (rate per 100,000) | NDC | IMS |
|---|---|---|
| PE rate | 3.88 | 3.82 |
| DVT rate | 4.33 | 4.27 |
| Other TE rate | 0.00 | 0.00 |
| VTE rate | 8.21 | 8.08 |

| Sample +TURX data (rate per 100,000) | NDC | IMS |
|---|---|---|
| PE rate | 2.90 | 2.87 |
| DVT rate | 3.25 | 3.21 |
| Other TE rate | 0.00 | 0.00 |
| VTE rate | 6.15 | 6.08 |

---

| NuvaRing (4/30/02-6/30/03)* | NDC cycle packs (000) | IMS NPA cycle packs (000) |
|---|---|---|
| TURXs | 917 | |
| samples | 310 | |
| Total | 1,227 | |

| NuvaRing VTE | | | |
|---|---|---|---|
| PE | DVT | Other | VTE |
| 8 | 4 | 4 | 16 |

| TURX data (rate per 100,000) | NDC | IMS |
|---|---|---|

| | | |
|---|---|---|
| PE rate | 11.34 | #DIV/0! |
| DVT rate | 5.67 | #DIV/0! |
| Other TE rate | 5.67 | #DIV/0! |
| VTE rate | 22.69 | #DIV/0! |

| Sample +TURX data (rate per 100,000) | NDC | IMS |
|---|---|---|
| PE rate | 8.48 | #DIV/0! |
| DVT rate | 4.24 | #DIV/0! |
| Other TE rate | 4.24 | #DIV/0! |
| VTE rate | 16.95 | #DIV/0! |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BHCPYAZ016167172

| Month | Yasmin | Evra3 | TriCyclenLo |
|---|---|---|---|
| 2001-06 | 2,396 | | |
| 2001-07 | 16,379 | | |
| 2001-08 | 40,170 | | |
| 2001-09 | 62,729 | | |
| 2001-10 | 93,094 | | |
| 2001-11 | 116,962 | | |
| 2001-12 | 147,706 | | |
| 2002-01 | 179,880 | | |
| 2002-02 | 185,266 | | |
| 2002-03 | 234,257 | 16 | |
| 2002-04 | 264,369 | 1,686 | |
| 2002 05 | 291,981 | 12,376 | |
| 2002-06 | 311,132 | 33,490 | |
| 2002-07 | 337,102 | 61,442 | |
| 2002-08 | 359,549 | 96,054 | |
| 2002-09 | 351,502 | 165,188 | 413 |
| 2002-10 | 380,257 | 267,492 | 5,267 |
| 2002-11 | 401,678 | 346,104 | 17,478 |
| 2002-12 | 452,114 | 444,094 | 35,609 |
| 2003-01 | 470,976 | 540,636 | 64,866 |
| 2003-02 | 444,224 | 575,287 | 84,798 |
| 2003-03 | 517,825 | 742,256 | 129,051 |
| 2003-04 | 517,207 | 773,799 | 158,550 |
| 2003-05 | 574,680 | 852,516 | 207,606 |
| 2003-06 | 596,011 | 876,745 | 245,707 |
| 2003-07 | 624,817 | 906,840 | 285,187 |
| 2003-08 | 662,013 | 938,028 | 333,059 |
| 2003-09 | 659,272 | 925,962 | 352,931 |
| 2003-10 | 695,586 | 958,875 | 391,358 |
| 2003-11 | 687,391 | 925,406 | 403,680 |
| 2003-12 | 747,703 | 961,047 | 445,816 |
| 2004-01 | 770,879 | 988,636 | 480,179 |
| 2004-02 | 728,276 | 937,727 | 471,528 |
| 2004-03 | 794,816 | 1,028,704 | 534,325 |
| 2004-04 | 774,130 | 988,224 | 538,809 |
| 2004-05 | 810,595 | 994,842 | 578,466 |
| 2004-06 | 830,627 | 994,257 | 596,593 |

| Month | Yasmin | Evra3 | TriCyclenLo |
|---|---|---|---|
| 1 | 2,396 | 16 | 413 |
| 2 | 16,379 | 1,686 | 5,267 |
| 3 | 40,170 | 12,376 | 17,478 |
| 4 | 62,729 | 33,490 | 35,609 |
| 5 | 93,094 | 61,442 | 64,866 |
| 6 | 116,962 | 96,054 | 84,798 |
| 7 | 147,706 | 165,188 | 129,051 |
| 8 | 179,880 | 267,492 | 158,550 |
| 9 | 185,266 | 346,104 | 207,606 |
| 10 | 234,257 | 444,094 | 245,707 |
| 11 | 264,369 | 540,636 | 285,187 |
| 12 | 291,981 | 575,287 | 333,059 |
| 13 | 311,132 | 742,256 | 352,931 |
| 14 | 337,102 | 773,799 | 391,358 |
| 15 | 359,549 | 852,516 | 403,680 |
| 16 | 351,502 | 876,745 | 445,816 |
| 17 | 380,257 | 906,840 | 480,179 |
| 18 | 401,678 | 938,028 | 471,528 |
| 19 | 452,114 | 925,962 | 534,325 |
| 20 | 470,976 | 958,875 | 538,809 |
| 21 | 444,224 | 925,406 | 578,466 |
| 22 | 517,825 | 961,047 | 596,593 |
| 23 | 517,207 | 988,636 | |
| 24 | 574,680 | 937,727 | |
| 25 | 596,011 | 1,028,704 | |
| 26 | 624,817 | 988,224 | |
| 27 | 662,013 | 994,842 | |
| 28 | 659,272 | 994,257 | |
| 29 | 695,586 | | |
| 30 | 687,391 | | |
| 31 | 747,703 | | |
| 32 | 770,879 | | |
| 33 | 728,276 | | |
| 34 | 794,816 | | |
| 35 | 774,130 | | |
| 36 | 810,595 | | |
| 37 | 830,627 | | |

*Source IMS NPA Retail + Mail Order*
*All data are equivalent therapeutic units (TRxUnt: OC Pills Divided by 28; Patch Divided by 3)*

launch to data

| Yasmin | Evra3 | TriCyclenLo |
| --- | --- | --- |
| 2,396 | 16 | 413 |
| 18,775 | 1,702 | 5,680 |
| 58,945 | 14,078 | 23,159 |
| 121,674 | 47,568 | 58,768 |
| 214,768 | 109,010 | 123,634 |
| 331,729 | 205,064 | 208,432 |
| 479,435 | 370,252 | 337,482 |
| 659,315 | 637,744 | 496,032 |
| 844,581 | 983,848 | 703,639 |
| 1,078,838 | 1,427,942 | 949,346 |
| 1,343,206 | 1,968,578 | 1,234,532 |
| 1,635,187 | 2,543,865 | 1,567,591 |
| 1,946,320 | 3,286,122 | 1,920,522 |
| 2,283,122 | 4,059,921 | 2,311,880 |
| 2,642,971 | 4,912,437 | 2,715,560 |
| 2,994,473 | 5,789,183 | 3,161,376 |
| 3,374,730 | 6,696,023 | 3,641,555 |
| 3,776,408 | 7,634,051 | 4,113,083 |
| 4,228,522 | 8,560,013 | 4,647,408 |
| 4,699,498 | 9,518,889 | 5,186,217 |
| 5,143,722 | 10,444,295 | 5,764,683 |
| 5,661,547 | 11,405,342 | 6,361,276 |

SAMPLE INFORMATION OF YASMIN AND ORTHO EVRA SINCE LAUNCH

**Samples in thousands**

| | Month1 | Month2 | Month3 | Month4 | Month5 | Month6 | Month7 |
|---|---|---|---|---|---|---|---|
| Yasmin 28 | 117 | 205 | 221 | 127 | 168 | 124 | 70 |
| Ortho Evra | 47 | 42 | 210 | 270 | 135 | 155 | 199 |
| Nuvaring | 3 | 3 | -- | -- | 4 | 4 | -- |
| Ortho Tri-Cyclen Lo | 127 | 241 | 186 | 159 | 170 | 163 | 249 |
| Ratio Yasmin vs Ortho Evra | 2.5 | 4.9 | 1.1 | 0.5 | 1.2 | 0.8 | 0.4 |

| Ratio Yasmin vs Ortho Evra | *Average* | 2.2 |
|---|---|---|

*Yasmin is being sampled on an average 2.2 times more than Evra in the first 26 months since launch.*

*Source: Scott Levin / Verispan*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Berlex shipments 28 tablet sample 60'3 | 11541 | 3896 | 3495 | 4669 | 2 | 293 | 3837 |
| cycles | 692.46 | 233.76 | 209.7 | 280.14 | 0.12 | 17.58 | 230.22 |

SOURCE: Verispan, PSA

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Month8 | Month9 | Month10 | Month11 | Month12 | Month13 | Month14 | Month15 | Month16 | Month17 | Month18 | Month19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 104 | 116 | 62 | 88 | 87 | 142 | 131 | 155 | 208 | 99 | 71 |
| 156 | 181 | 131 | 140 | 64 | 75 | 52 | 53 | 52 | 35 | 19 | 18 |
| – | 3 | 3 | 53 | 53 | 65 | 65 | 54 | 54 | 45 | 45 | 22 |
| 163 | 206 | 154 | 191 | 135 | 255 | 163 | 145 | 169 | 142 | 225 | 104 |

| 0.5 | 0.6 | 0.9 | 0.4 | 1.4 | 1.2 | 2.7 | 2.5 | 3.0 | 5.9 | 5.2 | 3.9 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Yasmin 28 | 1,840 | 2,302 |
| Ortho Evra | 1,910 | 2,016 |
| Nuvaring | 310 | 454 |
| Ortho Tri-Cyclen Lo | 2,707 | 3,243 |
| | 5.9 | 1.1 |

| 25 | 4900 | 6462 | 4052 | 3672 | 6000 | 2316 | 3101 | 9129 | 3000 |
|---|---|---|---|---|---|---|---|---|---|
| 1.5 | 294 | 387.72 | 243.12 | 220.32 | 360 | 138.96 | 186.06 | 547.74 | 180 |
| | | | | | | 3,310 | | | 4,223 |

SOURCE: Verispan, PSA

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Month20 | Month21 | Month22 | Month23 | Month24 | Month25 | Month26 |
|---|---|---|---|---|---|---|
| 116 | 117 | 132 | 85 | 105 | 151 | 112 |
| 11 | 75 | 72 | 106 | 104 | 108 | 94 |
| 22 | 39 | 39 | 69 | 69 | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10.5 | 1.6 | 1.8 | 0.8 | 1.0 | 1.4 | 1.2 |

SOURCE: Verispan, PSA

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NDC Phaster Data

| Period | Period | Yasmin Monthly TRxUnt | Yasmin launch to date TRxUnt | Yasmin samples cycles | Yasmin samples launch to date cycles | Yasmin total cycles | Period | Evra Month TRxUnt | Evra launch to date TRxUnt | Evra samples cycles | Evra samples launch to date cycles | Evra total cycles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| month 1 | 2001-06-30 | 2,705 | 2,705 | 117,000 | 117,000 | 119,705 | 2002-03-31 | 23 | 23 | | 0 | 23 |
| month 2 | 2001-07-31 | 15,823 | 18,528 | 205,000 | 322,000 | 340,528 | 2002-04-30 | 1,592 | 1,615 | 47,000 | 47,000 | 48,615 |
| month 3 | 2001-08-31 | 39,394 | 57,922 | 221,000 | 543,000 | 600,922 | 2002-05-31 | 12,623 | 14,238 | 42,000 | 89,000 | 103,238 |
| month 4 | 2001-09-30 | 58,729 | 116,651 | 127,000 | 670,000 | 786,651 | 2002-06-30 | 32,939 | 47,177 | 210,000 | 299,000 | 346,177 |
| month 5 | 2001-10-31 | 93,288 | 209,939 | 168,000 | 838,000 | 1,047,939 | 2002-07-31 | 61,177 | 108,354 | 270,000 | 569,000 | 677,354 |
| month 6 | 2001-11-30 | 115,279 | 325,218 | 124,000 | 962,000 | 1,287,218 | 2002-08-31 | 93,249 | 201,603 | 135,000 | 704,000 | 905,603 |
| month 7 | 2001-12-31 | 144,580 | 469,798 | 70,000 | 1,032,000 | 1,501,798 | 2002-09-30 | 156,314 | 357,917 | 155,000 | 859,000 | 1,216,917 |
| month 8 | 2002-01-31 | 174,326 | 644,124 | 78,000 | 1,110,000 | 1,754,124 | 2002-10-31 | 262,583 | 620,500 | 199,000 | 1,058,000 | 1,678,500 |
| month 9 | 2002-02-28 | 179,117 | 823,241 | 104,000 | 1,214,000 | 2,037,241 | 2002-11-30 | 332,572 | 953,072 | 156,000 | 1,214,000 | 2,167,072 |
| month 10 | 2002-03-31 | 219,976 | 1,043,217 | 116,000 | 1,330,000 | 2,373,217 | 2002-12-31 | 439,955 | 1,393,027 | 181,000 | 1,395,000 | 2,788,027 |
| month 11 | 2002-04-30 | 259,908 | 1,303,125 | 62,000 | 1,392,000 | 2,695,125 | 2003-01-31 | 534,437 | 1,927,464 | 131,000 | 1,526,000 | 3,453,464 |
| month 12 | 2002-05-31 | 285,073 | 1,588,198 | 88,000 | 1,480,000 | 3,068,198 | 2003-02-28 | 581,116 | 2,508,580 | 140,000 | 1,666,000 | 4,174,580 |
| month 13 | 2002-06-30 | 296,896 | 1,885,094 | 87,000 | 1,567,000 | 3,452,094 | 2003-03-31 | 735,025 | 3,243,605 | 64,000 | 1,730,000 | 4,973,605 |
| month 14 | 2002-07-31 | 338,398 | 2,223,492 | 142,000 | 1,709,000 | 3,932,492 | 2003-04-30 | 766,789 | 4,010,394 | 75,000 | 1,805,000 | 5,815,394 |
| month 15 | 2002-08-31 | 345,525 | 2,569,017 | 131,000 | 1,840,000 | 4,409,017 | 2003-05-31 | 823,636 | 4,834,030 | 52,000 | 1,857,000 | 6,691,030 |
| month 16 | 2002-09-30 | 335,906 | 2,904,923 | 155,000 | 1,995,000 | 4,899,923 | 2003-06-30 | 866,583 | 5,700,613 | 53,000 | 1,910,000 | 7,610,613 |
| month 17 | 2002-10-31 | 385,911 | 3,290,834 | 208,000 | 2,203,000 | 5,493,834 | 2003-07-31 | 901,436 | 6,602,049 | 52,000 | 1,962,000 | 8,564,049 |
| month 18 | 2002-11-30 | 384,867 | 3,675,701 | 99,000 | 2,302,000 | 5,977,701 | 2003-08-31 | 908,184 | 7,510,233 | 35,000 | 1,997,000 | 9,507,233 |
| month 19 | 2002-12-31 | 445,696 | 4,121,397 | 71,000 | 2,373,000 | 6,494,397 | 2003-09-30 | 922,695 | 8,432,928 | 19,000 | 2,016,000 | 10,448,928 |
| month 20 | 2003-01-31 | 462,249 | 4,583,646 | 116,000 | 2,489,000 | 7,072,646 | 2003-10-31 | 948,966 | 9,381,894 | 18,000 | 2,034,000 | 11,415,894 |
| month 21 | 2003-02-28 | 445,118 | 5,028,764 | 117,000 | 2,606,000 | 7,634,764 | 2003-11-30 | 895,483 | 10,277,377 | 11,000 | 2,045,000 | 12,322,377 |
| month 22 | 2003-03-31 | 514,723 | 5,543,487 | 132,000 | 2,738,000 | 8,281,487 | 2003-12-31 | 974,983 | 11,252,360 | 75,000 | 2,120,000 | 13,372,360 |
| month 23 | 2003-04-30 | 510,202 | 6,053,689 | 85,000 | 2,823,000 | 8,876,689 | 2004-01-31 | 1,003,058 | 12,255,418 | 72,000 | 2,192,000 | 14,447,418 |
| month 24 | 2003-05-31 | 551,721 | 6,605,410 | 105,000 | 2,928,000 | 9,533,410 | 2004-02-29 | 916,112 | 13,171,530 | 106,000 | 2,298,000 | 15,469,530 |
| month 25 | 2003-06-30 | 588,536 | 7,193,946 | 151,000 | 3,079,000 | 10,272,946 | 2004-03-31 | 1,052,392 | 14,223,922 | 104,000 | 2,402,000 | 16,625,922 |
| month 26 | 2003-07-31 | 617,453 | 7,811,399 | 112,000 | 3,191,000 | 11,002,399 | 2004-04-30 | 988,558 | 15,418,233 | 108,000 | 2,510,000 | 17,928,233 |
| month 27 | 2003-08-31 | 635,398 | 8,446,797 | | | | 2004-05-31 | 999,760 | 16,417,993 | 94,000 | 2,604,000 | 19,021,993 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | Nuvaring | Nuvaring | Nuvaring | Nuvaring samples | Nuvaring |
|---|---|---|---|---|---|
| | Month | launch to date | samples | launch to date | total |
| Period | TRxUnt | TRxUnt | cycles | cycles | cycles |
| 2002-06-30 | 65 | 65 | | 0 | 65 |
| 2002-07-31 | 6189 | 6,254 | 3,000 | 3,000 | 9,254 |
| 2002-08-31 | 13688 | 19,942 | 3,000 | 6,000 | 25,942 |
| 2002-09-30 | 20741 | 40,683 | 0 | 6,000 | 46,683 |
| 2002-10-31 | 31883 | 72,566 | 0 | 6,000 | 78,566 |
| 2002-11-30 | 38510 | 111,076 | 4,000 | 10,000 | 121,076 |
| 2002-12-31 | 46551 | 157,627 | 4,000 | 14,000 | 171,627 |
| 2003-01-31 | 52307 | 209,934 | 0 | 14,000 | 223,934 |
| 2003-02-28 | 55260 | 265,194 | 0 | 14,000 | 279,194 |
| 2003-03-31 | 69159 | 334,353 | 3,000 | 17,000 | 351,353 |
| 2003-04-30 | 75482 | 409,835 | 3,000 | 20,000 | 429,835 |
| 2003-05-31 | 85044 | 494,879 | 53,000 | 73,000 | 567,879 |
| 2003-06-30 | 95045 | 589,924 | 53,000 | 126000 | 715,924 |
| 2003-07-31 | 104311 | 694,235 | 65,000 | 191,000 | 885,235 |
| 2003-08-31 | 107634 | 801,869 | 65,000 | 256,000 | 1,057,869 |
| 2003-09-30 | 114,952 | 916,821 | 54,000 | 310,000 | 1,226,821 |
| 2003-10-31 | 122646 | 1,039,467 | 54,000 | 364,000 | 1,403,467 |
| 2003-11-30 | 119634 | 1,159,101 | 45,000 | 409,000 | 1,568,101 |
| 2003-12-31 | 138,253 | 1,297,354 | 45,000 | 454,000 | 1,751,354 |
| 2004-01-31 | 142275 | 1,439,629 | 22,000 | 476,000 | 1,915,629 |
| 2004-02-29 | 134777 | 1,574,406 | 22,000 | 498,000 | 2,072,406 |
| 2004-03-31 | 159898 | 1,734,304 | 39,000 | 537,000 | 2,271,304 |
| 2004-04-30 | 153554 | 1,887,858 | 39,000 | 576,000 | 2,463,858 |
| 2004-05-31 | 166373 | 2,054,231 | 69,000 | 645,000 | 2,699,231 |
| 2004-06-30 | 174591 | 2,228,822 | 69,000 | 714000 | 2,942,822 |

| | | Evra3 | | |
|---|---|---|---|---|
| | Evra3 | launch to date | | Evra1 |
| Period | TRxUnt | TRxUnt | Period | TRxUnt |
| 2002-03-31 | 20 | 20 | 2002-03-31 | 3 |
| 2002-04-01 | 1,592 | 1,612 | 2002-04-30 | 210 |
| 2002-04-02 | 12,623 | 14,235 | 2002-05-31 | 848 |
| 2002-04-03 | 32,939 | 47,174 | 2002-06-30 | 1928 |
| 2002-04-04 | 61,177 | 108,351 | 2002-07-31 | 2839 |
| 2002-04-05 | 93,249 | 201,600 | 2002-08-31 | 3549 |
| 2002-04-06 | 156,314 | 357,914 | 2002-09-30 | 5010 |
| 2002-04-07 | 262,583 | 620,497 | 2002-10-31 | 7197 |
| 2002-04-08 | 332,572 | 953,069 | 2002-11-30 | 7571 |
| 2002-04-09 | 439,955 | 1,393,024 | 2002-12-31 | 9376 |
| 2002-04-10 | 534,437 | 1,927,461 | 2003-01-31 | 10029 |
| 2002-04-11 | 581,116 | 2,508,577 | 2003-02-28 | 9817 |
| 2002-04-12 | 735,025 | 3,243,602 | 2003-03-31 | 11741 |
| 2002-04-13 | 766,789 | 4,010,391 | 2003-04-30 | 11782 |
| 2002-04-14 | 823,636 | 4,834,027 | 2003-05-31 | 12362 |
| 2002-04-15 | 866,583 | 5,700,610 | 2003-06-30 | 12423 |
| 2002-04-16 | 901,436 | 6,602,046 | 2003-07-31 | 13217 |
| 2002-04-17 | 908,184 | 7,510,230 | 2003-08-31 | 12492 |
| 2002-04-18 | 922,695 | 8,432,925 | 2003-09-30 | 11328 |
| 2002-04-19 | 948,966 | 9,381,891 | 2003-10-31 | 11348 |
| 2002-04-20 | 895,483 | 10,277,374 | 2003-11-30 | 10488 |
| 2002-04-21 | 974,983 | 11,252,357 | 2003-12-31 | 10127 |
| 2002-04-22 | 1,003,058 | 12,255,415 | 2004-01-31 | 10389 |
| 2002-04-23 | 916,112 | 13,171,527 | 2004-02-29 | 9227 |
| 2002-04-24 | 1,052,392 | 14,223,919 | 2004-03-31 | 10455 |
| 2004-04-30 | 978,995 | 15,202,914 | 2004-04-30 | 9563 |
| 2004-05-31 | 989,729 | 16,192,643 | 2004-05-31 | 10031 |

| Evra1<br>launch to date |
|---|
| TRxUnt |
| 3 |
| 213 |
| 1061 |
| 2989 |
| 5828 |
| 9377 |
| 14387 |
| 21584 |
| 29155 |
| 38531 |
| 48560 |
| 58377 |
| 70118 |
| 81900 |
| 94262 |
| 106685 |
| 119902 |
| 132394 |
| 143722 |
| 155070 |
| 165558 |
| 175685 |
| 186074 |
| 195301 |
| 205756 |
| 215319 |
| 225350 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BHCPYAZ016167180

IMS data (Corrected EVRA)

| | QTR 06/2001 | QTR 09/2001 | QTR 12/2001 | QTR 03/2002 | QTR 06/2002 | QTR 09/2002 | QTR 12/2002 | QTR 03/2003 | QTR 06/2003 | QTR 09/2003 | QTR 12/2003 | QTR 01/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yasmin 28 | 58 | 183 | 437 | 687 | 1,028 | 1,069 | 1,240 | 2,030 | 1,761 | 1,943 | 2,182 | 2,422 |
| Evra | 0 | 0 | 0 | 0 | 443 | 398 | 1148 | 2147 | 2719 | 2932 | 3059 | 3206 |
| TriCyclenLo | 0 | 0 | 0 | 0 | 0 | 134 | 269 | 326 | 661 | 1,006 | 1,277 | 1,527 |

| | QTR 1 | QTR 2 | QTR 3 | QTR 4 | QTR 5 | QTR 6 | QTR 7 | QTR 8 | QTR 9 | QTR 10 | QTR 11 | QTR 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yasmin 28 | 58 | 183 | 437 | 687 | 1,028 | 1,069 | 1,240 | 2,030 | 1,761 | 1,943 | 2,182 | 2,422 |
| Evra | 443 | 398 | 1,148 | 2,147 | 2,719 | 2,932 | 3,059 | 3,206 | | | | |
| TriCyclenLo | 134 | 269 | 326 | 661 | 1,006 | 1,277 | 1,527 | | | | | |

| | | |
|---|---|---|
| Yasmin 28 | 2,393 | 3,462 |
| Evra | 6,855 | 9,787 |
| TriCyclenLo | 2,396 | 3,673 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Period | SAP Month | Net Units | Net Units | cycles | launch to date Net Units | launch to date cycles |
|---|---|---|---|---|---|---|
| month 1 | 2001/06 | 66,312 | CT | 198936 | | |
| month 2 | 2001/07 | 35,418 | CT | 106254 | | |
| month 3 | 2001/08 | 8,340 | CT | 25020 | | |
| month 4 | 2001/09 | 14,532 | CT | 43596 | | |
| month 5 | 2001/10 | 27,090 | CT | 81270 | | |
| month 6 | 2001/11 | 43,114 | CT | 129342 | | |
| month 7 | 2001/12 | 56,812 | CT | 170436 | | |
| month 8 | 2002/01 | 129,441 | CT | 388323 | | |
| month 9 | 2002/02 | 101,759 | CT | 305277 | | |
| month 10 | 2002/03 | 61,655 | CT | 184965 | | |
| month 11 | 2002/04 | 78,295 | CT | 234885 | | |
| month 12 | 2002/05 | 77,592 | CT | 232776 | | |
| month 13 | 2002/06 | 125,412 | CT | 376235.001 | | 2,477,315 |
| month 14 | 2002/07 | 156,820 | CT | 470460 | | |
| month 15 | 2002/08 | 112,124 | CT | 336,372 | 1,094,716 | 3,284,147 |
| month 16 | 2002/09 | 99,698 | CT | 299094.999 | | 3,583,242 |
| month 17 | 2002/10 | 116,731 | CT | 350193 | | |
| month 18 | 2002/11 | 164,067 | CT | 492,201 | 1,475,212 | 4,425,636 |
| month 19 | 2002/12 | 237,375 | CT | 712125 | | |
| month 20 | 2003/01 | 121,498 | CT | 364494.999 | | |
| month 21 | 2003/02 | 267,316 | CT | 801946.998 | | |
| month 22 | 2003/03 | 241,557 | CT | 724672.041 | | |
| month 23 | 2003/04 | 110,703 | CT | 332109 | | |
| month 24 | 2003/05 | 173,480 | CT | 520439.004 | | |
| month 25 | 2003/06 | 264,833 | CT | 794499.003 | | |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER