Alicia J. Donahue (SBN 117412)
adonahue@shb.com
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Alexandra M. Walsh (*pro hac vice*)
awalsh@wilkinsonwalsh.com
John James Snidow (*pro hac vice*)
jsnidow@wilkinsonwalsh.com
**WILKINSON WALSH + ESKOVITZ LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

*Counsel for Defendant Bayer HealthCare
Pharmaceuticals Inc.*

Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
Eric H. Gibbs (SBN 178658)
Amy M. Zeman (SBN 273100)

**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

*Counsel for Plaintiffs Susan and Richard
Galinis*

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Kaspar J. Stoffelmayr (*pro hac vice*)
kaspar.stoffelmayr@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
kate.swift@bartlitbeck.com
Benjamin J. Whiting (*pro hac vice*)
ben.whiting@bartlitbeck.com
Jean K. Tinkham (*pro hac vice*)
jean.tinkham@bartlitbeck.com
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN GALINIS and RICHARD GALINIS, | Case No. 3:09-cv-04980-SI |
| Plaintiffs, | **STATEMENT OF SETTLEMENT** |
| *v.* | |
| BAYER CORPORATION, et al., | Judge: Hon. Susan Illston |
| Defendants. | |

STATEMENT OF SETTLEMENT
Case No. 3:09-cv-04980-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STATEMENT OF SETTLEMENT

Plaintiffs Susan Galinis and Richard Galinis and Defendant Bayer hereby submit this Statement of Settlement and Joint Motion to Stay All Deadlines. The parties have reached an agreement in principle of all material terms for all matters in controversy. Accordingly, the parties respectfully request that the Court stay all deadlines, including the deadlines in the Court's Pretrial Order, ECF. 112, so that the parties may draft the resolution agreement and submit appropriate dismissal papers.

Dated: October 11, 2019                           Respectfully submitted,

By: */s/ Alicia J. Donahue*
ALICIA J. DONAHUE

**SHOOK, HARDY & BACON L.L.P.**
Alicia J. Donahue (SBN 117412)
adonahue@shb.com
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

**BARTLIT BECK LLP**
Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Kaspar J. Stoffelmayr (*pro hac vice*)
kaspar.stoffelmayr@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
kate.swift@bartlitbeck.com
Benjamin J. Whiting (*pro hac vice*)
ben.whiting@bartlitbeck.com
Jean K. Tinkham (*pro hac vice*)
jean.tinkham@bartlitbeck.com
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILKINSON WALSH + ESKOVITZ LLP**
Alexandra M. Walsh (*pro hac vice*)
awalsh@wilkinsonwalsh.com
John J. Snidow (*pro hac vice*)
jsnidow@wilkinsonwalsh.com
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

*Counsel for Defendant Bayer HealthCare
Pharmaceuticals Inc.*


By: */s/ Michael S Danko*

Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
Eric H. Gibbs (SBN 178658)
Amy M. Zeman (SBN 273100)

**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

*Counsel for Plaintiffs Susan and Richard Galinis*

4

**FILER'S ATTESTATION**

I, Alicia J. Donahue, hereby attest that concurrence in the filing of this Statement of Settlement has been obtained from each of the other signatories listed above, each of whom has authorized me to affix his or her electronic signature to this filing.


*/s/ Alicia J. Donahue*
ALICIA J. DONAHUE

5