# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN GALINIS and RICHARD GALINIS,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | Case No. 3:09-cv-04980-SI<br><br>**STATEMENT OF SETTLEMENT**<br><br>Judge: Hon. Susan Illston |



10/16/2019
All deadlines stayed, including deadlines in the Court's Pretrial Order, ECF. 112.
Further Case Management Conference set for 12/6/2019 at 3:00 p.m.
Joint case management conference statement due 11/29/2019.

## STATEMENT OF SETTLEMENT

Plaintiffs Susan Galinis and Richard Galinis and Defendant Bayer hereby submit this Statement of Settlement and Joint Motion to Stay All Deadlines. The parties have reached an agreement in principle of all material terms for all matters in controversy. Accordingly, the parties respectfully request that the Court stay all deadlines, including the deadlines in the Court's Pretrial Order, ECF. 112, so that the parties may draft the resolution agreement and submit appropriate dismissal papers.

Dated: October 11, 2019                           Respectfully submitted,

                                                  By: */s/ Alicia J. Donahue*
                                                         ALICIA J. DONAHUE

                                                  **SHOOK, HARDY & BACON L.L.P.**
                                                  Alicia J. Donahue (SBN 117412)
                                                  adonahue@shb.com
                                                  One Montgomery, Suite 2600
                                                  San Francisco, CA 94104
                                                  Telephone: (415) 544-1900
                                                  Facsimile: (415) 391-0281

                                                  **BARTLIT BECK LLP**
                                                  Karma M. Giulianelli (SBN 184175)
                                                  karma.giulianelli@bartlitbeck.com
                                                  1801 Wewatta Street, Suite 1200
                                                  Denver, CO 80202
                                                  Telephone: (303) 592-3100
                                                  Facsimile: (303) 592-3140

                                                  Kaspar J. Stoffelmayr (*pro hac vice*)
                                                  kaspar.stoffelmayr@bartlitbeck.com
                                                  Katherine M. Swift (*pro hac vice*)
                                                  kate.swift@bartlitbeck.com
                                                  Benjamin J. Whiting (*pro hac vice*)
                                                  ben.whiting@bartlitbeck.com
                                                  Jean K. Tinkham (*pro hac vice*)
                                                  jean.tinkham@bartlitbeck.com
                                                  54 West Hubbard Street, Suite 300
                                                  Chicago, IL 60654
                                                  Telephone: (312) 494-4400
                                                  Facsimile: (312) 494-4440

**WILKINSON WALSH + ESKOVITZ LLP**
Alexandra M. Walsh (*pro hac vice*)
awalsh@wilkinsonwalsh.com
John J. Snidow (*pro hac vice*)
jsnidow@wilkinsonwalsh.com
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

*Counsel for Defendant Bayer HealthCare Pharmaceuticals Inc.*

By: */s/ Michael S Danko*

Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
Eric H. Gibbs (SBN 178658)
Amy M. Zeman (SBN 273100)

**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

*Counsel for Plaintiffs Susan and Richard Galinis*

**FILER'S ATTESTATION**

I, Alicia J. Donahue, hereby attest that concurrence in the filing of this Statement of Settlement has been obtained from each of the other signatories listed above, each of whom has authorized me to affix his or her electronic signature to this filing.

          */s/ Alicia J. Donahue*
          ALICIA J. DONAHUE