UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GALINIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | Case No. 09-cv-04980-SI<br><br>**ORDER GRANTING MOTION TO SEAL AND DENYING MOTION IN LIMINE AS MOOT**<br><br>Re: Dkt. Nos. 148, 151 |

On September 20, 2019, plaintiffs Richard and Susan Galinis filed an administrative motion to file under seal portions of their motion for leave to file for summary judgment and corresponding motion for summary judgment. Dkt. No. 148. The Court hereby GRANTS plaintiffs' motion to seal.

Also on September 20, 2019, plaintiffs filed a motion *in limine* as to defendant's preemption defense. Dkt. No. 151. Considering the Court's Order Staying Deadlines pending settlement (dkt. no. 171), the Court DENIES plaintiffs' motion *in limine* as MOOT without prejudice to renew it if the stay is lifted.

**IT IS SO ORDERED**.

Dated: February 18, 2020

SUSAN ILLSTON
United States District Judge