UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GALINIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | Case No. 09-cv-04980-SI<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION REGARDING PARTIES' MOTIONS TO ENFORCE SETTLEMENT**<br><br>Re: Dkt. No. 204, 200 |

Plaintiffs Susan and Richard Galinis and defendant Bayer HealthCare Pharmaceuticals Inc. ("Bayer") have filed motions seeking enforcement of the parties' settlement agreement. Dkt. Nos. 193, 201. Bayer filed an administrative motion to set a briefing schedule on the motions and requesting that both be heard by Magistrate Judge Robert M. Illman. Dkt. No. 204. Bayer also filed a motion to seal portions of its motion for an order enforcing settlement and the declaration filed in support. Dkt. No. 200.

Having considered the papers submitted and for good cause shown, the Court rules as follows:

(1) The deadlines for the parties' remaining briefing shall be:

    a. <u>March 3, 2020</u>: Deadline for plaintiffs' reply in support of their motion for an order enforcing settlement / response to Bayer's cross-motion for an order to enforce settlement, and

    b. <u>March 10, 2020</u>: Deadline for Bayer's reply in support of its cross-motion for an order to enforce settlement;

(2) The parties' pending motions—plaintiffs' motion for an order enforcing settlement (Dkt. No. 193) and Bayer's motion for an order to enforce settlement (Dkt. No. 201)—shall be heard by Magistrate Judge Robert M. Illman at a date and time to be set;

(3) Bayer's administrative motion to seal is GRANTED.

**IT IS SO ORDERED**.

Dated: February 28, 2020

SUSAN ILLSTON
United States District Judge